# EXHIBIT D

Form **1120X** (Rev. November 2016)
Department of the Treasury Internal Revenue Service

# Amended U.S. Corporation Income Tax Return

▶ Information about Form 1120X and its instructions is at *www.irs.gov/form1120x*.

OMB No. 1545-0123

**For tax year ending** ▶ 12/31/2020 **(Enter month and year.)**

Please Type or Print

Name: M2 Holdco, LLC and Subsidiaries

Employer identification number: 85-1579941

Number, street, and room or suite no. If a P.O. box, see instructions.: 103 Powell Court

City or town, state, and ZIP code: Brentwood, TN 37027

Telephone number (optional): 615-376-1372

Enter name and address used on original return. If same as above, write "Same.": 103 Powell Court, Brentwood, TN 37027

Internal Revenue Service Center where original return was filed ▶ E-filed

## Fill in applicable items and use Part II on the back to explain any changes

**Part I** **Income and Deductions** (see instructions)

| | | | (a) As originally reported or as previously adjusted | (b) Net change - increase or (decrease) - explain in Part II | (c) Correct amount |
|---|---|---|---|---|---|
| 1 | Total income | 1 | 443,425,320. | -88,858,000. | 354,567,320. |
| 2 | Total deductions | 2 | 396,961,210. | -38,539,916. | 358,421,294. |
| 3 | Taxable income. Subtract line 2 from line 1 | 3 | 46,464,110. | -50,318,084. | -3,853,974. |
| 4 | Total tax | 4 | 5,057,173. | -5,057,173. | |

**Payments and Credits** (see instructions)

| | | | (a) | (b) | (c) |
|---|---|---|---|---|---|
| 5a | Overpayment in prior year allowed as a credit | 5a | | | |
| b | Estimated tax payments | 5b | | | |
| c | Refund applied for on Form 4466 | 5c | | | |
| d | Subtract line 5c from the sum of lines 5a and 5b | 5d | | | |
| e | Tax deposited with Form 7004 | 5e | NONE | NONE | NONE |
| f | Credit from Form 2439 | 5f | | | |
| g | Credit for federal tax on fuels and other refundable credits | 5g | | | |

| | | | |
|---|---|---|---|
| 6 | Tax deposited or paid with (or after) the filing of the original return | 6 | |
| 7 | Add lines 5d through 6, column (c) | 7 | NONE |
| 8 | Overpayment, if any, as shown on original return or as later adjusted | 8 | |
| 9 | Subtract line 8 from line 7 | 9 | NONE |

**Tax Due or Overpayment** (see instructions)

| | | | |
|---|---|---|---|
| 10 | **Tax due.** Subtract line 9 from line 4, column (c). If paying by check, make it payable to the **"United States Treasury"** ▶ | 10 | |
| 11 | **Overpayment.** Subtract line 4, column (c), from line 9 ▶ | 11 | NONE |
| 12 | Enter the amount of line 11 you want: **Credited to 20** **Estimated tax** ▶ **Refunded** ▶ | 12 | NONE |

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer | Date | ▶ Title

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Jayme Parmakian | | | | P00890905 |
| Firm's name ▶ LBMC PC | | | Firm's EIN ▶ 62-1199757 | |
| Firm's address ▶ 201 Franklin Rd, Brentwood, TN 37024-1869 | | | Phone no. 615-377-4600 | |

**For Paperwork Reduction Act Notice, see instructions.** Form **1120X** (Rev. 11-2016)

JSA
0C1820 1.000

000170 608C 12/02/2021 15:24:30 V20-7.5F 30

**Part II** **Explanation of Changes to Items in Part I** (Enter the line number from Part I for the items you are changing, and give the reason for each change. Show any computation in detail. Also, see **What To Attach** in the instructions.)

If the change is due to a net operating loss carryback, a capital loss carryback, or a general business credit carryback, see **Carryback Claims** in the instructions, and check here . . . . . . . . . . ▶ ☐

M2 Holdco, LLC and Subsidiaries is filing an amended tax return in order to correctly exclude $88,858,000 of cancellation of debt income based on the fact that the Taxpayer is insolvent. Refer to Form 982 and associated statement for additional details.

Amended Return Changes See Statement 1

Amended Return

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2020 or tax year beginning 07/01/2020, ending 12/31/2020

▶Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2020**

| A Check if: | | TYPE OR PRINT | | B Employer identification number |
|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) | X | Name | M2 Holdco, LLC and Subsidiaries | 85-1579941 |
| b Life/nonlife consolidated return | | Number, street, and room or suite no. If a P.O. box, see instructions. | 103 Powell Court | C Date incorporated 07/01/2020 |
| 2 Personal holding co. (attach Sch. PH) | | City or town, state or province, country, and ZIP or foreign postal code | Brentwood, TN 37027 | D Total assets (see instructions) $ 361,422,859. |
| 3 Personal service corp. (see instructions) | | | | |
| 4 Schedule M-3 attached | X | | | |

E Check if: (1) [X] Initial return (2) [ ] Final return (3) [ ] Name change (4) [ ] Address change

## Income

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 335,358,530. | | |
| b | Returns and allowances | 1b | | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 335,358,530. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 335,358,530. |
| 4 | Dividends and inclusions (Schedule C, line 23) | | | 4 | |
| 5 | Interest | See Statement 4 | | 5 | 16,122. |
| 6 | Gross rents | | | 6 | |
| 7 | Gross royalties | | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | -228,133. |
| 10 | Other income (see instructions - attach statement) | See Statement 4 | | 10 | 19,420,801. |
| 11 | **Total income.** Add lines 3 through 10 ▶ | | | 11 | 354,567,320. |

## Deductions (See instructions for limitations on deductions.)

| Line | Description | | | Line | Amount |
|---|---|---|---|---|---|
| 12 | Compensation of officers (see instructions - attach Form 1125-E) ▶ | | | 12 | 3,620,555. |
| 13 | Salaries and wages (less employment credits) | | | 13 | 171,728,632. |
| 14 | Repairs and maintenance | See Statement 5 | | 14 | 2,186,821. |
| 15 | Bad debts | | | 15 | -559,784. |
| 16 | Rents | See Statement 6 | | 16 | 1,638,074. |
| 17 | Taxes and licenses | See Statement 6 | | 17 | 7,501,883. |
| 18 | Interest (see instructions) | See Statement 7 | | 18 | 16,122. |
| 19 | Charitable contributions | See Statement 8 | | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 1,028,322. |
| 21 | Depletion | | | 21 | |
| 22 | Advertising | | | 22 | 7,387. |
| 23 | Pension, profit-sharing, etc., plans | | | 23 | 38,779. |
| 24 | Employee benefit programs | See Statement 9 | | 24 | 8,359,096. |
| 25 | Reserved for future use | | | 25 | |
| 26 | Other deductions (attach statement) | See Statement 10 | | 26 | 162,855,407. |
| 27 | **Total deductions** Add lines 12 through 26 ▶ | | | 27 | 358,421,294. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | -3,853,974. |
| 29a | Net operating loss deduction (see instructions) | 29a | NONE | | Stmt 11 |
| b | Special deductions (Schedule C, line 24) | 29b | | | |
| c | Add lines 29a and 29b | | | 29c | NONE |

## Tax, Refundable Credits, and Payments

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | | 30 | -3,853,974. |
| 31 | Total tax (Schedule J, Part I, line 11) | | 31 | |
| 32 | 2020 net 965 tax liability paid (Schedule J, Part II, line 12) | | 32 | |
| 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | | 33 | NONE |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ [ ] | | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | | 35 | |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | | 36 | NONE |
| 37 | Enter amount from line 36 you want: **Credited to 2021 estimated tax** ▶ | NONE **Refunded** ▶ | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer ___ Date ___ ▶ Title ___

May the IRS discuss this return with the preparer shown below? See instructions. [ ] Yes [X] No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
|---|---|---|---|---|
| Jayme Parmakian | | | | P00890905 |
| Firm's name ▶ LBMC PC | | | Firm's EIN ▶ 62-1199757 | |
| Firm's address ▶ 201 Franklin Rd Brentwood, TN 37024-1869 | | | Phone no. 615-377-4600 | |

**For Paperwork Reduction Act Notice, see separate instructions.** Form **1120** (2020)

JSA
0C1110 1.000

000170 608C 12/02/2021 15:24:30 V20-7.5F 32

M2 Holdco, LLC and Subsidiaries 85-1579941


| **Schedule C** **Dividends, Inclusions, and Special Deductions** (see instructions) | **(a)** Dividends and inclusions | **(b)** % | **(c)** Special deductions **(a)** x **(b)** |
|---|---|---|---|
| **1** Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| **2** Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| **3** Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| **4** Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| **5** Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| **6** Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| **7** Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| **8** Dividends from wholly owned foreign subsidiaries | | 100 | |
| **9** **Subtotal.** Add lines 1 through 8. See instructions for limitations | | See instructions | |
| **10** Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| **11** Dividends from affiliated group members | | 100 | |
| **12** Dividends from certain FSCs | | 100 | |
| **13** Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| **14** Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| **15** Section 965(a) inclusion | | See instructions | |
| **16a** Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| **b** Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| **c** Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| **17** Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| **18** Gross-up for foreign taxes deemed paid | | | |
| **19** IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| **20** Other dividends | | | |
| **21** Deduction for dividends paid on certain preferred stock of public utilities | | | |
| **22** Section 250 deduction (attach Form 8993) | | | |
| **23** **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| **24** **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |



JSA
0C1120 1.000

000170 608C 12/02/2021 15:24:30 V20-7.5F 33

M2 Holdco, LLC and Subsidiaries 85-1579941


## Schedule J Tax Computation and Payment (see instructions)

### Part I - Tax Computation

| | | | | | |
|---|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | | | |
| 2 | Income tax. See instructions | | | 2 | |
| 3 | Base erosion minimum tax amount (attach Form 8991) | | | 3 | |
| 4 | Add lines 2 and 3 | | | 4 | |
| 5a | Foreign tax credit (attach Form 1118) | 5a | | | |
| b | Credit from Form 8834 (see instructions) | 5b | | | |
| c | General business credit (attach Form 3800) | 5c | | | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | | | |
| e | Bond credits from Form 8912 | 5e | | | |
| 6 | **Total credits.** Add lines 5a through 5e | | | 6 | |
| 7 | Subtract line 6 from line 4 | | | 7 | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | | | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | | | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 9c | | | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | 9d | | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | | | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) | 9f | | | |
| g | Other (see instructions - attach statement) | 9g | | | |
| 10 | **Total.** Add lines 9a through 9g | | | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | | 11 | |

### Part II - Section 965 Payments (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2020 net 965 tax liability paid from Form 965-B, Part II, column (k), line 4. Enter here and on page 1, line 32 | 12 | |

### Part III - Payments, Refundable Credits, and Section 965 Net Tax Liability

| | | | | | |
|---|---|---|---|---|---|
| 13 | 2019 overpayment credited to 2020 | | | 13 | |
| 14 | 2020 estimated tax payments | | | 14 | |
| 15 | 2020 refund applied for on Form 4466 | | | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | | | 16 | |
| 17 | Tax deposited with Form 7004 | | | 17 | NONE |
| 18 | Withholding (see instructions) | | | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | | 19 | NONE |
| 20 | Refundable credits from: | | | | |
| a | Form 2439 | 20a | | | |
| b | Form 4136 | 20b | | | |
| c | Reserved for future use | 20c | | | |
| d | Other (attach statement - see instructions) | 20d | | | |
| 21 | **Total credits.** Add lines 20a through 20d | | | 21 | |
| 22 | 2020 net 965 tax liability from Form 965-B, Part I, column (d), line 4. See instructions | | | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | | | 23 | NONE |

M2 Holdco, LLC and Subsidiaries 85-1579941


## Schedule K Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: **a** [ ] Cash **b** [X] Accrual **c** [ ] Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 551112 | | |
| b | Business activity ▶ Holding Company | | |
| c | Product or service ▶ Holding Company | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? If "Yes," enter name and EIN of the parent corporation ▶ | | X |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | X | |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | X | |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 | | X |
| | If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? | X | |
| | For rules of attribution, see section 318. If "Yes," enter: **(a)** Percentage owned ▶ 100.000 and **(b)** Owner's country ▶ UK | | |
| | **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ 1 | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ [ ] If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ 1 | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ▶ [ ] If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $ 23,382,333. | | |



JSA
0C1135 1.000

000170 608C 12/02/2021 15:24:30 V20-7.5F 35

M2 Holdco, LLC and Subsidiaries 85-1579941


## Schedule K Other Information *(continued from page 4)*

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15 ▶ $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote By Value | | |



JSA
0C1136 1.000
000170 608C 12/02/2021 15:24:30 V20-7.5F 36

M2 Holdco, LLC and Subsidiaries 85-1579941


**Schedule L** Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | Stmt 16 | 27,121,562. | | 11,785,423. |
| 2a Trade notes and accounts receivable | 59,247,860. | Stmt 16 | 59,929,323. | |
| b Less allowance for bad debts | ( 231,099. ) | 59,016,761. | ( 875,483. ) | 59,053,840. |
| 3 Inventories | Stmt 17 | 5,510,647. | | 6,762,343. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach statement) | Stmt 17 | 21,372,331. | | -56,505,839. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | Stmt 18 | 30,051,082. | | 16,158,641. |
| 10a Buildings and other depreciable assets | 44,625,964. | | 38,002,420. | |
| b Less accumulated depreciation | ( 34,993,986. ) | 9,631,978. | ( 30,041,981. ) | 7,960,439. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 228,220,942. | | 228,220,942. | |
| b Less accumulated amortization | ( 28,101,373. ) | 200,119,569. | ( 30,557,453. ) | 197,663,489. |
| 14 Other assets (attach statement) | Stmt 18 | 56,071,758. | | 118,544,523. |
| 15 Total assets | | 408,895,688. | | 361,422,859. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | Stmt 19 | 18,963,998. | | 33,096,484. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | NONE | | 1,299,333. |
| 18 Other current liabilities (attach statement) | Stmt 20 | 126,925,422. | | 105,455,635. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | Stmt 21 | 122,998,764. | | 7,995,759. |
| 21 Other liabilities (attach statement) | Stmt 21 | -47,445,972. | | 121,287,235. |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | | | | |
| 23 Additional paid-in capital | Stmt 22 | 166,047,896. | | 112,998,764. |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | 21,405,580. | | -20,710,351. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 408,895,688. | | 361,422,859. |

**Schedule M-1** **Reconciliation of Income (Loss) per Books With Income per Return**

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ | |
| 2 Federal income tax per books | | | |
| 3 Excess of capital losses over capital gains | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | 8 Deductions on this return not charged against book income this year (itemize): | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation $ | |
| a Depreciation $ | | b Charitable contributions $ | |
| b Charitable contributions $ | | | |
| c Travel and entertainment $ | | | |
| | | 9 Add lines 7 and 8 | |
| 6 Add lines 1 through 5 | | 10 Income (page 1, line 28) - line 6 less line 9 | |

**Schedule M-2** **Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)**

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 21,405,580. | 5 Distributions: a Cash | |
| 2 Net income (loss) per books | -19,510,366. | b Stock | |
| 3 Other increases (itemize): | | Stmt 25 c Property | 22,605,578. |
| | | 6 Other decreases (itemize): | |
| See Statement 25 | 13. | 7 Add lines 5 and 6 | 22,605,578. |
| 4 Add lines 1, 2, and 3 | 1,895,227. | 8 Balance at end of year (line 4 less line 7) | -20,710,351. |

Form **1120** (2020)

JSA
0C1140 1.000

000170 608C 12/02/2021 15:24:30 V20-7.5F 37

**SCHEDULE G (Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.
▶ See instructions on page 2.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| M2 Holdco, LLC and Subsidiaries | 85-1579941 |

**Part I Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| FlacksGroup LLC | 82-2937848 | Partnership | US | 100.000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Michael Flacks | [redacted] | UK | 100.000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **1125-A** (Rev. November 2018) Department of the Treasury Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to *www.irs.gov/Form1125A* for the latest information.**

OMB No. 1545-0123

Name: M2 Holdco, LLC and Subsidiaries | Employer identification number: 85-1579941

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 5,510,647. |
| 2 | Purchases | 2 | 1,251,696. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 6,762,343. |
| 7 | Inventory at end of year | 7 | 6,762,343. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | |

**9a** Check all methods used for valuing closing inventory:
(i) ☐ Cost
(ii) ☐ Lower of cost or market
(iii) ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

Small business taxpayers. For tax years beginning after December 31, 2017, the following apply.

- A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.
- A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

***Small business taxpayer.*** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

- The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.
- Real property or personal property (tangible and intangible) acquired for resale.
- The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

**SCHEDULE B (Form 1120)**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

# Additional Information for Schedule M-3 Filers

▶ Attach to Form 1120.
▶ Go to *www.irs.gov/Form1120* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| M2 Holdco, LLC | 85-1579941 |

| | | Yes | No |
|---|---|---|---|
| 1 | Does any amount reported on Schedule M-3 (Form 1120), Part II, line 9 or 10, column (d), reflect allocations to this corporation from a partnership of income, gain, loss, deduction, or credit that are disproportionate to this corporation's capital contribution to the partnership or its ratio for sharing other items of the partnership? | | X |
| 2 | At any time during the tax year, did the corporation sell, exchange, or transfer any interest in an intangible asset to a related person as defined in section 267(b)? | | X |
| 3 | At any time during the tax year, did the corporation acquire any interest in an intangible asset from a related person as defined in section 267(b)? | | X |
| 4a | During the tax year, did the corporation enter into a cost-sharing arrangement with any related foreign party on whose behalf the corporation did not file Form 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations? | | X |
| b | At any time during the tax year, was the corporation a participant in a cost-sharing arrangement with any related foreign party on whose behalf the corporation did not file Form 5471? | | X |
| 5 | At any time during the tax year, did the corporation make any change in accounting principle for financial accounting purposes? See instructions for the definition of "change in accounting principle" | | X |
| 6 | At any time during the tax year, did the corporation make any change in a method of accounting for U.S. income tax purposes? | | X |
| 7 | At any time during the tax year, did the corporation own any voluntary employees' beneficiary association (VEBA) trusts that were used to hold funds designated for employee benefits? | | X |
| 8 | At any time during the tax year, did the corporation use an allocation method for indirect costs capitalized to self-constructed assets that varied from its financial method of accounting? | | X |
| 9 | At any time during the tax year, did the corporation treat for tax purposes indirect costs, as defined in Regulations sections 1.263A-1(e)(3)(ii)(F), (G), and (H), as mixed-service costs, as defined in Regulations section 1.263A-1(e)(4)(ii)(C)? | | X |
| 10 | Did the corporation, under section 118 or 362(c) and the related regulations, take a return filing position characterizing any amount as a contribution to the capital of the corporation during the tax year by any nonshareholders? Amounts so characterized may include, without limitation, incentives, inducements, money, and property | | X |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120.** **Schedule B (Form 1120) (Rev. 12-2018)**

Form **851** (Rev. October 2016) Department of the Treasury Internal Revenue Service

# Affiliations Schedule

For tax year ending 12/31/2020

▶File with each consolidated income tax return.

▶ Information about Form 851 and its instructions is at *www.irs.gov/form851*.

OMB No. 1545-0123

Name of common parent corporation: M2 Holdco, LLC

Employer identification number: 85-1579941

Number, street, and room or suite no. If a P.O. box, see instructions.: 103 Powell Court

City or town, state, and ZIP code: Brentwood, TN 37027

## Part I Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see instructions)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation | | | NONE |
| | Subsidiary corporations: | | | |
| 2 | Valitas Intermediate Holdings, Inc.<br>103 Powell Court<br>Brentwood, TN 37027 | 821164343 | | |
| 3 | Valitas Health Services, Inc.<br>105 Westpark Drive, Suite 200<br>Brentwood, TN 37027 | 23-2704721 | | |
| 4 | Corizon Health, Inc.<br>103 Powell Court, Suite 104<br>Brentwood, TN 37027 | 23-2108853 | | |
| | | | | |
| | | | | |
| | | | | |
| | **Totals** (Must equal amounts shown on the consolidated tax return.) . . . . . . . . . ▶ | | | NONE |

## Part II Principal Business Activity, Voting Stock Information, Etc. (see instructions)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? Yes | No | Stock holdings at beginning of year: Number of shares | Percentage of voting power | Percentage of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation<br>Holding Company | 551112 | | | | | | |
| | Subsidiary corporations: | | | | | | | |
| 2 | Healthcare | 621399 | | X | 100 | 100.00 % | 100.00 % | 1 |
| 3 | Holding Company | 551112 | | X | 100 | 100.00 % | 100.00 % | 1 |
| 4 | Healthcare | 621399 | | X | 100 | 100.00 % | 100.00 % | 1 |
| | | | | | | % | % | |
| | | | | | | % | % | |
| | | | | | | % | % | |

JSA 0C2010 1.000 **For Paperwork Reduction Act Notice, see instructions.**



Confidential DEBTOR233360

## Part III Changes in Stock Holdings During the Tax Year

| Corp. No. | Name of corporation | Share-holder of Corpora-tion No. | Date of transaction | (a) Changes | | (b) Shares held after changes described in column (a) | |
|---|---|---|---|---|---|---|---|
| | | | | Number of shares acquired | Number of shares disposed of | Percentage of voting power | Percentage of value |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |

**(c)** If any transaction listed above caused a transfer of a share of subsidiary stock (defined to include dispositions and deconsolidations), did the share's basis exceed its value at the time of the transfer? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☒ **No**

**(d)** Did any share of subsidiary stock become worthless within the meaning of section 165 (taking into account the provisions of Regulations section 1.1502-80(c)) during the taxable year? See instructions . . . . . . ☐ **Yes** ☒ **No**

**(e)** If the equitable owners of any capital stock shown above were other than the holders of record, provide details of the changes.

**(f)** If additional stock was issued, or if any stock was retired during the year, list the dates and amounts of these transactions.

## Part IV Additional Stock Information (see instructions)

**1** During the tax year, did the corporation have more than one class of stock outstanding? . . . . . . . . . . . . . ☐ **Yes** ☒ **No**

If "Yes," enter the name of the corporation and list and describe each class of stock.

| Corp. No. | Name of corporation | Class of stock |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**2** During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☒ **No**

If "Yes," enter the name of the corporation(s) and explain the circumstances.

| Corp. No. | Name of corporation | Explanation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**3** During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☒ **No**

If "Yes," enter the name of the corporation and see the instructions for the percentages to enter in columns (a), (b), and (c).

| Corp. No. | Name of corporation | **(a)** Percentage of value | **(b)** Percentage of outstanding voting stock | **(c)** Percentage of voting power |
|---|---|---|---|---|
| | | % | % | % |
| | | % | % | % |
| | | % | % | % |
| | | % | % | % |

| Corp. No. | **(d)** Provide a description of any arrangement. |
|---|---|
| | |
| | |
| | |
| | |





Confidential DEBTOR233362

**SCHEDULE M-3 (Form 1120)** (Rev. December 2019) Department of the Treasury Internal Revenue Service

# Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More

▶ Attach to Form 1120 or 1120-C.
▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| M2 Holdco, LLC | 85-1579941 |

Check applicable box(es): (1) [ ] Non-consolidated return (2) [X] Consolidated return (Form 1120 only)
(3) [ ] Mixed 1120/L/PC group (4) [ ] Dormant subsidiaries schedule attached

## Part I Financial Information and Net Income (Loss) Reconciliation (see instructions)

**1 a** Did the corporation file SEC Form 10-K for its income statement period ending with or within this tax year?
[ ] **Yes.** Skip lines 1b and 1c and complete lines 2a through 11 with respect to that SEC Form 10-K.
[X] **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b** Did the corporation prepare a certified audited non-tax-basis income statement for that period?
[X] **Yes.** Skip line 1c and complete lines 2a through 11 with respect to that income statement.
[ ] **No.** Go to line 1c.

**c** Did the corporation prepare a non-tax-basis income statement for that period?
[ ] **Yes.** Complete lines 2a through 11 with respect to that income statement.
[ ] **No.** Skip lines 2a through 3c and enter the corporation's net income (loss) per its books and records on line 4a.

**2 a** Enter the income statement period: Beginning 07/01/2020 Ending 12/31/2020

**b** Has the corporation's income statement been restated for the income statement period on line 2a?
[ ] **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
[X] **No.**

**c** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2a?
[ ] **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
[X] **No.**

**3 a** Is any of the corporation's voting common stock publicly traded?
[ ] **Yes.**
[X] **No.** If "No," go to line 4a.

**b** Enter the symbol of the corporation's primary U.S. publicly traded voting common stock

**c** Enter the nine-digit CUSIP number of the corporation's primary publicly traded voting common stock

| Line | Description | | Amount |
|---|---|---|---|
| 4 a | Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | 4a | -19,510,366. |
| b | Indicate accounting standard used for line 4a (see instructions): (1) [X] GAAP (2) [ ] IFRS (3) [ ] Statutory (4) [ ] Tax-basis (5) [ ] Other (specify) | | |
| 5 a | Net income from nonincludible foreign entities (attach statement) | 5a | ( ) |
| b | Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) | 5b | |
| 6 a | Net income from nonincludible U.S. entities (attach statement) | 6a | ( ) |
| b | Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) | 6b | |
| 7 a | Net income (loss) of other includible foreign disregarded entities (attach statement) | 7a | |
| b | Net income (loss) of other includible U.S. disregarded entities (attach statement) | 7b | |
| c | Net income (loss) of other includible entities (attach statement) | 7c | |
| 8 | Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach statement) | 8 | |
| 9 | Adjustment to reconcile income statement period to tax year (attach statement) | 9 | |
| 10 a | Intercompany dividend adjustments to reconcile to line 11 (attach statement) | 10a | |
| b | Other statutory accounting adjustments to reconcile to line 11 (attach statement) | 10b | |
| c | Other adjustments to reconcile to amount on line 11 (attach statement) | 10c | |
| 11 | **Net income (loss) per income statement of includible corporations.** Combine lines 4 through 10 | 11 | -19,510,366. |

**Note:** Part I, line 11, must equal Part II, line 30, column (a), or Schedule M-1, line 1 (see instructions).

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines.

| | | Total Assets | Total Liabilities |
|---|---|---|---|
| a | Included on Part I, line 4 ▶ | 361,422,859. | 269,134,446. |
| b | Removed on Part I, line 5 ▶ | | |
| c | Removed on Part I, line 6 ▶ | | |
| d | Included on Part I, line 7 ▶ | | |

Schedule M-3 (Form 1120) (Rev. 12-2019) Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| M2 Holdco, LLC | 85-1579941 |

Check applicable box(es): (1) [X] Consolidated group (2) [ ] Parent corp (3) [ ] Consolidated eliminations (4) [ ] Subsidiary corp (5) [ ] Mixed 1120/L/PC group

Check if a sub-consolidated: (6) [ ] 1120 group (7) [ ] 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| | |

**Part II** **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items (Attach statements for lines 1 through 12) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | 16,122. | | | 16,122. |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | -2,494. | 2,494. | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | -228,133. | -228,133. |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) Stmt 30 | NONE | NONE | 19,246,391. | 19,246,391. |
| 26 **Total income (loss) items.** Combine lines 1 through 25 | 13,628. | 2,494. | 19,018,258. | 19,034,380. |
| 27 **Total expense/deduction items** (from Part III, line 39) | -215,483,133. | -10,558,413. | 7,194,053. | -218,847,493. |
| 28 Other items with no differences | 195,959,139. | Stmt 31 | | 195,959,139. |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | -19,510,366. | -10,555,919. | 26,212,311. | -3,853,974. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 **Reconciliation totals.** Combine lines 29a through 29c | -19,510,366. | -10,555,919. | 26,212,311. | -3,853,974. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

**Schedule M-3 (Form 1120) (Rev. 12-2019)**

JSA
0C2731 1.000

Schedule M-3 (Form 1120) (Rev. 12-2019) Page 3

Name of corporation (common parent, if consolidated return): M2 Holdco, LLC

Employer identification number: 85-1579941

Check applicable box(es): (1) [X] Consolidated group (2) [ ] Parent corp (3) [ ] Consolidated eliminations (4) [ ] Subsidiary corp (5) [ ] Mixed 1120/L/PC group

Check if a sub-consolidated: (6) [ ] 1120 group (7) [ ] 1120 eliminations

Name of subsidiary (if consolidated return)

Employer identification number

## Part III Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | 70,318. | | -70,318. | |
| 2 U.S. deferred income tax expense | 3,385,717. | | -3,385,717. | |
| 3 State and local current income tax expense | 4,326,445. | | | 4,326,445. |
| 4 State and local deferred income tax expense | 1,289,007. | -1,289,007. | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | 118,725. | -102,603. | | 16,122. |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | 105,318. | | -53,403. | 51,915. |
| 12 Fines and penalties | 86. | | -86. | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | 38,779. | | | 38,779. |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | 9,922. | | | 9,922. |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | -9,922. | -9,922. |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | 2,954,988. | | -1,067,205. | 1,887,783. |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | 2,456,080. | | -2,456,080. | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | 167,405. | | 167,405. |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | 2,247,153. | -1,218,831. | | 1,028,322. |
| 32 Bad debt expense | 84,600. | -644,384. | | -559,784. |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | Stmt 34 198,395,995. | 13,645,833. | -151,322. | 211,890,506. |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 215,483,133. | 10,558,413. | -7,194,053. | 218,847,493. |

JSA
0C2732 1.000

Schedule M-3 (Form 1120) (Rev. 12-2019)

Schedule M-3 (Form 1120) (Rev. 12-2019) Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| M2 Holdco, LLC | 85-1579941 |

Check applicable box(es): (1) [ ] Consolidated group (2) [X] Parent corp (3) [ ] Consolidated eliminations (4) [ ] Subsidiary corp (5) [ ] Mixed 1120/L/PC group

Check if a sub-consolidated: (6) [ ] 1120 group (7) [ ] 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| M2 Holdco, LLC | 85-1579941 |

## Part II Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return (see instructions)

| Income (Loss) Items (Attach statements for lines 1 through 12) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | 6,353,270. | | | 6,353,270. |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 **Total income (loss) items.** Combine lines 1 through 25 | 6,353,270. | | | 6,353,270. |
| 27 **Total expense/deduction items** (from Part III, line 39) | | | | |
| 28 Other items with no differences | | | | |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | 6,353,270. | | | 6,353,270. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 **Reconciliation totals.** Combine lines 29a through 29c | 6,353,270. | | | 6,353,270. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

**Schedule M-3 (Form 1120) (Rev. 12-2019)**

JSA

0C2731 1.000

000170 608C 12/02/2021 15:24:30 V20-7.5F 47

Schedule M-3 (Form 1120) (Rev. 12-2019) Page **3**

Name of corporation (common parent, if consolidated return): M2 Holdco, LLC

**Employer identification number**: 85-1579941

Check applicable box(es): (1) [ ] Consolidated group (2) [X] Parent corp (3) [ ] Consolidated eliminations (4) [ ] Subsidiary corp (5) [ ] Mixed 1120/L/PC group

Check if a sub-consolidated: (6) [ ] 1120 group (7) [ ] 1120 eliminations

Name of subsidiary (if consolidated return): M2 Holdco, LLC

**Employer identification number**: 85-1579941

## Part III Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | | | | |

JSA
0C2732 1.000

**Schedule M-3 (Form 1120) (Rev. 12-2019)**

000170 608C 12/02/2021 15:24:30 V20-7.5F 48

Schedule M-3 (Form 1120) (Rev. 12-2019) Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| M2 Holdco, LLC | 85-1579941 |

Check applicable box(es): (1) [ ] Consolidated group (2) [ ] Parent corp (3) [ ] Consolidated eliminations (4) [X] Subsidiary corp (5) [ ] Mixed 1120/L/PC group

Check if a sub-consolidated: (6) [ ] 1120 group (7) [ ] 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| Valitas Intermediate Holdings, Inc. | 821164343 |

**Part II** **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| **Income (Loss) Items** (Attach statements for lines 1 through 12) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 **Total income (loss) items.** Combine lines 1 through 25 | | | | |
| 27 **Total expense/deduction items** (from Part III, line 39) | | | | |
| 28 Other items with no differences | | | | |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | | | | |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 **Reconciliation totals.** Combine lines 29a through 29c | | | | |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Name of corporation (common parent, if consolidated return): M2 Holdco, LLC

Employer identification number: 85-1579941

Check applicable box(es): (1) [ ] Consolidated group (2) [ ] Parent corp (3) [ ] Consolidated eliminations (4) [X] Subsidiary corp (5) [ ] Mixed 1120/L/PC group

Check if a sub-consolidated: (6) [ ] 1120 group (7) [ ] 1120 eliminations

Name of subsidiary (if consolidated return): Valitas Intermediate Holdings, Inc.

Employer identification number: 821164343

## Part III Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | | | | |

Schedule M-3 (Form 1120) (Rev. 12-2019) Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| M2 Holdco, LLC | 85-1579941 |

Check applicable box(es): (1) [ ] Consolidated group (2) [ ] Parent corp (3) [ ] Consolidated eliminations (4) [X] Subsidiary corp (5) [ ] Mixed 1120/L/PC group

Check if a sub-consolidated: (6) [ ] 1120 group (7) [ ] 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| Valitas Health Services, Inc. | 23-2704721 |

## Part II Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return (see instructions)

| Income (Loss) Items (Attach statements for lines 1 through 12) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 **Total income (loss) items.** Combine lines 1 through 25 | | | | |
| 27 **Total expense/deduction items** (from Part III, line 39) | | | | |
| 28 Other items with no differences | | | | |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | | | | |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 **Reconciliation totals.** Combine lines 29a through 29c | | | | |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019) Page **3**

Name of corporation (common parent, if consolidated return): M2 Holdco, LLC

**Employer identification number:** 85-1579941

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☒ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

Name of subsidiary (if consolidated return): Valitas Health Services, Inc.

**Employer identification number:** 23-2704721

## Part III Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | | | | |



Confidential

Schedule M-3 (Form 1120) (Rev. 12-2019) Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| M2 Holdco, LLC | 85-1579941 |

Check applicable box(es): (1) ☐ Consolidated group (2) ☐ Parent corp (3) ☐ Consolidated eliminations (4) ☒ Subsidiary corp (5) ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: (6) ☐ 1120 group (7) ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| Corizon Health, Inc. | 23-2108853 |

**Part II** **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items (Attach statements for lines 1 through 12) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | 145,755. | | | 145,755. |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | -2,494. | 2,494. | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | -228,133. | | -228,133. |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | NONE | NONE | 19,246,391. | 19,246,391. |
| 26 **Total income (loss) items.** Combine lines 1 through 25 | 143,261. | -225,639. | 19,246,391. | 19,164,013. |
| 27 **Total expense/deduction items** (from Part III, line 39) | -221,966,036. | -4,195,221. | 7,184,131. | -218,977,126. |
| 28 Other items with no differences | 195,959,139. | | | 195,959,139. |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | -25,863,636. | -4,420,860. | 26,430,522. | -3,853,974. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 **Reconciliation totals.** Combine lines 29a through 29c | -25,863,636. | -4,420,860. | 26,430,522. | -3,853,974. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019) Page 3

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| M2 Holdco, LLC | 85-1579941 |

Check applicable box(es): (1) ☐ Consolidated group (2) ☐ Parent corp (3) ☐ Consolidated eliminations (4) ☒ Subsidiary corp (5) ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: (6) ☐ 1120 group (7) ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| Corizon Health, Inc. | 23-2108853 |

**Part III Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | 70,318. | | -70,318. | |
| 2 U.S. deferred income tax expense | 3,385,717. | | -3,385,717. | |
| 3 State and local current income tax expense | 4,326,445. | | | 4,326,445. |
| 4 State and local deferred income tax expense | 1,289,007. | -1,289,007. | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | 6,601,628. | -6,455,873. | | 145,755. |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | 105,318. | | -53,403. | 51,915. |
| 12 Fines and penalties | 86. | | -86. | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | 38,779. | | | 38,779. |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | 9,922. | | | 9,922. |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | -9,922. | | -9,922. |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | 2,954,988. | | -1,067,205. | 1,887,783. |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | 2,456,080. | | -2,456,080. | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | 167,405. | | 167,405. |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | 2,247,153. | -1,218,831. | | 1,028,322. |
| 32 Bad debt expense | 84,600. | -644,384. | | -559,784. |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | 198,395,995. | 13,645,833. | -151,322. | 211,890,506. |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 221,966,036. | 4,195,221. | -7,184,131. | 218,977,126. |

Schedule M-3 (Form 1120) (Rev. 12-2019) Page 2

Name of corporation (common parent, if consolidated return): M2 Holdco, LLC

Employer identification number: 85-1579941

Check applicable box(es): (1) [ ] Consolidated group (2) [ ] Parent corp (3) [X] Consolidated eliminations (4) [ ] Subsidiary corp (5) [ ] Mixed 1120/L/PC group

Check if a sub-consolidated: (6) [ ] 1120 group (7) [ ] 1120 eliminations

Name of subsidiary (if consolidated return): Eliminations

Employer identification number:

## Part II Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return (see instructions)

| Income (Loss) Items (Attach statements for lines 1 through 12) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | -6,482,903. | | | -6,482,903. |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 **Total income (loss) items.** Combine lines 1 through 25 | -6,482,903. | | | -6,482,903. |
| 27 **Total expense/deduction items** (from Part III, line 39) | 6,482,903. | | | 6,482,903. |
| 28 Other items with no differences | NONE | | | NONE |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | NONE | | | NONE |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 **Reconciliation totals.** Combine lines 29a through 29c | NONE | | | NONE |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019) Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| M2 Holdco, LLC | 85-1579941 |

Check applicable box(es): (1) [ ] Consolidated group (2) [ ] Parent corp (3) [X] Consolidated eliminations (4) [ ] Subsidiary corp (5) [ ] Mixed 1120/L/PC group

Check if a sub-consolidated: (6) [ ] 1120 group (7) [ ] 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| Eliminations | |

**Part III** **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | -6,482,903. | | | -6,482,903. |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | -6,482,903. | | | -6,482,903. |

Schedule M-3 (Form 1120) (Rev. 12-2019) Page **2**

Name of corporation (common parent, if consolidated return): M2 Holdco, LLC

**Employer identification number**: 85-1579941

Check applicable box(es): (1) ☐ Consolidated group (2) ☐ Parent corp (3) ☐ Consolidated eliminations (4) ☐ Subsidiary corp (5) ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: (6) ☐ 1120 group (7) ☐ 1120 eliminations

Name of subsidiary (if consolidated return): Adjustments

**Employer identification number**:

## Part II Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return (see instructions)

| Income (Loss) Items (Attach statements for lines 1 through 12) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | 228,133. | -228,133. | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 **Total income (loss) items.** Combine lines 1 through 25 | | 228,133. | -228,133. | |
| 27 **Total expense/deduction items** (from Part III, line 39) | | -6,363,192. | 9,922. | -6,353,270. |
| 28 Other items with no differences | | | | |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | | -6,135,059. | -218,211. | -6,353,270. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 **Reconciliation totals.** Combine lines 29a through 29c | | -6,135,059. | -218,211. | -6,353,270. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019) Page **3**

Name of corporation (common parent, if consolidated return): M2 Holdco, LLC

**Employer identification number**: 85-1579941

Check applicable box(es): (1) ☐ Consolidated group (2) ☐ Parent corp (3) ☐ Consolidated eliminations (4) ☐ Subsidiary corp (5) ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: (6) ☐ 1120 group (7) ☐ 1120 eliminations

Name of subsidiary (if consolidated return): Adjustments

**Employer identification number**:

## Part III Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | 6,353,270. | | 6,353,270. |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | 9,922. | -9,922. | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | | 6,363,192. | -9,922. | 6,353,270. |

Form **1122**
(Rev. December 2003)
Department of the Treasury
Internal Revenue Service

# Authorization and Consent of Subsidiary Corporation To Be Included in a Consolidated Income Tax Return

▶ **Attach to the consolidated income tax return.**

For the calendar year 2020 , or other tax year beginning and ending

| Name | **Employer identification number** |
|---|---|
| Valitas Intermediate Holdings, Inc. | 821164343 |
| Number, street, and room or suite no.<br>103 Powell Court | |
| City or town, state, and ZIP code<br>Brentwood, TN 37027 | |
| Name of parent corporation<br>M2 Holdco, LLC | **Employer identification number**<br>85-1579941 |

The subsidiary corporation named above authorizes its parent corporation to include it in a consolidated return for the tax year indicated and for each subsequent year the group must file a consolidated return under the applicable regulations. If the parent corporation does not file a consolidated return on behalf of the subsidiary, the subsidiary authorizes the Commissioner of the Internal Revenue Service or an IRS official to do so.

The subsidiary consents to be bound by the provisions of the consolidated return regulations.

**Sign Here**

Under penalties of perjury, I declare that the subsidiary named above has authorized me to sign this form on its behalf, that I have examined this form and the information contained herein, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ Signature of subsidiary officer Date ▶ Title

**Instructions for the subsidiary corporation.** Complete and submit an original, signed Form 1122 to the common parent corporation of the consolidated group for the first tax year the subsidiary consents to be included in the group's consolidated income tax return.

**Instructions for the parent corporation filing the consolidated return.** The common parent corporation of a consolidated group must attach a separate Form 1122 to the group's consolidated income tax return for each subsidiary corporation for the first tax year each subsidiary consents to be included in the consolidated return. Attach to the consolidated return either the signed Form 1122 or an unsigned version containing the same information stated on the signed form. If the parent corporation submits an unsigned Form 1122, it must retain the original, signed form in its records.

Form **1122**
(Rev. December 2003)
Department of the Treasury
Internal Revenue Service

# Authorization and Consent of Subsidiary Corporation To Be Included in a Consolidated Income Tax Return

▶ **Attach to the consolidated income tax return.**

For the calendar year 2020 , or other tax year beginning and ending

| Name | Employer identification number |
|---|---|
| Valitas Health Services, Inc. | 23-2704721 |
| Number, street, and room or suite no. | |
| 105 Westpark Drive, Suite 200 | |
| City or town, state, and ZIP code | |
| Brentwood, TN 37027 | |
| Name of parent corporation | Employer identification number |
| M2 Holdco, LLC | 85-1579941 |

The subsidiary corporation named above authorizes its parent corporation to include it in a consolidated return for the tax year indicated and for each subsequent year the group must file a consolidated return under the applicable regulations. If the parent corporation does not file a consolidated return on behalf of the subsidiary, the subsidiary authorizes the Commissioner of the Internal Revenue Service or an IRS official to do so.

The subsidiary consents to be bound by the provisions of the consolidated return regulations.

**Sign Here**

Under penalties of perjury, I declare that the subsidiary named above has authorized me to sign this form on its behalf, that I have examined this form and the information contained herein, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ Signature of subsidiary officer Date ▶ Title

**Instructions for the subsidiary corporation.** Complete and submit an original, signed Form 1122 to the common parent corporation of the consolidated group for the first tax year the subsidiary consents to be included in the group's consolidated income tax return.

**Instructions for the parent corporation filing the consolidated return.** The common parent corporation of a consolidated group must attach a separate Form 1122 to the group's consolidated income tax return for each subsidiary corporation for the first tax year each subsidiary consents to be included in the consolidated return. Attach to the consolidated return either the signed Form 1122 or an unsigned version containing the same information stated on the signed form. If the parent corporation submits an unsigned Form 1122, it must retain the original, signed form in its records.

Form **1122**
(Rev. December 2003)
Department of the Treasury
Internal Revenue Service

# Authorization and Consent of Subsidiary Corporation To Be Included in a Consolidated Income Tax Return

▶ **Attach to the consolidated income tax return.**

For the calendar year 2020 , or other tax year beginning and ending

| Name | Employer identification number |
|---|---|
| Corizon Health, Inc. | 23-2108853 |
| Number, street, and room or suite no. | |
| 103 Powell Court, Suite 104 | |
| City or town, state, and ZIP code | |
| Brentwood, TN 37027 | |
| Name of parent corporation | Employer identification number |
| M2 Holdco, LLC | 85-1579941 |

The subsidiary corporation named above authorizes its parent corporation to include it in a consolidated return for the tax year indicated and for each subsequent year the group must file a consolidated return under the applicable regulations. If the parent corporation does not file a consolidated return on behalf of the subsidiary, the subsidiary authorizes the Commissioner of the Internal Revenue Service or an IRS official to do so.

The subsidiary consents to be bound by the provisions of the consolidated return regulations.

**Sign Here**

Under penalties of perjury, I declare that the subsidiary named above has authorized me to sign this form on its behalf, that I have examined this form and the information contained herein, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ Signature of subsidiary officer Date ▶ Title

**Instructions for the subsidiary corporation.** Complete and submit an original, signed Form 1122 to the common parent corporation of the consolidated group for the first tax year the subsidiary consents to be included in the group's consolidated income tax return.

**Instructions for the parent corporation filing the consolidated return.** The common parent corporation of a consolidated group must attach a separate Form 1122 to the group's consolidated income tax return for each subsidiary corporation for the first tax year each subsidiary consents to be included in the consolidated return. Attach to the consolidated return either the signed Form 1122 or an unsigned version containing the same information stated on the signed form. If the parent corporation submits an unsigned Form 1122, it must retain the original, signed form in its records.

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
▶ **Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.**

OMB No. 1545-0123

Name: M2 Holdco, LLC and Subsidiaries

**Employer identification number:** 85-1579941

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| | (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned (d) Common | Percent of stock owned (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| 1 | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers | 2 | 3,620,555. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . See Statement 35 | 4 | 3,620,555. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

JSA
0C1318 1.000

000170 608C 12/02/2021 15:24:30 V20-7.5F 62

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization

**(Including Information on Listed Property)**

▶ Attach to your tax return.

▶ Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2020**

Attachment Sequence No. **179**

Name(s) shown on return: M2 Holdco, LLC and Subsidiaries

Identifying number: 85-1579941

Business or activity to which this form relates: General Depreciation & Amortization

## Part I Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| 7 | Listed property. Enter the amount from line 29 | 7 | |

| | | | |
|---|---|---|---|
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2019 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | 562,553. |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

## Part III MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2020 | 17 | 465,769. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

### Section B - Assets Placed in Service During 2020 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

## Part IV Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | 1,028,322. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

**For Paperwork Reduction Act Notice, see separate instructions.**

JSA 0X2300 3.000

000170 608C 12/02/2021 15:24:30 V20-7.5F

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

**24a** Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No **24b** If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | 25 | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** |
| **34** Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2020 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2020 tax year | | | | 43 | 167,405. |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | 167,405. |

Form **4797**

Department of the Treasury
Internal Revenue Service

# Sales of Business Property

**(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))**

▶ Attach to your tax return.

▶ Go to *www.irs.gov/Form4797* for instructions and the latest information.

OMB No. 1545-0184

2020

Attachment Sequence No. 27

Name(s) shown on return: M2 Holdco, LLC and Subsidiaries

Identifying number: 85-1579941

| | | | |
|---|---|---|---|
| 1 | Enter the gross proceeds from sales or exchanges reported to you for 2020 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | 1 | |

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year (see instructions)

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| Stmt 40 | | | | | | -228,133. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39 | 3 | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | 7 | -228,133. |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| 8 | Nonrecaptured net section 1231 losses from prior years. See instructions | 8 | |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | 9 | |

## Part II Ordinary Gains and Losses (see instructions)

10 Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 11 | Loss, if any, from line 7 | 11 | ( 228,133.) |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 | Gain, if any, from line 31 | 13 | |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 | Combine lines 10 through 16 | 17 | -228,133. |
| 18 | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| a | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | 18a | |
| b | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | 18b | |

## Part III Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 (see instructions)

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 Gross sales price (**Note:** *See line 1 before completing.*) | 20 | | | | |
| 21 Cost or other basis plus expense of sale | 21 | | | | |
| 22 Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 **If section 1245 property:** | | | | | |
| a Depreciation allowed or allowable from line 22 | 25a | | | | |
| b Enter the **smaller** of line 24 or 25a | 25b | | | | |
| 26 **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a Additional depreciation after 1975. See instructions | 26a | | | | |
| b Applicable percentage multiplied by the **smaller** of line 24 or line 26a. See instructions | 26b | | | | |
| c Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f Section 291 amount (corporations only) | 26f | | | | |
| g Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a Soil, water, and land clearing expenses | 27a | | | | |
| b Line 27a multiplied by applicable percentage. See instructions | 27b | | | | |
| c Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 **If section 1254 property:** | | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion. See instructions | 28a | | | | |
| b Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 **If section 1255 property:** | | | | | |
| a Applicable percentage of payments excluded from income under section 126. See instructions | 29a | | | | |
| b Enter the **smaller** of line 24 or 29a. See instructions | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| 30 Total gains for all properties. Add property columns A through D, line 24 | 30 | |
| 31 Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

## Part IV Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (see instructions)

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 33 Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 Recomputed depreciation. See instructions | 34 | | |
| 35 Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

Form **5472** (Rev. December 2018) Department of the Treasury Internal Revenue Service

# Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business

**(Under Sections 6038A and 6038C of the Internal Revenue Code)**

**▶ Go to *www.irs.gov/Form5472* for instructions and the latest information.**

OMB No. 1545-0123

For tax year of the reporting corporation beginning 07/01/2020, and ending 12/31/2020

**Note:** Enter all information in English and money items in U.S. dollars.

## Part I Reporting Corporation (see instructions). All reporting corporations must complete Part I.

**1a** Name of reporting corporation: M2 Holdco, LLC and Subsidiaries

**1b Employer identification number:** 85-1579941

Number, street, and room or suite no. (if a P.O. box, see instructions): 103 Powell Court

City or town, state, and ZIP code (if a foreign address, see instructions): Brentwood, TN 37027

**1c** Total assets: $ 79,408,938.

**1d** Principal business activity ▶ Holding Company

**1e** Principal business activity code ▶ 551112

**1f** Total value of gross payments made or received reported on **this** Form 5472. See instructions. $ 2,650,000.

**1g** Total number of Forms 5472 filed for the tax year: 1

**1h** Total value of gross payments made or received reported on **all** Forms 5472. See instructions. $ 2,650,000.

**1i** Check here if this is a consolidated filing of Form 5472 . . . . . . . . ▶ [ ]

**1j** Check here if this is the initial year for which the U.S. reporting corporation is filing a Form 5472 . . ▶ [X]

**1k** Country of incorporation: US

**1l** Country(ies) under whose laws the reporting corporation files an income tax return as a resident: US

**1m** Principal country(ies) where business is conducted: US

**2** Check here if, at any time during the tax year, any foreign person owned, directly or indirectly, at least 50% of **(a)** the total voting power of all classes of the stock of the reporting corporation entitled to vote, or **(b)** the total value of all classes of stock of the reporting corporation ▶ [X]

**3** Check here if the reporting corporation is a foreign-owned domestic disregarded entity (foreign-owned U.S. DE) treated as a corporation for purposes of section 6038A. See instructions . . . . . . . . . . ▶ [ ]

## Part II 25% Foreign Shareholder (see instructions)

Check here if any direct (or ultimate indirect) 25% foreign shareholder listed in Part II is a surrogate foreign corporation under section 7874(a)(2)(B). ▶ [ ]

**1a** Name and address of direct 25% foreign shareholder:

| **1b(1)** U.S. identifying number, if any | **1b(2)** Reference ID number (see instructions) | **1b(3)** Foreign taxpayer identification number (FTIN), if any (see instructions) |
|---|---|---|
| | | |

| **1c** Principal country(ies) where business is conducted | **1d** Country of citizenship, organization, or incorporation | **1e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident |
|---|---|---|
| | | |

**2a** Name and address of direct 25% foreign shareholder:

| **2b(1)** U.S. identifying number, if any | **2b(2)** Reference ID number (see instructions) | **2b(3)** FTIN, if any (see instructions) |
|---|---|---|
| | | |

| **2c** Principal country(ies) where business is conducted | **2d** Country of citizenship, organization, or incorporation | **2e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident |
|---|---|---|
| | | |

**3a** Name and address of ultimate indirect 25% foreign shareholder: Michael Flacks
1450 Brickell Ave. Miami, FL 33131

| **3b(1)** U.S. identifying number, if any | **3b(2)** Reference ID number (see instructions) | **3b(3)** FTIN, if any (see instructions) |
|---|---|---|
| [redacted] | Stmt 41 | |

| **3c** Principal country(ies) where business is conducted | **3d** Country of citizenship, organization, or incorporation | **3e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident |
|---|---|---|
| | UK | |

**4a** Name and address of ultimate indirect 25% foreign shareholder:

| **4b(1)** U.S. identifying number, if any | **4b(2)** Reference ID number (see instructions) | **4b(3)** FTIN, if any (see instructions) |
|---|---|---|
| | | |

| **4c** Principal country(ies) where business is conducted | **4d** Country of citizenship, organization, or incorporation | **4e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident |
|---|---|---|
| | | |

**For Paperwork Reduction Act Notice, see instructions.** Form **5472** (Rev. 12-2018)

JSA
0C2820 1.000

000170 608C 12/02/2021 15:24:30 V20-7.5F 67

M2 Holdco, LLC and Subsidiaries 85-1579941
Form 5472 (Rev. 12-2018) Page 2

**Part III** **Related Party** (see instructions). All reporting corporations must complete this question and the rest of Part III.
Check applicable box: Is the related party a [X] foreign person or [ ] U.S. person?

**1a** Name and address of related party Michael Flacks
1450 Brickell Ave. Miami, FL 33131

| **1b(1)** U.S. identifying number, if any | **1b(2)** Reference ID number (see instructions) | **1b(3)** FTIN, if any (see instructions) |
|---|---|---|
| [redacted] | | |

**1c** Principal business activity ▶ Holding Company **1d** Principal business activity code ▶ 551112

**1e** Relationship - Check boxes that apply: [ ] Related to reporting corporation [ ] Related to 25% foreign shareholder [X] 25% foreign shareholder

| **1f** Principal country(ies) where business is conducted | **1g** Country(ies) under whose laws the related party files an income tax return as a resident |
|---|---|
| US | US |

**Part IV** **Monetary Transactions Between Reporting Corporations and Foreign Related Party** (see instructions)
**Caution:** Part IV **must** be completed if the "foreign person" box is checked in the heading for Part III.
If estimates are used, check here. ▶ [ ] See Statement 42

| | | | |
|---|---|---|---|
| 1 | Sales of stock in trade (inventory) | 1 | |
| 2 | Sales of tangible property other than stock in trade | 2 | |
| 3 | Platform contribution transaction payments received | 3 | |
| 4 | Cost-sharing transaction payments received | 4 | |
| 5a | Rents received (for other than intangible property rights) | 5a | |
| b | Royalties received (for other than intangible property rights) | 5b | |
| 6 | Sales, leases, licenses, etc., of intangible property rights (for example, patents, trademarks, secret formulas) | 6 | |
| 7 | Consideration received for technical, managerial, engineering, construction, scientific, or like services | 7 | |
| 8 | Commissions received | 8 | 2,650,000. |
| 9 | Amounts borrowed (see instructions) a Beginning balance ______ b Ending balance or monthly average ▶ | 9b | |
| 10 | Interest received | 10 | |
| 11 | Premiums received for insurance or reinsurance | 11 | |
| 12 | Other amounts received (see instructions) | 12 | |
| 13 | **Total.** Combine amounts on lines 1 through 12 | 13 | 2,650,000. |
| 14 | Purchases of stock in trade (inventory) | 14 | |
| 15 | Purchases of tangible property other than stock in trade | 15 | |
| 16 | Platform contribution transaction payments paid | 16 | |
| 17 | Cost-sharing transaction payments paid | 17 | |
| 18a | Rents paid (for other than intangible property rights) | 18a | |
| b | Royalties paid (for other than intangible property rights) | 18b | |
| 19 | Purchases, leases, licenses, etc., of intangible property rights (for example, patents, trademarks, secret formulas) | 19 | |
| 20 | Consideration paid for technical, managerial, engineering, construction, scientific, or like services | 20 | |
| 21 | Commissions paid | 21 | |
| 22 | Amounts loaned (see instructions) a Beginning balance ______ b Ending balance or monthly average ▶ | 22b | |
| 23 | Interest paid | 23 | |
| 24 | Premiums paid for insurance or reinsurance | 24 | |
| 25 | Other amounts paid (see instructions) | 25 | |
| 26 | **Total.** Combine amounts on lines 14 through 25 | 26 | |

**Part V** **Reportable Transactions of a Reporting Corporation That is a Foreign-Owned U.S. DE** (see instructions)
Describe on an attached separate sheet any other transaction as defined by Regulations section 1.482-1(i)(7), such as amounts paid or received in connection with the formation, dissolution, acquisition, and disposition of the entity, including contributions to and distributions from the entity, and check here. ▶ [ ]

**Part VI** **Nonmonetary and Less-Than-Full Consideration Transactions Between the Reporting Corporation and the Foreign Related Party** (see instructions)
Describe these transactions on an attached separate sheet and check here. ▶ [ ]

Form **5472** (Rev. 12-2018)

JSA
0C2821 1.000
000170 608C 12/02/2021 15:24:30 V20-7.5F 68

## Part VII Additional Information. All reporting corporations must complete Part VII.

| | | |
|---|---|---|
| 1 | Does the reporting corporation import goods from a foreign related party? | Yes [ ] No [X] |
| 2a | If "Yes," is the basis or inventory cost of the goods valued at greater than the customs value of the imported goods? | Yes [ ] No [ ] |
| b | If "Yes," attach a statement explaining the reason or reasons for such difference. | |
| c | If the answers to questions 1 and 2a are "Yes," were the documents used to support this treatment of the imported goods in existence and available in the United States at the time of filing Form 5472? | Yes [ ] No [ ] |
| 3 | During the tax year, was the foreign parent corporation a participant in any cost-sharing arrangement? | Yes [ ] No [X] |
| 4 | During the course of the tax year, did the foreign parent corporation become a participant in any cost-sharing arrangement? | Yes [ ] No [X] |
| 5a | During the tax year, did the reporting corporation pay or accrue any interest or royalty, to the related party, for which the deduction is not allowed under section 267A? See instructions | Yes [ ] No [X] |
| b | If "Yes," enter the total amount of the disallowed deductions | $ |
| 6a | Does the reporting corporation claim a foreign-derived intangible income (FDII) deduction (under section 250) with respect to amounts listed in Part IV? | Yes [ ] No [X] |
| b | If "Yes," enter the amount of gross income derived from sales, leases, exchanges, or other dispositions (but not licenses) of property to the foreign related party that the reporting corporation included in its computation of foreign-derived deduction eligible income (FDDEI). See instructions | $ |
| c | If "Yes," enter the amount of gross income derived from a license of property to the foreign related party that the reporting corporation included in its computation of FDDEI. See instructions | $ |
| d | If "Yes," enter the amount of gross income derived from services provided to the foreign related party that the reporting corporation included in its computation of FDDEI. See instructions | $ |

## Part VIII Base Erosion Payments and Base Erosion Tax Benefits Under Section 59A (see instructions)

| | | |
|---|---|---|
| 1 | Amounts defined as base erosion payments under section 59A(d) | $ 2,650,000. |
| 2 | Amount of base erosion tax benefits under section 59A(c)(2) | $ 2,650,000. |
| 3 | Amount of total qualified derivative payments as described in section 59A(h) made by the reporting corporation | $ |
| 4 | Reserved for future use | |

Form **5472** (Rev. 12-2018)

Form **7004** (Rev. December 2018) Department of the Treasury Internal Revenue Service

# Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| M2 Holdco, LLC and Subsidiaries | 85-1579941 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
103 Powell Court

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
Brentwood, TN 37027

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I** **Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions.

1 Enter the form code for the return listed below that this application is for . . . . . 1 2

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II** **All Filers Must Complete This Part**

2 If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . ▶ ☐

3 If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . ▶ ☒
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application. See Statement 43

4 If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a The application is for calendar year 20 ___ , or tax year beginning 07/01 , 20 20 , and ending 12/31 , 20 20

b **Short tax year.** If this tax year is less than 12 months, check the reason: ☒ Initial return ☐ Final return
☐ Change in accounting period ☒ Consolidated return to be filed ☐ Other (See instructions - attach explanation)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . . . | 6 | NONE |
| 7 | **Total** payments and credits. See instructions . . . . . | 7 | NONE |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . | 8 | NONE |

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Form **7004** (Rev. 12-2018)

JSA
0X0915 1.000

000170 608C 12/02/2021 15:24:30 V20-7.5F 70

Form **8916-A**
(Rev. November 2019)
Department of the Treasury
Internal Revenue Service

# Supplemental Attachment to Schedule M-3

▶ Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120-S.
▶ Go to *www.irs.gov/Form1120* for the latest information.

OMB No. 1545-0123

Name of common parent: M2 Holdco, LLC
Employer identification number: 85-1579941

Name of subsidiary
Employer identification number

## Part I Cost of Goods Sold

| | Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Amounts attributable to cost flow assumptions | | | | |
| 2 | Amounts attributable to: | | | | |
| a | Stock option expense | | | | |
| b | Other equity-based compensation | | | | |
| c | Meals and entertainment | | | | |
| d | Parachute payments | | | | |
| e | Compensation with section 162(m) limitation | | | | |
| f | Pension and profit sharing | | | | |
| g | Other post-retirement benefits | | | | |
| h | Deferred compensation | | | | |
| i | Reserved | | | | |
| j | Amortization | | | | |
| k | Depletion | | | | |
| l | Depreciation | | | | |
| m | Corporate-owned life insurance premiums | | | | |
| n | Other section 263A costs | | | | |
| 3 | Inventory shrinkage accruals | | | | |
| 4 | Excess inventory and obsolescence reserves | | | | |
| 5 | Lower of cost or market write-downs | | | | |
| 6 | Other items with differences (attach statement) | | | | |
| 7 | Other items with no differences | | | | |
| 8 | **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions | | | | |

**For Paperwork Reduction Act Notice, see instructions.**

M2 Holdco, LLC 85-1579941


**Part II** **Interest Income**

| | Interest Income Item | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|---|
| 1 | Tax-exempt interest income | | | | |
| 2 | Interest income from hybrid securities | | | | |
| 3 | Sale/lease interest income | | | | |
| 4a | Intercompany interest income - From outside tax affiliated group | | | | |
| 4b | Intercompany interest income - From tax affiliated group | | | | |
| 5 | Other interest income | | | | |
| 6 | Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | | | | |

**Part III** **Interest Expense**

| | Interest Expense Item | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Interest expense from hybrid securities | | | | |
| 2 | Lease/purchase interest expense | | | | |
| 3a | Intercompany interest expense - Paid to outside tax affiliated group | | | | |
| 3b | Intercompany interest expense - Paid to tax affiliated group | | | | |
| 4 | Other interest expense | | | | |
| 5 | Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | | | | |

Form **8990** (Rev. May 2020) Department of the Treasury Internal Revenue Service

# Limitation on Business Interest Expense Under Section 163(j)

▶ Attach to your tax return.
▶ Go to *www.irs.gov/Form8990* for instructions and the latest information.

OMB No. 1545-0123

| Taxpayer name(s) shown on tax return | Identification number |
|---|---|
| M2 Holdco, LLC and Subsidiaries | 85-1579941 |

If Form 8990 relates to an information return for a foreign entity (for example, Form 5471), enter:
Name of foreign entity ▶
Employer identification number, if any ▶
Reference ID number ▶

## Part I Computation of Allowable Business Interest Expense

*Part I is completed by all taxpayers subject to section 163(j). Schedule A and Schedule B need to be completed before Part I when the taxpayer is a partner or shareholder of a pass-through entity subject to section 163(j).*

### Section I - Business Interest Expense

| | | | | | |
|---|---|---|---|---|---|
| 1 | Current year business interest expense (not including floor plan financing interest expense), before the section 163(j) limitation | 1 | 118,725 | | |
| 2 | Disallowed business interest expense carryforwards from prior years. (Does not apply to a partnership) | 2 | 37,427,391 | | |
| 3 | Partner's excess business interest expense treated as paid or accrued in current year (Schedule A, line 44, column (h)) | 3 | | | |
| 4 | Floor plan financing interest expense. See instructions | 4 | | | |
| 5 | **Total business interest expense.** Add lines 1 through 4 ▶ | | | 5 | 37,546,116 |

### Section II - Adjusted Taxable Income

**Taxable Income**

| | | | | | |
|---|---|---|---|---|---|
| 6 | **Taxable income.** See instructions | | | 6 | -3,956,577 |

**Additions** (adjustments to be made if amounts are taken into account on line 6)

| | | | | | |
|---|---|---|---|---|---|
| 7 | Any item of loss or deduction that is not properly allocable to a trade or business of the taxpayer. See instructions | 7 | | | |
| 8 | Any business interest expense not from a pass-through entity. See instructions | 8 | 118,725 | | |
| 9 | Amount of any net operating loss deduction under section 172 | 9 | | | |
| 10 | Amount of any qualified business income deduction allowed under section 199A | 10 | | | |
| 11 | Deduction allowable for depreciation, amortization, or depletion attributable to a trade or business. See instructions | 11 | 1,195,727 | | |
| 12 | Amount of any loss or deduction items from a pass-through entity. See instructions | 12 | | | |
| 13 | Other additions. See instructions | 13 | | | |
| 14 | Total current year partner's excess taxable income (Schedule A, line 44, column (f)) | 14 | | | |
| 15 | Total current year S corporation shareholder's excess taxable income (Schedule B, line 46, column (c)) | 15 | | | |
| 16 | **Total.** Add lines 7 through 15 ▶ | | | 16 | 1,314,452 |

**Reductions** (adjustments to be made if amounts are taken into account on line 6)

| | | | | | |
|---|---|---|---|---|---|
| 17 | Any item of income or gain that is not properly allocable to a trade or business of the taxpayer. See instructions | 17 | ( ) | | |
| 18 | Any business interest income not from a pass-through entity. See instructions | 18 | ( 16,122) | | |
| 19 | Amount of any income or gain items from a pass-through entity. See instructions | 19 | ( ) | | |
| 20 | Other reductions. See instructions | 20 | ( ) | | |
| 21 | **Total.** Combine lines 17 through 20 ▶ | | | 21 | ( 16,122) |
| 22 | **Adjusted taxable income.** Combine lines 6, 16, and 21. (If zero or less, enter -0-.) ▶ | | | 22 | |

## Section III - Business Interest Income

| | | | | | |
|---|---|---|---|---|---|
| 23 | Current year business interest income. See instructions | 23 | 16,122 | | |
| 24 | Excess business interest income from pass-through entities (total of Schedule A, line 44, column (g), and Schedule B, line 46, column (d)) | 24 | | | |
| 25 | **Total.** Add lines 23 and 24 ▶ | | | 25 | 16,122 |

## Section IV - 163(j) Limitation Calculations

### Limitation on Business Interest Expense

| | | | | | |
|---|---|---|---|---|---|
| 26 | Multiply adjusted taxable income (line 22) by the applicable percentage. See instructions 0.500 | 26 | | | |
| 27 | Business interest income (line 25) | 27 | 16122 | | |
| 28 | Floor plan financing interest expense (line 4) | 28 | | | |
| 29 | **Total.** Add lines 26, 27, and 28 ▶ | | | 29 | 16122 |

### Allowable Business Interest Expense

| | | | |
|---|---|---|---|
| 30 | **Total current year business interest expense deduction.** See instructions. | 30 | 16,122. |

### Carryforward

| | | | |
|---|---|---|---|
| 31 | **Disallowed business interest expense.** Subtract line 29 from line 5. (If zero or less, enter -0-.) | 31 | 37529994 |

## Part II Partnership Pass-Through Items

*Part II is only completed by a partnership that is subject to section 163(j). The partnership items below are allocated to the partners and are not carried forward by the partnership. See the instructions for more information.*

### Excess Business Interest Expense

| | | | |
|---|---|---|---|
| 32 | **Excess business interest expense.** Enter amount from line 31 | 32 | |

### Excess Taxable Income (If you entered an amount on line 32, skip lines 33 through 37.)

| | | | |
|---|---|---|---|
| 33 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) | 33 | |
| 34 | Subtract line 33 from line 26. (If zero or less, enter -0-.) | 34 | |
| 35 | Divide line 34 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) | 35 | |
| 36 | **Excess taxable income.** Multiply line 35 by line 22. | 36 | |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 37 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) | 37 | |

## Part III S Corporation Pass-Through Items

*Part III is only completed by S corporations that are subject to section 163(j). The S corporation items below are allocated to the shareholders. See the instructions for more information.*

### Excess Taxable Income

| | | | |
|---|---|---|---|
| 38 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) | 38 | |
| 39 | Subtract line 38 from line 26. (If zero or less, enter -0-.). | 39 | |
| 40 | Divide line 39 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) | 40 | |
| 41 | **Excess taxable income.** Multiply line 40 by line 22. | 41 | |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 42 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.). | 42 | |

**General Dependency Information**

**Tax Year :** 2020
**Taxpayer :** M2 Holdco, LLC and Subsidiaries
**ID No :** 85-1579941

**Return No:** 000170
**Form:** 1120

Description
-----------

IRC 382 Statement

Attachment Information
----------------------

Statement Pursuant to Reg. §1.382-11(a) by M2 Holdco, LLC & Subsidiaries (FEIN: 85-1579941) A Loss Corporation

The above named taxpayer is a loss corporation as defined in §382(k)(1) of the Internal Revenue Code of 1986, and Reg. §1.382-2T(f)(1). As required by Reg. §1.382-11, taxpayer hereby files the following statement with respect to testing dates that occurred in its tax year ending on December 31, 2020.

(A) Testing dates that occurred during the year:

July 1, 2020

(B) Testing date(s) on which an ownership change occurred:

July 1, 2020

(C) Amount of attributes causing corporation to be a loss corporation:

Net operating loss carryover: 23,382,333
Interest expense limitation carryover: 32,427,391

(D) Election made under Temp. Reg. 1.382-2T(h)(4)(vi)(B) to disregard the deemed exercise of an option:

N/A

(E) Election made under Reg. 1.382-6(b)(2) to close the books of the loss corporation and allocate income and loss to periods before and after the change date:

N/A

Form 1120X - Part II - Amended Return Changes Detail

| Line # | Description | Amount Before | Amount After |
|---|---|---|---|
| 10 | Cancellation of Debt Income | 108,278,801. | 19,420,801. |
| 18 | Interest Expense | 37,546,116. | 16,122. |
| 19 | Charitable Contributions | 9,922. | NONE |
| 27 | Total Deductions | 395,961,210. | 358,421,294. |
| 28 | Taxable Income Before NOL | 47,464,110. | -3,853,974. |
| 29 | Net Operating Loss Deduction | 23,382,333. | NONE |
| 30 | Taxable Income | 24,081,777. | -3,853,974. |
| 31 | Total Tax | 5,057,173. | NONE |
| 34 | Estimated Tax Penalty | 110,244. | NONE |
| 35 | Amount Owed | 5,167,417. | NONE |
| | Total | 647,059,103. | 370,150,269. |

**Consolidated Schedules**
**1120 Page 1**

| | | Combined | Eliminations | Adjustments | M2 Holdco, LLC and Subsidiaries |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 336,098,947. | -740,417. | | 335,358,530. |
| 1b | Returns and allowances | | | | |
| 1c | Balance | 336,098,947. | -740,417. | | 335,358,530. |
| 2 | Cost of goods sold | | | | |
| 3 | Gross profit | 336,098,947. | -740,417. | | 335,358,530. |
| 4 | Dividends | | | | |
| 5 | Interest | 6,499,025. | -6,482,903. | | 16,122. |
| 6 | Gross rents | | | | |
| 7 | Gross royalties | | | | |
| 8 | Capital gain net income | | | | |
| 9 | Net gain or (loss) from Form 4797 | -228,133. | | | -228,133. |
| 10 | Other income | 19,420,801. | | | 19,420,801. |
| 11 | Total income | 361,790,640. | -7,223,320. | | 354,567,320. |
| 12 | Compensation of officers | 3,620,555. | | | 3,620,555. |
| 13 | Salaries and wages | 171,728,632. | | | 171,728,632. |
| 14 | Repairs and maintenance | 2,186,821. | | | 2,186,821. |
| 15 | Bad debts | -559,784. | | | -559,784. |
| 16 | Rents | 1,638,074. | | | 1,638,074. |
| 17 | Taxes and licenses | 7,501,883. | | | 7,501,883. |
| 18 | Interest | 145,755. | -6,482,903. | 6,353,270. | 16,122. |
| 19 | Charitable contributions | | | | |
| 20 | Depreciation | 1,028,322. | | | 1,028,322. |
| 21 | Depletion | | | | |
| 22 | Advertising | 7,387. | | | 7,387. |
| 23 | Pension, profit-sharing etc., plans | 38,779. | | | 38,779. |
| 24 | Employee benefit programs | 8,359,096. | | | 8,359,096. |
| 25 | Reserved for future use | | | | |
| 26 | Other deductions | 163,595,824. | -740,417. | | 162,855,407. |
| 27 | Total deductions | 359,291,344. | -7,223,320. | 6,353,270. | 358,421,294. |
| 28 | Taxable income before NOL & Spec. Deductions | 2,499,296. | NONE | -6,353,270. | -3,853,974. |
| 29 | NOL,Spec. deductions | | | NONE | NONE |
| 30 | Taxable income | 2,499,296. | NONE | -6,353,270. | -3,853,974. |

**Consolidated Schedules**
**1120 Page 1**

| | | M2 Holdco, LLC | Valitas Intermediate Holdings, Inc. | Valitas Health Services, Inc. | Corizon Health, Inc. |
|---|---|---|---|---|---|
| | | 85-1579941 | 821164343 | 23-2704721 | 23-2108853 |
| 1a | Gross receipts or sales | | | | 336,098,947. |
| 1b | Returns and allowances | | | | |
| 1c | Balance | | | | 336,098,947. |
| 2 | Cost of goods sold | | | | |
| 3 | Gross profit | | | | 336,098,947. |
| 4 | Dividends | | | | |
| 5 | Interest | 6,353,270. | | | 145,755. |
| 6 | Gross rents | | | | |
| 7 | Gross royalties | | | | |
| 8 | Capital gain net income | | | | |
| 9 | Net gain or (loss) from Form 4797 | | | | -228,133. |
| 10 | Other income | | | | 19,420,801. |
| 11 | Total income | 6,353,270. | | | 355,437,370. |
| 12 | Compensation of officers | | | | 3,620,555. |
| 13 | Salaries and wages | | | | 171,728,632. |
| 14 | Repairs and maintenance | | | | 2,186,821. |
| 15 | Bad debts | | | | -559,784. |
| 16 | Rents | | | | 1,638,074. |
| 17 | Taxes and licenses | | | | 7,501,883. |
| 18 | Interest | | | | 145,755. |
| 19 | Charitable contributions | | | | |
| 20 | Depreciation | | | | 1,028,322. |
| 21 | Depletion | | | | |
| 22 | Advertising | | | | 7,387. |
| 23 | Pension, profit-sharing etc., plans | | | | 38,779. |
| 24 | Employee benefit programs | | | | 8,359,096. |
| 25 | Reserved for future use | | | | |
| 26 | Other deductions | | | | 163,595,824. |
| 27 | Total deductions | | | | 359,291,344. |
| 28 | Taxable income before NOL & Spec. Deductions | 6,353,270. | NONE | NONE | -3,853,974. |
| 29 | NOL,Spec. deductions | | | | |
| 30 | Taxable income | 6,353,270. | NONE | NONE | -3,853,974. |

JSA
0C9082 1.000

## 1120 Page 1 Detail

### Line 5 - Interest Income

| | |
|---|---|
| **M2 Holdco, LLC** | |
| Interest on Obligations of the U.S. | 6,353,270. |
| Subtotal | 6,353,270. |
| **Corizon Health, Inc.** | |
| Other Interest Income | 145,755. |
| Subtotal | 145,755. |
| **Eliminations** | |
| Interest on Obligations of the U.S. | -6,482,903. |
| Subtotal | -6,482,903. |
| Total Line 5 - Interest Income | 16,122. |

### Line 10 - Other Income

| | |
|---|---|
| **Corizon Health, Inc.** | |
| Other Income | 174,410. |
| Cancellation of Debt Income | 19,246,391. |
| Subtotal | 19,420,801. |
| Total Line 10 - Other Income | 19,420,801. |

## 1120 Page 1 Detail

### Line 14 - Repairs

**Corizon Health, Inc.**

| | |
|---|---|
| Repairs & Maintenance | 2,186,821. |
| Subtotal | 2,186,821. |
| Total Line 14 - Repairs | 2,186,821. |

## 1120 Page 1 Detail

### Line 16 - Rents

Corizon Health, Inc.

| | |
|---|---|
| Rent | 1,638,074. |
| Subtotal | 1,638,074. |
| Total Line 16 - Rents | 1,638,074. |

### Line 17 - Taxes Summary

| | |
|---|---|
| Taxes (excluding income taxes) | 3,175,438. |
| Other state and local taxes | 4,326,445. |
| Total Line 17 - Taxes | 7,501,883. |

### Line 17 - Taxes (excluding income taxes)

Corizon Health, Inc.

| | |
|---|---|
| Sales & Use Tax | 35,192. |
| Property Taxes | 30,418. |
| Franchise/Capital Taxes | 27,059. |
| Business Licenses | 68,587. |
| Payroll Taxes | 3,014,182. |
| Subtotal | 3,175,438. |
| Total - Taxes (excluding income taxes) | 3,175,438. |

## 1120 Page 1 Detail

### Line 17 - Other state and local taxes

**Corizon Health, Inc.**

| | |
|---|---|
| State Income Tax Expense | 4,326,445. |
| Subtotal | 4,326,445. |
| Total - Other state and local taxes | 4,326,445. |

### Line 18 - Interest Deduction

**Corizon Health, Inc.**

| | |
|---|---|
| Interest | 6,601,628. |
| Subtotal | 6,601,628. |

**Eliminations**

| | |
|---|---|
| Other interest | -6,482,903. |
| Subtotal | -6,482,903. |
| Total Line 18 - Interest Deduction | 16,122. |

## 1120 Page 1 Detail

### Line 19 - Contributions deduction

| | | |
|---|---|---|
| 1. | Taxable income excluding contributions | -3,853,974. |
| 2. | Less: NOL carryover | |
| 3. | Plus: Capital Loss carryback | |
| 4. | Taxable income without regard to contributions, special deductions, NOL carrybacks, and capital loss carrybacks | -3,853,974. |
| 5. | Deduction limit for current year contributions subject to 10% limit | |
| 6. | Amount of current year contributions subject to 10% limit | |
| 7. | Deduction for current year contributions subject to 10% limit (Lesser of line 5 or line 6) | |
| 8. | Deduction limit for current year contributions subject to 25% limit (Line 4 x 25% minus line 7) | |
| 9. | Amount of current year contributions subject to 25% limit | 9,922. |
| 10. | Deduction for current year contributions subject to 25% limit (Lesser of line 8 or line 9) | |
| 11. | Deduction limit for contributions carried over from prior years (Line 4 x 10% minus line 7 minus line 10) | |
| 12. | Amount of contributions carried over from prior years | |
| 13. | Deduction for contributions carried over from prior years (Lesser of line 11 or line 12) | |
| 14. | Total contribution deduction (sum of lines 7, 10, and 13) | |

### Line 19 - 5 Year contribution carryover

| Year ending | Amount Available | Amount Utilized | Converted to NOL Carryover | Carryover to Next Year |
|---|---|---|---|---|
| 12/31/2020 | 9,922. | | 8,200. | 1,722. |
| Total | 9,922. | | 8,200. | 1,722. |

## 1120 Page 1 Detail

### Line 19 - Current year contributions

**Corizon Health, Inc.**

| | |
|---|---|
| Current year contributions | 9,922. |
| Total | 9,922. |
| Total Current year contributions | 9,922. |

### Line 24 - Employee Benefit Programs

**Corizon Health, Inc.**

| | |
|---|---|
| Employee Benefit Program | 8,359,096. |
| Subtotal | 8,359,096. |
| Total Line 24 - Employee Benefit Programs | 8,359,096. |

### Line 26 - Summary of Travel, Meals and Entertainment

**Corizon Health, Inc.**

| | |
|---|---|
| Net meals and entertainment to other deductions | 51,915. |
| Subtotal | 51,915. |
| Total line 26 - Travel, Meals and Entertainment | 51,915. |

# 1120 Page 1 Detail

## Line 26 - Other Deductions

### Corizon Health, Inc.

| | |
|---|---|
| Amortization | 167,405. |
| Travel, meals and entertainment | 51,915. |
| Training | 89,393. |
| Bank Charges | 73,151. |
| Travel | 768,594. |
| Supplies | 3,816,311. |
| SG&A Expense | 829,955. |
| Professional Services | 12,096,655. |
| Outpatient Services | 23,467,035. |
| Hospitalization | 52,791,970. |
| Pharmacy | 40,237,449. |
| Printing | 175,017. |
| Conferences and Seminars | 250. |
| Payroll Services | -18,878. |
| Liability Insurance | 16,882,575. |
| Rebates | -1,982,370. |
| Employee Recruitment/Hiring | 531,777. |
| Lobbying Expenses | 307,229. |
| Board of Directors Expenses | 2,591,825. |
| Employee Relations | 15,265. |
| Dues & Subscriptions | 940,084. |
| Insurance | 3,600,915. |
| Utilities & Telephone | 1,214,759. |
| Vehicle Expense | 6,865. |
| Legal & Accounting | 3,491,770. |
| Miscellaneous Expense | -752,522. |
| Postage & Supplies | 81,775. |
| Corporate Restructuring | 231,872. |
| Deductible Transaction Costs | 1,887,783. |
| Subtotal | 163,595,824. |

### Eliminations

| | |
|---|---|
| Pharmacy | -740,417. |
| Subtotal | -740,417. |

| | |
|---|---|
| Total Line 26 - Other Deductions | 162,855,407. |

Statement 10

## Form 1120, Page 1 Detail

### Non-SRLY NOL Carryover Schedule

M2 Holdco, LLC and Subsidiaries

| Year Ending | Original NOL | Amount Available | Amount Used in Current Year | Converted Contributions | Carryover to Next Year |
|---|---|---|---|---|---|
| 12/31/2000 | | | | | |
| 12/31/2001 | | | | | |
| 12/31/2002 | | | | | |
| 12/31/2003 | | | | | |
| 12/31/2004 | | | | | |
| 12/31/2005 | | | | | |
| 12/31/2006 | | | | | |
| 12/31/2007 | | | | | |
| 12/31/2008 | | | | | |
| 12/31/2009 | | | | | |
| 12/31/2010 | | | | | |
| 12/31/2011 | | | | | |
| 12/31/2012 | | | | | |
| 12/31/2013 | | | | | |
| 12/31/2014 | | | | | |
| 12/31/2015 | | | | | |
| 12/31/2016 | | | | | |
| 12/31/2017 | | | | | |
| 12/31/2018 | | | | | |
| 12/31/2019 | 24,165,114. | | | | |
| 12/31/2020 | 3,853,974. | 3,853,974. | 790,981. | 8,200. | 3,071,193. |
| Total | 28,019,088. | 3,853,974. | 790,981. | 8,200. | 3,071,193. |



Confidential 

**Consolidated Schedules**

**Sch. L - Beginning**

| | | Combined | Eliminations | Adjustments | M2 Holdco, LLC and Subsidiaries |
|---|---|---|---|---|---|
| | **Assets** | | | | |
| 1 | Cash | 26,963,293. | 158,269. | | 27,121,562. |
| 2 a | Trade Notes and A/R | 59,406,129. | -158,269. | | 59,247,860. |
| b | Less allowance for Bad Debts | 231,099. | | | 231,099. |
| 3 | Inventories | 5,510,647. | | | 5,510,647. |
| 4 | US Government Obligations | | | | |
| 5 | Tax-exempt Securities | | | | |
| 6 | Other Current Assets | 21,013,233. | 359,098. | | 21,372,331. |
| 7 | Loans to Stockholders | | | | |
| 8 | Mtge and Real Estate Loans | | | | |
| 9 | Other Investments | 279,526,338. | -249,475,256. | | 30,051,082. |
| 10 a | Buildings and Other Depreciable Assets | 44,625,964. | | | 44,625,964. |
| b | Less Accum. Depreciation | 34,993,986. | | | 34,993,986. |
| 11 a | Depletable Assets | | | | |
| b | Less Accum. Depletion | | | | |
| 12 | Land (net of any Amortization) | | | | |
| 13 a | Intangible Assets | 228,220,942. | | | 228,220,942. |
| b | Less Accum. Amortization | 28,101,373. | | | 28,101,373. |
| 14 | Other Assets | 55,085,919. | 985,839. | | 56,071,758. |
| 15 | Total Assets | 657,026,007. | -248,130,319. | | 408,895,688. |
| | **Liabilities and Stockholders' Equity** | | | | |
| 16 | Accounts Payable | 18,963,998. | NONE | | 18,963,998. |
| 17 | Mtges, Notes, Bond Payable in less than 1 year | NONE | | | NONE |
| 18 | Other Current Liabilities | 126,925,291. | 131. | | 126,925,422. |
| 19 | Loans from Stockholders | | | | |
| 20 | Mtges, Notes, Bonds Payable in 1 year or more | 122,998,764. | | | 122,998,764. |
| 21 | Other Liabilities | 200,684,478. | -248,130,450. | | -47,445,972. |
| 22 a | Capital stock-Preferred | | | | |
| b | Capital stock-Common | | | | |
| 23 | Additional Paid-in Capital | 166,047,896. | | | 166,047,896. |
| 24 | Retained earnings-Appropriated | | | | |
| 25 | Retained earnings-Unappropriated | 21,405,580. | | | 21,405,580. |
| 26 | Adjustments to shareholders' equity | | | | |
| 27 | Less cost of Treasury Stock | | | | |
| 28 | Total Liabilities and Stockholders' Equity | 657,026,007. | -248,130,319. | | 408,895,688. |

**Consolidated Schedules**

**Sch. L - Beginning**

| | | M2 Holdco, LLC | Valitas Intermediate Holdings, Inc. | Valitas Health Services, Inc. | Corizon Health, Inc. |
|---|---|---|---|---|---|
| | | 85-1579941 | 821164343 | 23-2704721 | 23-2108853 |
| | **Assets** | | | | |
| 1 | Cash | | | | 26,963,293. |
| 2 a | Trade Notes and A/R | | | | 59,406,129. |
| b | Less allowance for Bad Debts | | | | 231,099. |
| 3 | Inventories | | | | 5,510,647. |
| 4 | US Government Obligations | | | | |
| 5 | Tax-exempt Securities | | | | |
| 6 | Other Current Assets | | | | 21,013,233. |
| 7 | Loans to Stockholders | | | | |
| 8 | Mtge and Real Estate Loans | | | | |
| 9 | Other Investments | | | 249,475,256. | 30,051,082. |
| 10 a | Buildings and Other Depreciable Assets | | | | 44,625,964. |
| b | Less Accum. Depreciation | | | | 34,993,986. |
| 11 a | Depletable Assets | | | | |
| b | Less Accum. Depletion | | | | |
| 12 | Land (net of any Amortization) | | | | |
| 13 a | Intangible Assets | | | | 228,220,942. |
| b | Less Accum. Amortization | | | | 28,101,373. |
| 14 | Other Assets | NONE | | | 55,085,919. |
| 15 | Total Assets | NONE | | 249,475,256. | 407,550,751. |
| | **Liabilities and Stockholders' Equity** | | | | |
| 16 | Accounts Payable | | | | 18,963,998. |
| 17 | Mtges, Notes, Bond Payable in less than 1 year | | | | NONE |
| 18 | Other Current Liabilities | | | | 126,925,291. |
| 19 | Loans from Stockholders | | | | |
| 20 | Mtges, Notes, Bonds Payable in 1 year or more | | | | 122,998,764. |
| 21 | Other Liabilities | | | 60,821,782. | 139,862,696. |
| 22 a | Capital stock-Preferred | | | | |
| b | Capital stock-Common | | | | |
| 23 | Additional Paid-in Capital | NONE | | 166,047,896. | NONE |
| 24 | Retained earnings-Appropriated | | | | |
| 25 | Retained earnings-Unappropriated | | | 22,605,578. | -1,199,998. |
| 26 | Adjustments to shareholders' equity | | | | |
| 27 | Less cost of Treasury Stock | | | | |
| 28 | Total Liabilities and Stockholders' Equity | NONE | | 249,475,256. | 407,550,751. |

**Consolidated Schedules**

**Sch. L - Ending**

| | | Combined | Eliminations | Adjustments | M2 Holdco, LLC and Subsidiaries |
|---|---|---|---|---|---|
| | **Assets** | | | | |
| 1 | Cash | 11,627,154. | 158,269. | | 11,785,423. |
| 2 a | Trade Notes and A/R | 60,087,592. | -158,269. | | 59,929,323. |
| b | Less allowance for Bad Debts | 875,483. | | | 875,483. |
| 3 | Inventories | 6,762,343. | | | 6,762,343. |
| 4 | US Government Obligations | | | | |
| 5 | Tax-exempt Securities | | | | |
| 6 | Other Current Assets | 22,544,000. | -79,049,839. | | -56,505,839. |
| 7 | Loans to Stockholders | | | | |
| 8 | Mtge and Real Estate Loans | | | | |
| 9 | Other Investments | 265,633,897. | -249,475,256. | | 16,158,641. |
| 10 a | Buildings and Other Depreciable Assets | 38,002,420. | | | 38,002,420. |
| b | Less Accum. Depreciation | 30,041,981. | | | 30,041,981. |
| 11 a | Depletable Assets | | | | |
| b | Less Accum. Depletion | | | | |
| 12 | Land (net of any Amortization) | | | | |
| 13 a | Intangible Assets | 228,220,942. | | | 228,220,942. |
| b | Less Accum. Amortization | 30,557,453. | | | 30,557,453. |
| 14 | Other Assets | 117,558,684. | 985,839. | | 118,544,523. |
| 15 | Total Assets | 688,962,115. | -327,539,256. | | 361,422,859. |
| | **Liabilities and Stockholders' Equity** | | | | |
| 16 | Accounts Payable | 33,096,484. | | | 33,096,484. |
| 17 | Mtges, Notes, Bond Payable in less than 1 year | 1,299,333. | | | 1,299,333. |
| 18 | Other Current Liabilities | 105,489,143. | -33,508. | | 105,455,635. |
| 19 | Loans from Stockholders | | | | |
| 20 | Mtges, Notes, Bonds Payable in 1 year or more | 87,371,072. | -79,375,313. | | 7,995,759. |
| 21 | Other Liabilities | 369,417,670. | -248,130,435. | | 121,287,235. |
| 22 a | Capital stock-Preferred | | | | |
| b | Capital stock-Common | | | | |
| 23 | Additional Paid-in Capital | 112,998,764. | | | 112,998,764. |
| 24 | Retained earnings-Appropriated | | | | |
| 25 | Retained earnings-Unappropriated | -20,710,351. | | | -20,710,351. |
| 26 | Adjustments to Shareholders' Equity | | | | |
| 27 | Less cost of Treasury Stock | | | | |
| 28 | Total Liabilities and Stockholders' Equity | 688,962,115. | -327,539,256. | | 361,422,859. |

**Consolidated Schedules**

**Sch. L - Ending**

| | | M2 Holdco, LLC | Valitas Intermediate Holdings, Inc. | Valitas Health Services, Inc. | Corizon Health, Inc. |
|---|---|---|---|---|---|
| | | 85-1579941 | 821164343 | 23-2704721 | 23-2108853 |
| | **Assets** | | | | |
| 1 | Cash | | | | 11,627,154. |
| 2 a | Trade Notes and A/R | | | | 60,087,592. |
| b | Less allowance for Bad Debts | | | | 875,483. |
| 3 | Inventories | | | | 6,762,343. |
| 4 | US Government Obligations | | | | |
| 5 | Tax-exempt Securities | | | | |
| 6 | Other Current Assets | | | | 22,544,000. |
| 7 | Loans to Stockholders | | | | |
| 8 | Mtge and Real Estate Loans | | | | |
| 9 | Other Investments | | | 249,475,256. | 16,158,641. |
| 10 a | Buildings and Other Depreciable Assets | | | | 38,002,420. |
| b | Less Accum. Depreciation | | | | 30,041,981. |
| 11 a | Depletable Assets | | | | |
| b | Less Accum. Depletion | | | | |
| 12 | Land (net of any Amortization) | | | | |
| 13 a | Intangible Assets | | | | 228,220,942. |
| b | Less Accum. Amortization | | | | 30,557,453. |
| 14 | Other Assets | 79,408,938. | | | 38,149,746. |
| 15 | Total Assets | 79,408,938. | | 249,475,256. | 360,077,921. |
| | **Liabilities and Stockholders' Equity** | | | | |
| 16 | Accounts Payable | | | | 33,096,484. |
| 17 | Mtges, Notes, Bond Payable in less than 1 year | | | | 1,299,333. |
| 18 | Other Current Liabilities | | | | 105,489,143. |
| 19 | Loans from Stockholders | | | | |
| 20 | Mtges, Notes, Bonds Payable in 1 year or more | | | | 87,371,072. |
| 21 | Other Liabilities | | | 249,475,256. | 119,942,414. |
| 22 a | Capital stock-Preferred | | | | |
| b | Capital stock-Common | | | | |
| 23 | Additional Paid-in Capital | 73,055,668. | | | 39,943,096. |
| 24 | Retained earnings-Appropriated | | | | |
| 25 | Retained earnings-Unappropriated | 6,353,270. | | NONE | -27,063,621. |
| 26 | Adjustments to Shareholders' Equity | | | | |
| 27 | Less cost of Treasury Stock | | | | |
| 28 | Total Liabilities and Stockholders' Equity | 79,408,938. | | 249,475,256. | 360,077,921. |

## Form 1120 Page 6 Detail, Sch. L

| | Beginning | Ending |
|---|---|---|
| **Line 1 - Cash** | | |
| **Corizon Health, Inc.** | | |
| Cash | 26,963,293. | 11,627,154. |
| Subtotal | 26,963,293. | 11,627,154. |
| **Eliminations** | | |
| Cash | 158,269. | 158,269. |
| Subtotal | 158,269. | 158,269. |
| Total Line 1 - Cash | 27,121,562. | 11,785,423. |
| **Line 2 - Trade Notes & AR** | | |
| **Corizon Health, Inc.** | | |
| Accounts Receivable | 59,406,129. | 60,087,592. |
| Subtotal | 59,406,129. | 60,087,592. |
| **Eliminations** | | |
| Accounts Receivable | -158,269. | -158,269. |
| Subtotal | -158,269. | -158,269. |
| Total Line 2 - Trade Notes and AR | 59,247,860. | 59,929,323. |

Form 1120 Page 6 Detail, Sch. L

| | Beginning | Ending |
|---|---|---|
| **Line 3 - Inventories** | | |
| **Corizon Health, Inc.** | | |
| Inventories | 5,510,647. | 6,762,343. |
| Subtotal | 5,510,647. | 6,762,343. |
| Total Line 3 - Inventories | 5,510,647. | 6,762,343. |
| **Line 6 - Other Current Assets** | | |
| **Corizon Health, Inc.** | | |
| Non-trade receivables | 644,833. | 1,167,807. |
| Prepaid expenses | 5,487,953. | 3,731,922. |
| Current Deferred Tax Asset | 14,880,447. | 17,644,271. |
| Subtotal | 21,013,233. | 22,544,000. |
| **Eliminations** | | |
| Prepaid expenses | 359,098. | 359,098. |
| Non Trade Receivables | NONE | -79,408,937. |
| Subtotal | 359,098. | -79,049,839. |
| Total Line 6 - Other Current Assets | 21,372,331. | -56,505,839. |

## Form 1120 Page 6 Detail, Sch. L

| | Beginning | Ending |
|---|---|---|
| **Line 9 - Other Investments** | | |
| **Valitas Health Services, Inc.** | | |
| Other Investments | 249,475,256. | 249,475,256. |
| Subtotal | 249,475,256. | 249,475,256. |
| **Corizon Health, Inc.** | | |
| Other Investments | 30,051,082. | 16,158,641. |
| Subtotal | 30,051,082. | 16,158,641. |
| **Eliminations** | | |
| Other Investments | -249,475,256. | -249,475,256. |
| Subtotal | -249,475,256. | -249,475,256. |
| Total Line 9 - Other Investments | 30,051,082. | 16,158,641. |
| **Line 14 - Other Assets** | | |
| **M2 Holdco, LLC** | | |
| Note Receivable | NONE | 79,408,938. |
| Subtotal | NONE | 79,408,938. |
| **Corizon Health, Inc.** | | |
| Deposits | 51,998,441. | 42,762,298. |
| Construction in Progress | 193,762. | 2,788. |
| Deferred Income Tax Asset - LT | 2,893,716. | -4,615,340. |
| Subtotal | 55,085,919. | 38,149,746. |

Continued on next page

Form 1120 Page 6 Detail, Sch. L

| | Beginning | Ending |
|---|---|---|
| **Line 14 - Other Assets (Cont'd)** | | |
| **Eliminations** | | |
| Deposits | 985,839. | 985,839. |
| Subtotal | 985,839. | 985,839. |
| Total Line 14 - Other Assets | 56,071,758. | 118,544,523. |
| **Line 16 - Accounts Payable** | | |
| **Corizon Health, Inc.** | | |
| Accounts Payable | 18,963,998. | 33,096,484. |
| Subtotal | 18,963,998. | 33,096,484. |
| **Eliminations** | | |
| Accounts Payable | NONE | |
| Subtotal | NONE | |
| Total Line 16 - Accounts Payable | 18,963,998. | 33,096,484. |

Form 1120 Page 6 Detail, Sch. L

| | Beginning | Ending |
|---|---|---|
| **Line 18 - Other Current Liabilities** | | |
| **Corizon Health, Inc.** | | |
| Salaries and Wages Payable | 12,896,667. | 5,546,064. |
| Payroll and Other withholdings | 7,305,263. | 13,127,968. |
| Income Taxes Payable | -138,260. | 4,043,597. |
| Accrued interest payable | 40,508. | 33,624. |
| Self-insurance reserves | 2,804,608. | 2,534,611. |
| Medical Claims Liability | 50,222,342. | 35,303,325. |
| Workers Compensation Payable | 9,670,142. | 8,272,353. |
| Deferred revenue | 1,479,661. | 1,319,540. |
| Accrued Expenses | 23,333,274. | 17,248,302. |
| Accrued Franchise Taxes | 24,692. | NONE |
| Accrued Vacation | 14,917,567. | 11,569,817. |
| Accrued Bonuses | 3,959,818. | 5,700,332. |
| Accrued Severance | 135,376. | 658,945. |
| Other Taxes Payable | 130,665. | 130,665. |
| Deferred Compensation | 142,968. | NONE |
| Subtotal | 126,925,291. | 105,489,143. |
| **Eliminations** | | |
| Medical Claims Liability | 15. | NONE |
| Accrued Expenses | 116. | -33,508. |
| Subtotal | 131. | -33,508. |
| Total Line 18 - Other Current Liabilities | 126,925,422. | 105,455,635. |

## Form 1120 Page 6 Detail, Sch. L

| | Beginning | Ending |
|---|---|---|
| **Line 20 - Mortgages, Notes, Bonds Payable in 1 Year or More** | | |
| **Corizon Health, Inc.** | | |
| Mortgages, Notes, Bonds Payable in 1 year or more | 122,998,764. | 87,371,072. |
| Subtotal | 122,998,764. | 87,371,072. |
| **Eliminations** | | |
| Mortgages, Notes, Bonds Payable in 1 year or more | | -79,375,313. |
| Subtotal | | -79,375,313. |
| Total Line 20 - Mortgages, Notes Bonds Payable in 1 year or more | 122,998,764. | 7,995,759. |
| **Line 21 - Other Liabilities** | | |
| **Valitas Health Services, Inc.** | | |
| Intercompany/Related Party Payables | 60,821,782. | 249,475,256. |
| Subtotal | 60,821,782. | 249,475,256. |
| **Corizon Health, Inc.** | | |
| Medical Malpractice Payable - LT | 93,791,008. | 87,864,540. |
| Non-Current Deferred Tax Liability | NONE | NONE |
| Intercompany/Related party payables | 129. | 113. |
| Rent Payable - LT | 913,806. | 910,571. |
| Deferred Compensation | 30,051,082. | 16,158,641. |
| Workers Compensation Payable | 94,274. | 151,234. |
| Miscellaneous Other Liabilities | 821,329. | 666,250. |
| Deferred Income Tax Liabilities-LT | 14,191,068. | 14,191,065. |
| Subtotal | 139,862,696. | 119,942,414. |
| **Eliminations** | | |
| Medical Malpractice Payable - L/T | 1,344,937. | 1,344,937. |
| Intercompany/Related Party Payables | -249,475,387. | -249,475,372. |

Continued on next page

## Form 1120 Page 6 Detail, Sch. L

| | Beginning | Ending |
|---|---|---|
| **Line 21 - Other Liabilities (Cont'd)** | | |
| Subtotal | -248,130,450. | -248,130,435. |
| Total Line 21 - Other Liabilities | -47,445,972. | 121,287,235. |
| **Line 23 - Additional Paid-in Capital** | | |
| **M2 Holdco, LLC** | | |
| Additional Paid-In Capital | NONE | 73,055,668. |
| Subtotal | NONE | 73,055,668. |
| **Valitas Health Services, Inc.** | | |
| Paid-in Additional Capital | 166,047,896. | |
| Subtotal | 166,047,896. | |
| **Corizon Health, Inc.** | | |
| Paid-in Additional Capital | NONE | 39,943,096. |
| Subtotal | NONE | 39,943,096. |
| Total Line 23 - Additional Paid-in | 166,047,896. | 112,998,764. |

**Consolidated Schedules**

**Sch. M1 and M-2 Summary**

| | | Combined | Eliminations | Adjustments | M2 Holdco, LLC and Subsidiaries |
|---|---|---|---|---|---|
| | **Schedule M-1** | | | | |
| 1 | Net income per books | | | | |
| 2 | Federal Income Tax | | | | |
| 3 | Excess Capital Losses | | | | |
| 4 | Income Subject to Tax not on Books | | | | |
| 5 | Expenses Recorded on Books not Deducted on Return | | | | |
| | a Depreciation | | | | |
| | b Charitable Contributions | | | | |
| | c Travel and Entertainment | | | | |
| | Other | | | | |
| 6 | Total Lines 1-5 | | | | |
| 7 | Income Recorded on Books not Included on Return | | | | |
| | a Tax-exempt Interest | | | | |
| | Other | | | | |
| 8 | Deductions on Return not on Books | | | | |
| | a Depreciation | | | | |
| | b Charitable Contributions | | | | |
| | Other | | | | |
| 9 | Total Lines 7 and 8 | | | | |
| 10 | Income (Line 28, Page 1) | | | | |
| | **Schedule M-2** | | | | |
| 1 | Balance at beginning of year | 21,405,580. | | | 21,405,580. |
| 2 | Net Income per Books | -19,510,366. | NONE | | -19,510,366. |
| 3 | Other Increases | 13. | | | 13. |
| | | --------------- | --------------- | --------------- | --------------- |
| 4 | Total Line 1-3 | 1,895,227. | NONE | | 1,895,227. |
| 5 | Distributions | | | | |
| | a Cash | | | | |
| | b Stock | | | | |
| | c Property | 22,605,578. | | | 22,605,578. |
| 6 | Other Decreases | | | | |
| | | --------------- | --------------- | --------------- | --------------- |
| 7 | Total lines 5 and 6 | 22,605,578. | | | 22,605,578. |
| | | --------------- | --------------- | --------------- | --------------- |
| 8 | Balance at end of year | -20,710,351. | NONE | | -20,710,351. |
| | | =============== | =============== | =============== | =============== |

M2 Holdco, LLC and Subsidiaries 85-1579941

| Consolidated Schedules<br>Sch. M1 and M-2 Summary | M2 Holdco, LLC<br>85-1579941 | Valitas Intermediate Holdings, Inc.<br>821164343 | Valitas Health Services, Inc.<br>23-2704721 | Corizon Health, Inc.<br>23-2108853 |
|---|---|---|---|---|
| **Schedule M-1** | | | | |
| 1 Net income per books | | | | |
| 2 Federal Income Tax | | | | |
| 3 Excess Capital Losses | | | | |
| 4 Income Subject to Tax not on Books | | | | |
| 5 Expenses Recorded on Books not Deducted on Return | | | | |
| a Depreciation | | | | |
| b Charitable Contributions | | | | |
| c Travel and Entertainment | | | | |
| Other | | | | |
| 6 Total Lines 1-5 | | | | |
| 7 Income Recorded on Books not Included on Return | | | | |
| a Tax-exempt Interest | | | | |
| Other | | | | |
| 8 Deductions on Return not on Books | | | | |
| a Depreciation | | | | |
| b Charitable Contributions | | | | |
| Other | | | | |
| 9 Total Lines 7 and 8 | | | | |
| 10 Income (Line 28, Page 1) | | | | |
| **Schedule M-2** | | | | |
| 1 Balance at beginning of year | | | 22,605,578. | -1,199,998. |
| 2 Net Income per Books | 6,353,270. | | | -25,863,636. |
| 3 Other Increases | | | | 13. |
| 4 Total Line 1-3 | 6,353,270. | | 22,605,578. | -27,063,621. |
| 5 Distributions | | | | |
| a Cash | | | | |
| b Stock | | | | |
| c Property | | | 22,605,578. | |
| 6 Other Decreases | | | | |
| 7 Total lines 5 and 6 | | | 22,605,578. | |
| 8 Balance at end of year | 6,353,270. | | NONE | -27,063,621. |

## 1120 Page 6 Detail

### Sch. M-2, Line 3 - Other Increases

**Corizon Health, Inc.**

| | |
|---|---|
| Rounding Adjustment | 13. |
| Subtotal | 13. |
| Total Sch. M-2, Line 3 - Other Increases | 13. |

### Sch. M-2, Line 5c - Property Distributions

**Valitas Health Services, Inc.**

| | |
|---|---|
| Recapitalization | 22,605,578. |
| Subtotal | 22,605,578. |
| Total Sch. M-2, Line 5c - Property Distributions | 22,605,578. |

**Consolidated Schedules**

**Cost of Goods Sold**

| | Combined | Eliminations | Adjustments | M2 Holdco, LLC and Subsidiaries |
|---|---|---|---|---|
| 1 Inventory - beginning | 5,510,647. | | | 5,510,647. |
| 2 Purchases | 1,251,696. | | | 1,251,696. |
| 3 Cost of Labor | | | | |
| 4 Addtl. 263A Costs | | | | |
| 5 Other Costs | | | | |
| 6 Total | 6,762,343. | | | 6,762,343. |
| 7 Inventory - Ending | 6,762,343. | | | 6,762,343. |
| 8 Cost of Goods Sold | | | | |

| | M2 Holdco, LLC | Valitas Intermediate Holdings, Inc. | Valitas Health Services, Inc. | Corizon Health, Inc. |
|---|---|---|---|---|
| **Consolidated Schedules** | 85-1579941 | 821164343 | 23-2704721 | 23-2108853 |
| **Cost of Goods Sold** | | | | |
| 1 Inventory - beginning | | | | 5,510,647. |
| 2 Purchases | | | | 1,251,696. |
| 3 Cost of Labor | | | | |
| 4 Addtl. 263A Costs | | | | |
| 5 Other Costs | | | | |
| 6 Total | | | | 6,762,343. |
| 7 Inventory - Ending | | | | 6,762,343. |
| 8 Cost of Goods Sold | | | | |

M2 Holdco, LLC and Subsidiaries 85-1579941

**Consolidated Schedules**

**Schedule M-3, Part II**

| | | Combined | | | | Eliminations | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Per Inc Stmt | Temporary | Permanent | Per Tax Return | Per Inc Stmt | Temporary | Permanent | Per Tax Return |
| 1 | Income (loss) from equity method foreign corp. | | | | | | | | |
| 2 | Gross foreign dividends not previously taxed | | | | | | | | |
| 3 | Subpart F, QEF, and similar income inclusions | | | | | | | | |
| 4 | Gross-up for foreign taxes deemed paid | | | | | | | | |
| 5 | Gross foreign distrib. previously taxed | | | | | | | | |
| 6 | Income (loss) from equity method U.S. corp. | | | | | | | | |
| 7 | U.S. dividends not eliminated in tax consolidation | | | | | | | | |
| 8 | Minority interest for includible corp. | | | | | | | | |
| 9 | Income (loss) from U.S. partnerships | | | | | | | | |
| 10 | Income (loss) from foreign partnerships | | | | | | | | |
| 11 | Income (loss) from other pass-through entities | | | | | | | | |
| 12 | Items relating to reportable transactions | | | | | | | | |
| 13 | Interest income | 6,499,025. | | | 6,499,025. | -6,482,903. | | | -6,482,903. |
| 14 | Total accrual to cash adjustment | | | | | | | | |
| 15 | Hedging transactions | | | | | | | | |
| 16 | Mark-to-market income (loss) | | | | | | | | |
| 17 | Cost of goods sold | | | | | | | | |
| 18 | Sales versus lease | | | | | | | | |
| 19 | Section 481(a) adjustments | | | | | | | | |
| 20 | Unearned/deferred revenue | | | | | | | | |
| 21 | Income recognition from long-term contracts | | | | | | | | |
| 22 | Original issue discount/imputed interest | | | | | | | | |
| 23a | Income statement gain/loss on sale, exchange, or abandonment | -2,494. | 2,494. | | | | | | |
| 23b | Gross cap. gains from Sch. D, excluding amount from pass-through entities | | | | | | | | |
| 23c | Gross cap. losses from Sch. D, exc. pass-through ent., abandonment, worthless stock | | | | | | | | |
| 23d | Net gain/loss reported on Form 4797 | | -228,133. | | -228,133. | | | | |
| 23e | Abandonment losses | | | | | | | | |
| 23f | Worthless stock losses | | | | | | | | |
| 23g | Other gain/loss on disposition of assets other than inventory | | | | | | | | |
| 24 | Capital loss limitation and carryforward used | | | | | | | | |
| 25 | Other income (loss) items with differences | NONE | NONE | 19,246,391. | 19,246,391. | | | | |
| 26 | **Total income (loss) items** | 6,496,531. | -225,639. | 19,246,391. | 25,517,283. | -6,482,903. | | | -6,482,903. |
| 27 | **Total expense/deduction items** | -221,966,036. | -4,195,221. | 7,184,131. | -218,977,126. | 6,482,903. | | | 6,482,903. |
| 28 | Other items with no differences | 195,959,139. | | | 195,959,139. | NONE | | | NONE |
| 29a | 1120 subgroup reconciliation totals | -19,510,366. | -4,420,860. | 26,430,522. | 2,499,296. | NONE | | | NONE |
| 29b | PC insurance subgroup reconciliation totals | | | | | | | | |
| 29c | Life insurance subgroup reconciliation totals | | | | | | | | |
| 30 | **Reconciliation totals** | -19,510,366. | -4,420,860. | 26,430,522. | 2,499,296. | NONE | | | NONE |

JSA
0C8042 1.000

M2 Holdco, LLC and Subsidiaries 85-1579941

| Consolidated Schedules | Adjustments | | | | M2 Holdco, LLC and Subsidiaries | | | |
|---|---|---|---|---|---|---|---|---|
| Schedule M-3, Part II | Per Inc Stmt | Temporary | Permanent | Per Tax Return | Per Inc Stmt | Temporary | Permanent | Per Tax Return |
| 1 Income (loss) from equity method foreign corp. | | | | | | | | |
| 2 Gross foreign dividends not previously taxed | | | | | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | | | | | |
| 5 Gross foreign distrib. previously taxed | | | | | | | | |
| 6 Income (loss) from equity method U.S. corp. | | | | | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | | | | | |
| 8 Minority interest for includible corp. | | | | | | | | |
| 9 Income (loss) from U.S. partnerships | | | | | | | | |
| 10 Income (loss) from foreign partnerships | | | | | | | | |
| 11 Income (loss) from other pass-through entities | | | | | | | | |
| 12 Items relating to reportable transactions | | | | | | | | |
| 13 Interest income | | | | | 16,122. | | | 16,122. |
| 14 Total accrual to cash adjustment | | | | | | | | |
| 15 Hedging transactions | | | | | | | | |
| 16 Mark-to-market income (loss) | | | | | | | | |
| 17 Cost of goods sold | | | | | | | | |
| 18 Sales versus lease | | | | | | | | |
| 19 Section 481(a) adjustments | | | | | | | | |
| 20 Unearned/deferred revenue | | | | | | | | |
| 21 Income recognition from long-term contracts | | | | | | | | |
| 22 Original issue discount/imputed interest | | | | | | | | |
| 23a Income statement gain/loss on sale, exchange, or abandonment | | | | | -2,494. | 2,494. | | |
| 23b Gross cap. gains from Sch. D, excluding amount from pass-through entities | | | | | | | | |
| 23c Gross cap. losses from Sch. D, exc. pass-through ent., abandonment, worthless stock | | | | | | | | |
| 23d Net gain/loss reported on Form 4797 | | 228,133. | -228,133. | | | | -228,133. | -228,133. |
| 23e Abandonment losses | | | | | | | | |
| 23f Worthless stock losses | | | | | | | | |
| 23g Other gain/loss on disposition of assets other than inventory | | | | | | | | |
| 24 Capital loss limitation and carryforward used | | | | | | | | |
| 25 Other income (loss) items with differences | | | | | NONE | NONE | 19,246,391. | 19,246,391. |
| 26 **Total income (loss) items** | | 228,133. | -228,133. | | 13,628. | 2,494. | 19,018,258. | 19,034,380. |
| 27 **Total expense/deduction items** | | -6,363,192. | 9,922. | -6,353,270. | -215,483,133. | -10,558,413. | 7,194,053. | -218,847,493. |
| 28 Other items with no differences | | | | | 195,959,139. | | | 195,959,139. |
| 29a 1120 subgroup reconciliation totals | | -6,135,059. | -218,211. | -6,353,270. | -19,510,366. | -10,555,919. | 26,212,311. | -3,853,974. |
| 29b PC insurance subgroup reconciliation totals | | | | | | | | |
| 29c Life insurance subgroup reconciliation totals | | | | | | | | |
| 30 **Reconciliation totals** | | -6,135,059. | -218,211. | -6,353,270. | -19,510,366. | -10,555,919. | 26,212,311. | -3,853,974. |

JSA
0C8042 1.000

Schedule M-3, Part II Detail

Line 25 - Other income (loss) items with differences

| Description | Income (Loss) Per Income Stmt | Temporary Difference | Permanent Difference | Income (Loss) Per Tax Return |
|---|---|---|---|---|
| **Corizon Health, Inc.** | | | | |
| Cancellation of Debt Income | NONE | NONE | 19,246,391. | 19,246,391. |
| Subtotal | NONE | NONE | 19,246,391. | 19,246,391. |
| Total | NONE | NONE | 19,246,391. | 19,246,391. |

## Schedule M-3, Part II Detail

### Line 28 - Other items with no differences

#### Corizon Health, Inc.

| | |
|---|---|
| Other Income | 174,410. |
| Repairs and Maintenance | -2,186,821. |
| Taxes & Licenses | -161,256. |
| Training | -89,393. |
| Bank Charges | -73,151. |
| Travel | -768,594. |
| Supplies | -3,816,311. |
| SG&A Expense | -829,955. |
| Outpatient Services | -23,467,035. |
| Hospitalization | -52,791,970. |
| Pharmacy | -40,237,449. |
| Printing | -175,017. |
| Conferences & Seminars | -250. |
| Payroll Services | 18,878. |
| Rebates | 1,982,370. |
| Employee Recruitment/Hiring | -531,777. |
| Board of Directors Expenses | -2,591,825. |
| Employee Relations | -15,265. |
| Dues & Subscriptions | -940,084. |
| Utilities & Telephone | -1,214,759. |
| Vehicle Expense | -6,865. |
| Postage & Supplies | -81,775. |
| Advertising | -7,387. |
| Corporate Restructuring | -231,872. |
| Sales | 336,098,947. |
| Professional Services | -12,096,655. |
| Political Contributions | NONE |
| Subtotal | 195,959,139. |

#### Eliminations

| | |
|---|---|
| Sales | -740,417. |
| Pharmacy | 740,417. |
| Subtotal | NONE |
| Total | 195,959,139. |

Statement 31

| Consolidated Schedules Schedule M-3, Part III | Combined Per Inc Stmt | Combined Temporary | Combined Permanent | Combined Per Tax Return | Eliminations Per Inc Stmt | Eliminations Temporary | Eliminations Permanent | Eliminations Per Tax Return |
|---|---|---|---|---|---|---|---|---|
| 1 U.S. current income tax exp. | 70,318. | | -70,318. | | | | | |
| 2 U.S. deferred income tax exp. | 3,385,717. | | -3,385,717. | | | | | |
| 3 State and local current income tax exp. | 4,326,445. | | | 4,326,445. | | | | |
| 4 State and local deferred income tax exp. | 1,289,007. | -1,289,007. | | | | | | |
| 5 Foreign current income tax exp. | | | | | | | | |
| 6 Foreign deferred income tax exp. | | | | | | | | |
| 7 Foreign withholding taxes | | | | | | | | |
| 8 Interest expense | 6,601,628. | -6,455,873. | | 145,755. | -6,482,903. | | | -6,482,903. |
| 9 Stock option expense | | | | | | | | |
| 10 Other equity-based compensation | | | | | | | | |
| 11 Meals and entertainment | 105,318. | | -53,403. | 51,915. | | | | |
| 12 Fines and penalties | 86. | | -86. | | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | | | | | |
| 14 Parachute payments | | | | | | | | |
| 15 Compensation with sect. 162(m) limitation | | | | | | | | |
| 16 Pension and profit-sharing | 38,779. | | | 38,779. | | | | |
| 17 Other post-retirement benefits | | | | | | | | |
| 18 Deferred compensation | | | | | | | | |
| 19 Charitable contribution - cash/tangibles | 9,922. | | | 9,922. | | | | |
| 20 Charitable contribution - intangible | | | | | | | | |
| 21 Charitable contribution limitation/carryforward | | -9,922. | | -9,922. | | | | |
| 22 Domestic production activities deduction | | | | | | | | |
| 23 Current year acquisition or reorg. investment banking fees | | | | | | | | |
| 24 Current year acquisition or reorg. legal and accounting fees | 2,954,988. | | -1,067,205. | 1,887,783. | | | | |
| 25 Current year acquisition/reorg. other costs | | | | | | | | |
| 26 Amortization/impairment of goodwill | 2,456,080. | | -2,456,080. | | | | | |
| 27 Amortization of acquisition and reorg. | | | | | | | | |
| 28 Other amort. or impairment write-offs | | 167,405. | | 167,405. | | | | |
| 30 Depletion | | | | | | | | |
| 31 Depreciation | 2,247,153. | -1,218,831. | | 1,028,322. | | | | |
| 32 Bad debt expense | 84,600. | -644,384. | | -559,784. | | | | |
| 33 Corporate owned life insurance premiums | | | | | | | | |
| 34 Purchase versus lease | | | | | | | | |
| 35 Research and development costs | | | | | | | | |
| 36 Section 118 exclusion | | | | | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | | | | | |
| 38 Other expense/ded. items with differ. | 198,395,995. | 13,645,833. | -151,322. | 211,890,506. | | | | |
| 39 **Total expense/deduction items** | 221,966,036. | 4,195,221. | -7,184,131. | 218,977,126. | -6,482,903. | | | -6,482,903. |

| | Adjustments | | | | M2 Holdco, LLC and Subsidiaries | | | |
|---|---|---|---|---|---|---|---|---|
| **Consolidated Schedules Schedule M-3, Part III** | Per Inc Stmt | Temporary | Permanent | Per Tax Return | Per Inc Stmt | Temporary | Permanent | Per Tax Return |
| 1 U.S. current income tax exp. | | | | | 70,318. | | -70,318. | |
| 2 U.S. deferred income tax exp. | | | | | 3,385,717. | | -3,385,717. | |
| 3 State and local current income tax exp. | | | | | 4,326,445. | | | 4,326,445. |
| 4 State and local deferred income tax exp. | | | | | 1,289,007. | -1,289,007. | | |
| 5 Foreign current income tax exp. | | | | | | | | |
| 6 Foreign deferred income tax exp. | | | | | | | | |
| 7 Foreign withholding taxes | | | | | | | | |
| 8 Interest expense | | 6,353,270. | | 6,353,270. | 118,725. | -102,603. | | 16,122. |
| 9 Stock option expense | | | | | | | | |
| 10 Other equity-based compensation | | | | | | | | |
| 11 Meals and entertainment | | | | | 105,318. | | -53,403. | 51,915. |
| 12 Fines and penalties | | | | | 86. | | -86. | |
| 13 Judgments, damages, awards, and similar costs | | | | | | | | |
| 14 Parachute payments | | | | | | | | |
| 15 Compensation with sect. 162(m) limitation | | | | | | | | |
| 16 Pension and profit-sharing | | | | | 38,779. | | | 38,779. |
| 17 Other post-retirement benefits | | | | | | | | |
| 18 Deferred compensation | | | | | | | | |
| 19 Charitable contribution - cash/tangibles | | | | | 9,922. | | | 9,922. |
| 20 Charitable contribution - intangible | | | | | | | | |
| 21 Charitable contribution limitation/carryforward | | 9,922. | -9,922. | | | | -9,922. | -9,922. |
| 22 Domestic production activities deduction | | | | | | | | |
| 23 Current year acquisition or reorg. investment banking fees | | | | | | | | |
| 24 Current year acquisition or reorg. legal and accounting fees | | | | | 2,954,988. | | -1,067,205. | 1,887,783. |
| 25 Current year acquisition/reorg. other costs | | | | | | | | |
| 26 Amortization/impairment of goodwill | | | | | 2,456,080. | | -2,456,080. | |
| 27 Amortization of acquisition and reorg. | | | | | | | | |
| 28 Other amort. or impairment write-offs | | | | | | 167,405. | | 167,405. |
| 30 Depletion | | | | | | | | |
| 31 Depreciation | | | | | 2,247,153. | -1,218,831. | | 1,028,322. |
| 32 Bad debt expense | | | | | 84,600. | -644,384. | | -559,784. |
| 33 Corporate owned life insurance premiums | | | | | | | | |
| 34 Purchase versus lease | | | | | | | | |
| 35 Research and development costs | | | | | | | | |
| 36 Section 118 exclusion | | | | | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | | | | | |
| 38 Other expense/ded. items with differ. | | | | | 198,395,995. | 13,645,833. | -151,322. | 211,890,506. |
| 39 **Total expense/deduction items** | | 6,363,192. | -9,922. | 6,353,270. | 215,483,133. | 10,558,413. | -7,194,053. | 218,847,493. |

Schedule M-3, Part III Detail

Line 38 - Other expense/deduction items with differences

| Description | Expense Per Income Stmt | Temporary Difference | Permanent Difference | Deduction Per Tax Return |
|---|---|---|---|---|
| **Corizon Health, Inc.** | | | | |
| Salaries & Wages | 161,640,094. | 13,709,093. | | 175,349,187. |
| Insurance | 1,402,731. | 2,198,184. | | 3,600,915. |
| Lobbying Expenses | 458,551. | | -151,322. | 307,229. |
| Liability Insurance | 12,161,475. | 4,721,100. | | 16,882,575. |
| Miscellaneous Expense | 94,051. | -846,573. | | -752,522. |
| Legal Expense | 3,565,596. | -73,826. | | 3,491,770. |
| Employee Benefits | 8,065,985. | 293,111. | | 8,359,096. |
| Rent | 1,494,619. | 143,455. | | 1,638,074. |
| Payroll Taxes | 9,512,893. | -6,498,711. | | 3,014,182. |
| Subtotal | 198,395,995. | 13,645,833. | -151,322. | 211,890,506. |
| Total | 198,395,995. | 13,645,833. | -151,322. | 211,890,506. |

Form 1125-E Detail

| Name | Soc Sec # | % Bus | % Com | % Pref | Amount |
|---|---|---|---|---|---|
| **Compensation of Officers** | | | | | |
| **Corizon Health, Inc.** | | | | | |
| Scott King | [redacted] | 100.000 | | | 360,663. |
| Jeff Sholey | | 100.000 | | | 405,757. |
| James Hyman | | 100.000 | | | 2,582,913. |
| Ayodeji Ladele | | 100.000 | | | 166,781. |
| Christine Della Rocca | | 100.000 | | | 104,441. |
| Total - Compensation of Officers | | | | | 3,620,555. |

Compensation of officers deducted on tax return 3,620,555.

M2 Holdco, LLC and Subsidiaries

| | Combined | Eliminations | Adjustments | M2 Holdco, LLC and Subsidiaries |
|---|---|---|---|---|
| **Consolidated Schedules - Form 4562** | | | | |
| **Consolidated 4562 Summary** | | | | |
| **Part I - Section 179 Expense** | | | | |
| 2 Sec 179 property placed in Service in current year | | | | |
| 6 Nonlisted property | | | | |
| 7 Listed property | | | | |
| 8 Total elected cost | | | | |
| 9 Tentative deduction | | | | |
| 10 Carryover from 2017 | | | | |
| 12 Sec 179 expense deduction | | | | |
| 13 Carryover to 2019 | | | | |
| **Part II - Other Depreciation** | | | | |
| 14 Special depreciation allowance | 562,553. | | | 562,553. |
| 15 Property subject to 168(f)(1) | | | | |
| 16 ACRS and other depreciation | | | | |
| **Part III - MACRS** | | | | |
| 17 MACRS deduction - prior years | 465,769. | | | 465,769. |
| 19 General Depreciation System | | | | |
| a. 3-year property | | | | |
| b. 5-year property | | | | |
| c. 7-year property | | | | |
| d. 10-year property | | | | |
| e. 15-year property | | | | |
| f. 20-year property | | | | |
| g. 25-year property | | | | |
| h. 27.5-year residential real | | | | |
| i. 39-year nonresidential real | | | | |
| 20 Alternative Depreciation System | | | | |
| a. Class life | | | | |
| b. 12-year | | | | |
| c. 30-year | | | | |
| d. 40-year | | | | |
| **Part IV - Summary** | | | | |
| 21 Listed Property | | | | |
| **22 Total depreciation** | 1,028,322. | | | 1,028,322. |
| 42 Amortization - current year | | | | |
| 43 Amortization - prior year | 167,405. | | | 167,405. |
| **44 Total Amortization** | 167,405. | | | 167,405. |

| | M2 Holdco, LLC | Valitas Intermediate Holdings, Inc. | Valitas Health Services, Inc. | Corizon Health, Inc. |
|---|---|---|---|---|
| **Consolidated Schedules - Form 4562** | | | | |
| **Consolidated 4562 Summary** | 85-1579941 | 821164343 | 23-2704721 | 23-2108853 |
| **Part I - Section 179 Expense** | | | | |
| 2 Sec 179 property placed in Service in current year | | | | |
| 6 Nonlisted property | | | | |
| 7 Listed property | | | | |
| 8 Total elected cost | | | | |
| 9 Tentative deduction | | | | |
| 10 Carryover from 2017 | | | | |
| 12 Sec 179 expense deduction | | | | |
| 13 Carryover to 2019 | | | | |
| **Part II - Other Depreciation** | | | | |
| 14 Special depreciation allowance | | | | 562,553. |
| 15 Property subject to 168(f)(1) | | | | |
| 16 ACRS and other depreciation | | | | |
| **Part III - MACRS** | | | | |
| 17 MACRS deduction - prior years | | | | 465,769. |
| 19 General Depreciation System | | | | |
| a. 3-year property | | | | |
| b. 5-year property | | | | |
| c. 7-year property | | | | |
| d. 10-year property | | | | |
| e. 15-year property | | | | |
| f. 20-year property | | | | |
| g. 25-year property | | | | |
| h. 27.5-year residential real | | | | |
| i. 39-year nonresidential real | | | | |
| 20 Alternative Depreciation System | | | | |
| a. Class life | | | | |
| b. 12-year | | | | |
| c. 30-year | | | | |
| d. 40-year | | | | |
| **Part IV - Summary** | | | | |
| 21 Listed Property | | | | |
| **22 Total depreciation** | | | | 1,028,322. |
| 42 Amortization - current year | | | | |
| 43 Amortization - prior year | | | | 167,405. |
| **44 Total Amortization** | | | | 167,405. |

**Consolidated Schedules**
**Form 4797**

| | Combined | Eliminations | Adjustments | M2 Holdco, LLC and Subsidiaries |
|---|---|---|---|---|
| Column (g) Section 1231 Gains/Losses | | | | |
| From Form 4797, line 2 | -228,133. | | | -228,133. |
| Gain from Form 4684, line 39 | | | | |
| Gain from Form 6252 | | | | |
| From Form 8824 | | | | |
| Gain from Form 4797, line 32 | | | | |
| Total Section 1231 gain (loss) | -228,133. | | | -228,133. |
| Nonrecaptured prior year losses | | | | |
| Net Section 1231 gain | | | | |
| Ordinary Gains and Losses | | | | |
| From Form 4797, line 10 | | | | |
| Section 1231 loss | -228,133. | | | -228,133. |
| Section 1231 gain | | | | |
| Gain from Form 4797, line 31 | | | | |
| From Form 4684 | | | | |
| From Form 6252 | | | | |
| From Form 8824 | | | | |
| Net ordinary gain or (loss) | -228,133. | | | -228,133. |

| | M2 Holdco, LLC | Valitas Intermediate Holdings, Inc. | Valitas Health Services, Inc. | Corizon Health, Inc. |
|---|---|---|---|---|
| **Consolidated Schedules** | 85-1579941 | 821164343 | 23-2704721 | 23-2108853 |
| **Form 4797** | | | | |
| Column (g) Section 1231 Gains/Losses | | | | |
| From Form 4797, line 2 | | | | -228,133. |
| Gain from Form 4684, line 39 | | | | |
| Gain from Form 6252 | | | | |
| From Form 8824 | | | | |
| Gain from Form 4797, line 32 | | | | |
| Total Section 1231 gain (loss) | | | | -228,133. |
| Nonrecaptured prior year losses | | | | |
| Net Section 1231 gain | | | | |
| Ordinary Gains and Losses | | | | |
| From Form 4797, line 10 | | | | |
| Section 1231 loss | | | | -228,133. |
| Section 1231 gain | | | | |
| Gain from Form 4797, line 31 | | | | |
| From Form 4684 | | | | |
| From Form 6252 | | | | |
| From Form 8824 | | | | |
| Net ordinary gain or (loss) | | | | -228,133. |

Form 4797, Page 1 Detail Corizon Health, Inc.

Line 2 - Most Property Held More Than 1 Year

| Property Description | Date Acq | Date Sold | Sales Price | Depreciation | Cost or Basis | Gain or Loss |
|---|---|---|---|---|---|---|
| Various Fixed Assets | VARIOUS | 12/31/2020 | NONE | 6,883,741. | 7,111,874. | -228,133. |
| Part I 4797 Gains and Losses | | | | | | -228,133. |

## Form 5472 - Information Return of a Foreign Owned Corporation

### Part II - Attribution of Ownership Statement, Indirect Shareholders

100% owner of Flacks Group LLC

## Form 5472 - Information Return of a Foreign Owned Corporation

### Part IV - Exchange Rate Schedule

| | |
|---|---|
| Amounts reported in US Dollars | 1.0000000 |

Form 7004 - Affiliated Group Members

| Name and address of each member of the group | Employer ID |
| --- | --- |
| Valitas Intermediate Holdings, Inc.<br>103 Powell Court<br>Brentwood, TN 37027 | 82-1164343 |
| Valitas Health Services, Inc.<br>105 Westpark Drive, Suite 200<br>Brentwood, TN 37027 | 23-2704721 |
| Corizon Health, Inc.<br>103 Powell Court, Suite 104<br>Brentwood, TN 37027 | 23-2108853 |

## Electronic Filing Information: PDF attachments Included in this Return

**Tax Year:** 2020 **Jurisdiction:** Federal
**Name:** M2 Holdco, LLC and Sub **No of Attachments:** 2
**Return No:** C0001700

| PDF Attachment Description | PDF File Name | File Size |
|---|---|---|
| Form 982 Statement | C0001700_FE_Form 982 Statement.pdf | 164,705 |
| Form 982-1 | C0001700_FE_Form 982-1.pdf | 34,409 |

**12/02/2021 15:24:42**

**M2 Holdco, LLC and Subsidiaries**

**EIN: 85-1579941**

**Statement attached to and made part of income tax return for taxable year ended 12/31/2020**

**Statement pursuant to Part II of Form 982, *Reduction of tax attributes due to discharge of indebtedness (and section 1082 basis adjustment)***

---

On June 26, 2020, M2 LoanCo, LLC acquired 100 percent of the outstanding senior indebtedness issued by Corizon Health, Inc. ("Borrower"), for $1,000,000 cash and newly issued Senior Notes with a principal amount of $10,000,000 (the "Debt Acquisition"). Pursuant to the same plan and immediately prior to the Debt Acquisition, M2 EquityCo, LLC, an entity related to M2 LoanCo, LLC through 100 percent common ownership, acquired 100 percent of the issued and outstanding stock of Valitas Intermediate Holdings, Inc., a 100 percent indirect owner of Borrower.

As a result of the acquisition of the debt by a related party, Section 108(e)(4) caused there to be realization of income from the discharge of indebtedness equal to the difference between the adjusted issue price of the outstanding indebtedness and the amount paid by M2 LoanCo, LLC. The adjusted issue price of the debt as of June 26, 2020, was $119,104,391 and the amount paid was $11,000,000 (i.e., cash of $1 million plus new debt with an issue price of $11 million). Accordingly, Borrower recognized cancellation of debt income ("CODI") of $108,104,391.

A third-party valuation firm was hired to determine the extent to which the Borrower was insolvent immediately prior to the Debt Acquisition. The valuation firm determined that Borrower was insolvent, with liabilities exceeding the fair market value of Borrower's assets, by $88,858,000.

By application of section 108(a)(1)(B), CODI has been excluded from the taxpayer's gross income to the extent of Borrower's insolvency at the time of discharge, $88,858,000. The remaining CODI has been included in taxable income. The amount excluded from gross income has been applied to reduce tax attributes as described in section 108(b)(2),section 1017, and Treas. Reg. §1.1502-28.

In accordance with the general rule of Section 108(b), reductions were first made to net operating losses. No general business credits, minimum tax credits, or capital loss carryovers existed at the time of the discharge. In addition, reductions were made to the basis of Borrower's property under the rules of section 1017. No passive activity loss or credit carryovers existed at the time of the discharge.

In accordance with section 1017, reductions to asset basis will be effective January 1, 2021.

Form **982**
(Rev. March 2018)
Department of the Treasury
Internal Revenue Service

# Reduction of Tax Attributes Due to Discharge of Indebtedness (and Section 1082 Basis Adjustment)

▶ Attach this form to your income tax return.
▶ Go to *www.irs.gov/Form982* for instructions and the latest information.

OMB No. 1545-0046
Attachment Sequence No. **94**

Name shown on return: M2 Holdco, LLC and Subsidiaries
Identifying number: 85-1579941

## Part I General Information (see instructions)

1 Amount excluded is due to (check applicable box(es)):
- a Discharge of indebtedness in a title 11 case ☐
- b Discharge of indebtedness to the extent insolvent (not in a title 11 case) ☑
- c Discharge of qualified farm indebtedness ☐
- d Discharge of qualified real property business indebtedness ☐
- e Discharge of qualified principal residence indebtedness (**Caution:** See instructions before checking this box if debt was discharged after 2017.) ☐

2 Total amount of discharged indebtedness excluded from gross income — **2** 88,858,000

3 Do you elect to treat all real property described in section 1221(a)(1), relating to property held for sale to customers in the ordinary course of a trade or business, as if it were depreciable property? ☐ Yes ☑ No

## Part II Reduction of Tax Attributes. You must attach a description of any transactions resulting in the reduction in basis under section 1017. See Regulations section 1.1017-1 for basis reduction ordering rules, and, if applicable, required partnership consent statements. (For additional information, see the instructions for Part II.)

**Enter amount excluded from gross income:**

| | Description | Line | Amount |
|---|---|---|---|
| 4 | For a discharge of qualified real property business indebtedness applied to reduce the basis of depreciable real property | 4 | |
| 5 | That you elect under section 108(b)(5) to apply first to reduce the basis (under section 1017) of depreciable property | 5 | |
| 6 | Applied to reduce any net operating loss that occurred in the tax year of the discharge or carried over to the tax year of the discharge | 6 | 27,236,307 |
| 7 | Applied to reduce any general business credit carryover to or from the tax year of the discharge | 7 | |
| 8 | Applied to reduce any minimum tax credit as of the beginning of the tax year immediately after the tax year of the discharge | 8 | |
| 9 | Applied to reduce any net capital loss for the tax year of the discharge, including any capital loss carryovers to the tax year of the discharge | 9 | |
| 10a | Applied to reduce the basis of nondepreciable and depreciable property if not reduced on line 5. *DO NOT use in the case of discharge of qualified farm indebtedness* | 10a | 25,818,616 |
| b | Applied to reduce the basis of your principal residence. *Enter amount here ONLY if line 1e is checked* | 10b | |
| 11 | For a discharge of qualified farm indebtedness applied to reduce the basis of: | | |
| a | Depreciable property used or held for use in a trade or business or for the production of income if not reduced on line 5 | 11a | |
| b | Land used or held for use in a trade or business of farming | 11b | |
| c | Other property used or held for use in a trade or business or for the production of income | 11c | |
| 12 | Applied to reduce any passive activity loss and credit carryovers from the tax year of the discharge | 12 | |
| 13 | Applied to reduce any foreign tax credit carryover to or from the tax year of the discharge | 13 | |

## Part III Consent of Corporation to Adjustment of Basis of Its Property Under Section 1082(a)(2)

Under section 1081(b), the corporation named above has excluded $ ______________ from its gross income for the tax year beginning ______________ and ending ______________.
Under that section, the corporation consents to have the basis of its property adjusted in accordance with the regulations prescribed under section 1082(a)(2) in effect at the time of filing its income tax return for that year. The corporation is organized under the laws of ______________________________.
(State of incorporation)

**Note:** You must attach a description of the transactions resulting in the nonrecognition of gain under section 1081.

**For Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 17066E Form **982** (Rev. 3-2018)