# EXHIBIT F

**From:** "Sholey, Jeff" <Jeff.Sholey@corizonhealth.com>
**To:** "Hyman, James" <James.Hyman@corizonhealth.com>
**Subject:** FW: CODI & 12/31 Tax Return
**Date:** Thu, 7 Oct 2021 19:54:24 +0000
**Importance:** Normal
**Inline-Images:** image003.png; image004.png; image005.png

---

See below for a summary from Bill regarding where we have landed on the tax liability for 2020. Bill has written this but the results are based on work performed by both Ernst & Young and LBMC with our tax group and they are in agreement with the tax positions / conclusions regarding cancelation of debt income and the approach we have taken on the return.

As mentioned below by Bill, we will definitely need to file the returns by the end of next week, however, given our potential for a court filing and our cash limitations, we are not currently inclined to make any payments with the returns. We will need to assess the business implications associated with each of the state and local tax liabilities below to ensure we do not have an impact on any current contract operations.

Jeff

---

**From:** Fowler, Bill
**Sent:** Thursday, October 7, 2021 1:34 PM
**To:** Sholey, Jeff <Jeff.Sholey@corizonhealth.com>
**Subject:** CODI & 12/31 Tax Return

Jeff
I've reviewed the taxable income numbers for both pre and post transaction. Based on Cancellation of Debt Income flowing through the 12/31 tax return, M2 Hold Co. & Subs will report $25mm in taxable income on the 12/31 consolidated income tax return (Form 1120). Based on this level of income, the federal & state tax liability would be $7.7mm. Here is a breakdown of the calculation:

| | **Tax Year 12/31/20** | |
|---|---|---|
| Debt at Transaction | $ | 119,104,391 |
| Less: Term Loan | $ | (10,000,000) |
| Less: Purchase Price | $ | (1) |
| **Transaction Related CODI** | **$** | **109,104,390** |
| | | |
| NOL Carryforward from 2019 | $ | (24,114,314) |
| 6/30/20 Taxable Income | $ | 790,977 |
| 163(J) Interest Carryforward | $ | (37,427,389) |
| **Remaining CODI after Tax Attributes** | **$** | **48,353,664** |
| | | |
| Current period loss (7/1/20-12/31/20) | $ | (23,212,882) |
| Outstanding Items | $ | - |
| **Taxable Income Post Transaction** | **$** | **25,140,782** |
| | | |
| | | |
| Federal Tax Liability | $ | 5,279,564 |
| State Tax Liability | $ | 2,429,532 |
| **Total Liability** | **$** | **7,709,096** |

For the state liability, 96% of the liability is comprised in the following 12 states:

| Jurisdiction | Tax Ending | Tax Liability |
|---|---|---|
| Florida | 12/31/2000 | $ 72,885 |
| Idaho | 12/31/2000 | $ 122,553 |
| Kentucky | 12/31/2000 | $ 18,338 |
| Maryland | 12/31/2000 | $ 522,443 |
| Michigan | 12/31/2000 | $ 449,749 |
| Missouri | 12/31/2000 | $ 170,120 |
| New Jersey | 12/31/2000 | $ 26,325 |
| Oklahoma | 12/31/2000 | $ 276,298 |
| Pennsylvania | 12/31/2000 | $ 267,573 |
| Philadelphia, PA | 12/31/2000 | $ 209,262 |
| Tennessee | 12/31/2000 | $ 158,137 |
| Virginia | 12/31/2000 | $ 34,755 |
| **Total Liability** | | **$ 2,328,438** |

The tax liability is driven solely by the inclusion of CODI post transaction. In accordance with Internal Revenue Code, any forgiveness of debt is considered income to the taxpayer in the year it is forgiven. In determination of our tax liability, the following is considered:

- Flacks purchased the debt for $1 for tax purposes and issued a term loan payable of $10m.
  - Once Flacks acquired the debt, based on the organizational structure, it immediately became intercompany debt. It therefore did not constitute 3rd party debt and was deemed forgiven under IRC.
  - Final CODI is calculated by subtracting from pre-transaction debt the amount paid for the debt and the issuance of the term loan. This would leave $109mm in CODI that would be accounted in the post transaction return.
- Taxpayers are able to offset CODI in two ways:
  - Insolvency – Taxpayers may exclude from CODI the amount the company was insolvent at the time of the transaction. The IRS bases insolvency in the simplest terms, liabilities over assets. Based on the Timmons valuation at the time of the transaction (whch was also audited by BDO's valuation group), Valitas was insolvent by approximately $17mm. The $17mm can be deducted from CODI and would leave $92mm in remaining CODI to be included on the 12/31/20 tax return. The remaining CODI can be further offset by current period loss of approximately $23mm.
    - By treating the transaction as an insolvent transaction, the NOLs and Interest Expense Carryover (tax attributes) would be severely limited and unusable going forward due to a change in control of the organization. Under IRC Sec. 382, we would lose the ability to offset tax liability by any pre-transaction tax attributes. Pre-transaction Valitas had approximately $61mm in tax attribute carryforwards.
  - Built-In Gain – By treating the transaction as a built-in gain (i.e. CODI is converted to a gain on sale), you would be able to utilize the tax attributes previously limited under IRC Sec. 382.
    - By converting the transaction to a built-in gain, the gain of $109mm would be recorded on the 12/31/20 return but you would be able to offset the liability by $61mm in tax attribute carryforwards leaving a gain of $48mm. The remaining CODI can be further offset by current period loss of approximately $23mm.

To minimize the tax impact of CODI, we have elected to treat the transaction as built-in gain. By treating it in this manner, we are able to eliminate $15.8mm in CODI liability. There still remains a federal and state liability of $7.7mm.

As you prepare to file the 12/31/2020 tax return, please keep the following in mind:

- The federal & state returns ***MUST*** be filed by 10/15/2021. You do not want to file a late return. If you file a late return, the company will be charged a late filing penalty of 10%. The 10% is based on the liability reported on the return.
- If you do not make any payment with the return, the IRS and state government will issue a late payment penalty in the amount of 10%-25%. Based on the amount of liability due, you would fall in the automatic 25% penalty as per IRS regulation.
  - I would recommend making at least a payment of 10% of the federal liability so that you would have an argument for only being penalized 10% instead of 25% .
  - Any unpaid liability will incur additional penalty and interest until the amount is paid in full.

Let me know if you have any questions or would like to discuss further.

Regards,
Bill

PHARMACORR

Bill Fowler
Chief Financial Officer
615-376-3780
www.pharmacorr.com