# EXHIBIT G

**From:** "Hyman, James" <James.Hyman@corizonhealth.com>
**To:** "Martin D. Magida" <Martin.Magida@berkerynoyes.com>
**Subject:** RE: Corizon Engagement Letter
**Date:** Sun, 27 Jun 2021 15:18:16 +0000
**Importance:** Normal

---

Overall fine - few comments:

- Since end Aug has people with vacations, lets push the date for a purch agreement to the middle of the week following Labor Day – Sept 15.
- For the $350k fee, it should apply to the contacted buyers: Naphcare, Wexford and Armor. For anyone else, the fee is the min $350k or 4% whichever is greater.
- I don't anticipate any real expenses here, but our standard is to add a comment like "Any expenses in excess of $1000 to be pre-approved by the Company."
- The exclusivity is fine for a sale, but needs to carve-out if we go through a C11 or C7 process (or 363 in a C11 restructuring).
- For the consideration, the one thing I'm not quite clear about is how to deal with the "face value" of the existing debt that Flacks holds on the company. Flacks has both the equity of Valitas (86%, 14% mgmt) and the face-value of the debt (~$75mm). The only thing Flacks actually "paid" for the company (before considering the cash they've taken out in transaction fees and management fees) is a seller note of $10mm, of which $5mm was paid out of company funds and $5mm was paid by Flacks. So the $75mm debt is not real. For example, if Flacks writes down the debt to zero, that doesn't mean a consideration of $75mm. I think we need wording that says if the buyer assumes a real debt obligation that's the consideration.
- Tail. Would only apply to a sale outside of a restructuring process (ie, as above wouldn't include a 363 through a bk process).
- Venue – we prefer neutral venue – eg, Delaware.

---

**From:** Martin D. Magida <Martin.Magida@berkerynoyes.com>
**Sent:** Saturday, June 26, 2021 8:18 AM
**To:** Hyman, James <James.Hyman@corizonhealth.com>
**Subject:** [EXTERNAL] Corizon Engagement Letter

**This Message has originated outside of your organization.**

---

James,

Draft engagement letter attached. I cited the end of August as the date for a purchase agreement to be signed before which the $350K fee applies, although if you are still in the midst of negotiations then, then you have a 30 day extension to still achieve the lower fee. Hopefully that accords with your timing.

Best,

Marty

**MARTIN MAGIDA, CFA** | MANAGING DIRECTOR
**BERKERY NOYES**
245 Park Avenue | 16th Floor | New York, NY 10167
DIRECT: 646-442-7993 | MAIN: 212-668-3022
martin.magida@berkerynoyes.com
www.berkerynoyes.com

This message contains confidential information. If the reader is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message in error and that any review,

dissemination, distribution, or copying of this message is strictly prohibited.