# EXHIBIT I

**From:** "Dorris, Anita" <Anita.Dorris@corizonhealth.com>
**To:** "Sholey, Jeff" <Jeff.Sholey@corizonhealth.com>
**Subject:** RE: Cortland PIK
**Date:** Tue, 14 Dec 2021 00:07:07 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.jpg

---

Okay – I am giving notification then – I was not sure what is happening with our faux debt

Anita Dorris
Senior Staff Accountant
CORIZON HEALTH
Healthcare Support Team
Serving our people, patients and partners

Phone: 615.376.1343
Fax: 615.376.1147
103 Powell Court | Suite 104 | Brentwood, TN 37027-5079
anita.dorris@corizonhealth.com
Please consider the environment before printing this e-mail.

**From:** Sholey, Jeff <Jeff.Sholey@corizonhealth.com>
**Sent:** Monday, December 13, 2021 6:07 PM
**To:** Dorris, Anita <Anita.Dorris@corizonhealth.com>
**Subject:** RE: Cortland PIK

Yes.   We will not be paying cash interest.

**From:** Dorris, Anita
**Sent:** Monday, December 13, 2021 6:06 PM
**To:** Sholey, Jeff <Jeff.Sholey@corizonhealth.com>
**Subject:** Cortland PIK

What about the Cortland PIK notification – do I still give this to them?

Thanks,
Anita

Anita Dorris
Senior Staff Accountant
CORIZON HEALTH
Healthcare Support Team
Serving our people, patients and partners

Phone: 615.376.1343
Fax: 615.376.1147

103 Powell Court | Suite 104 | Brentwood, TN 37027-5079
anita.dorris@corizonhealth.com
Please consider the environment before printing this e-mail.