# EXHIBIT J

**From:** "Dorris, Anita" <Anita.Dorris@corizonhealth.com>
**To:** "Rice, Michelle" <Michelle.Rice@corizonhealth.com>
**Subject:** RE: Transfer to Signature Bank
**Date:** Mon, 31 Jan 2022 20:06:58 +0000
**Importance:** Normal
**Inline-Images:** image003.png; image004.jpg; image005.jpg

---

Oh my gosh…………..what debt payments – we do not owe them anything – that means that we will not get that money back. What are they doing??

Anita Dorris
Senior Staff Accountant
CORIZON HEALTH
Healthcare Support Team
Serving our people, patients and partners

Phone: 615.376.1343
Fax: 615.376.1147
103 Powell Court | Suite 104 | Brentwood, TN 37027-5079
anita.dorris@corizonhealth.com
Please consider the environment before printing this e-mail.

---

**From:** Rice, Michelle <Michelle.Rice@corizonhealth.com>
**Sent:** Monday, January 31, 2022 2:05 PM
**To:** Dorris, Anita <Anita.Dorris@corizonhealth.com>
**Cc:** Sholey, Jeff <Jeff.Sholey@corizonhealth.com>
**Subject:** Transfer to Signature Bank

Anita – We need to transfer $5M to signature bank today.

Jeff – Isaac said we should actually treat these transfers to Signature Bank as long-term debt payments and not cash.

I'm going to the dentist now. I will let you know when I'm back.

Thanks!

Michelle Rice
Sr. Director, Assistant Controller
CORIZON HEALTH
Healthcare Support Team
Serving our people, patients and partners

Phone: 615.760.8231
Fax: 629.333.7405
103 Powell Court | Brentwood, TN 37027
www.corizonhealth.com
Please consider the environment before printing this e-mail.