# EXHIBIT N

***Execution Version***

# FIRST AMENDMENT
# TO
# THIRD AMENDED AND RESTATED CREDIT AGREEMENT

This FIRST AMENDMENT TO THIRD AMENDED AND RESTATED CREDIT AGREEMENT is entered into as of July 12, 2021 (this "Agreement") among Valitás Health Services, Inc., a Delaware corporation (the "Company"), Corizon LLC (successor by conversion of Corizon, Inc.), a Missouri limited liability company ("Corizon"), Corizon Health, Inc. (formerly known as Prison Health Services, Inc.), a Delaware corporation ("Corizon Health", and together with the Company and Corizon, the "Borrowers"), Valitás Intermediate Holdings, Inc., a Delaware corporation ("Holdings"), M2 LoanCo, LLC "Lender"), CORTLAND CAPITAL MARKET SERVICES LLC, in its capacities as administrative agent and collateral agent for the Lenders under the Fourth Amendment to the Second Amended and Restated Credit Agreement and Third Amended and Restated Credit Agreement ("Lenders")(in its capacities as administrative agent and collateral agent, the "Administrative Agent").

## Preliminary Statements

A. Borrowers, Lenders and Administrative Agent agreed to the terms of certain Third Amended and Restated Credit Agreement dated as of August 17, 2020 (the "Third A&R Credit Agreement") pursuant to the terms of the Fourth Amendment to the Second Amended and Restated Credit Agreement dated as of August 17, 2020 (the "Fourth Amendment"). Each capitalized term which is used but not defined in this Agreement shall have the meaning set forth in the Third A&R Credit Amendment.

B. The Third Amendment and Restatement Effective Date (as defined in the Fourth Amendment) has occurred and the Third A&R Credit Agreement is effective for all purposes.

C. Pursuant to Section 2.12(a) of the Third A&R Credit Agreement, the Company has requested an additional Loan and an Additional Commitment (the "Additional Commitment") from M2 LOANCO, LLC, one of the Assignee under the Assignment, in the amount of $2,000,000.00 (the "Additional Commitment Request"), which additional Loan shall constitute an "Additional First Out Loan" for all purposes pursuant to Section 2.12(a) of the Third A&R Credit Agreement.

D. M2 LOANCO, LLC, desires to make such Additional Commitment and to fund such Additional First Out Loan in accordance with, and subject to the terms of, the Third A&R Credit Agreement and this Agreement.

NOW THEREFORE, for all good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, each of the parties hereby agree as follows:

1. **Preliminary Statements**. Each of the Preliminary Statements is true and correct and each Preliminary Statement is hereby incorporated by reference in this Agreement.

2. **Request for Additional First Out Loan and Certificate Under Section 2.12(b).** Attached hereto as **Exhibit A** is the Request for Additional First Out Loan and the Certificate required under Section 2.12(b) of the Third A&R Credit Agreement, which has been executed and delivered by the Company to the Administrative Agent.

3. **Section 2.12(c) of the Third A&R Credit Agreement.**

(a) Each of the Parties hereby agree that the Third A&R Credit Agreement is hereby amended, as contemplated by Section 2.12(c) of the Third A&R Credit Agreement, to provide that M2 LOANCO LLC has agreed to provide an Additional Commitment to Borrowers in the aggregate amount of $2,000,000.00 in accordance with the terms of the Third A&R Credit Agreement. Each advance of such Additional Commitment (i) shall constitute an Additional First Out Loan, (ii) shall bear interest as set forth in Section 2.06 of the Third A&R Credit Agreement, (iii) shall be paid to Administrative Agent in accordance with the terms of the Third A&R Credit Agreement, as amended by this Agreement and (iv) shall be secured by the perfected security interests securing the indebtedness of Borrowers evidenced by the Third A&R Credit Agreement, as amended hereby.

(b) Such Additional Commitment shall be funded upon 5 business days written notice to Lender and Administrative Agent, net of any legal fees and costs required to be paid by any of the Borrowers or Lender to the Administrative Agent, Administrative Agent's counsel, Lenders, and/or Lender's Counsel solely with respect to the review and negotiation of this Agreement (collectively, the "Fees and Costs") and provided such written notice is delivered to Lender and Administrative Agent with Borrower's Cash Report which includes a Cash forecast update with a negative GL book balance within 30 days of the Notice. Notice shall be provided by email to legal@alterdomus.com, cpcagency@alterdomus.com, mrybkin@flacksgroup.com with copies to josh.spencer@hklaw.com, mflacks@flacksgroup.com and jgassenheimer@bergersingerman.com.

(c) Borrowers expressly authorize Lender to utilize the Additional Commitment, without any consent by, or notice to, the Borrowers, in order to pay any Fees and Costs which are required to be paid by any of the Borrowers or by Lender.

(d) Except as set forth in Section 3(c) above, Borrowers shall not be required to draw upon, or utilize, any of the Additional Commitment which is set forth in this Section 3.

4. **Amendment to Schedule 5.27.a**. Schedule 5.27.a of the Third A&R Credit Agreement is hereby deleted in its entirety and a new Schedule 5.27.a ,which is attached hereto, is hereby substituted in lieu thereof.

5. **Waiver of Jury Trial**. EACH PARTY HERETO HEREBY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS AMENDMENT. EACH PARTY HERETO (A) CERTIFIES THAT NO REPRESENTATIVE, AGENT OR ATTORNEY OF ANY OTHER PARTY HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT SUCH OTHER PARTY WOULD NOT, IN THE EVENT OF LITIGATION, SEEK TO

ENFORCE THE FOREGOING WAIVER AND (B) ACKNOWLEDGES THAT IT AND THE OTHER PARTIES HERETO HAVE BEEN INDUCED TO ENTER INTO THIS AMENDMENT BY, AMONG OTHER THINGS, THE MUTUAL WAIVERS AND CERTIFICATIONS IN THIS PARAGRAPH.

6. **Governing Law**. THIS AMENDMENT SHALL BE CONSTRUED IN ACCORDANCE WITH AND GOVERNED BY THE LAWS OF THE STATE OF NEW YORK.

7. **Effect of this Agreement**. The Third A&R Credit Agreement, as amended by this Agreement, shall continue in full force and effect in accordance with its terms for all purposes.

***[Signature Pages Follow]***

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this First Amendment Third Amended and Restated Credit Agreement as of the date first above written.

**BORROWERS:**

**VALITÁS INTERMEDIATE HOLDINGS, INC.**

By: ______________________________
Name: Michael Flacks
Title: Authorized Signatory

**VALITÁS HEALTH SERVICES, INC.**

By: ______________________________
Name: James Hyman
Title: CEO

**CORIZON, LLC**

By: ______________________________
Name: James Hyman CEO
Title: CEO

**CORIZON HEALTH, INC.**

By: ______________________________
Name: James Hyman
Title: CEO

**CORIZON HEALTH CLINICAL SOLUTIONS, LLC**

By: ______________________________
Name: James Hyman
Title: CEO

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this First Amendment Third Amended and Restated Credit Agreement as of the date first above written.

**BORROWERS:**

**VALITÁS INTERMEDIATE HOLDINGS, INC.**

By: _
Name: Michael Flacks
Title: Authorized Signatory

**VALITÁS HEALTH SERVICES, INC.**

By: _
Name: James Hyman
Title: CEO

**CORIZON, LLC**

By: _
Name: James Hyman CEO
Title: CEO

**CORIZON HEALTH, INC.**

By:
Name: James Hyman
Title: CEO

**CORIZON HEALTH CLINICAL SOLUTIONS, LLC**

By: _
Name: James Hyman
Title: CEO

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this First Amendment Third Amended and Restated Credit Agreement as of the date first above written. (Continued)

**CORIZON HEALTH OF NEW JERSEY, LLC**

By: _
Name: James Hyman
Title: CEO

**PHS COMMUNITY CARE, LLC**

By: _
Name: James Hyman
Title: CEO

**PHARMACORR, LLC**

By: _
Name: James Hyman
Title: CEO

**ENDEAVOR DISTRIBUTION, LLC**

By: _
Name: James Hyman
Title: CEO

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this First Amendment Third Amended and Restated Credit Agreement as of the date first above written. (Continued)

**ADMINISTRATIVE AGENT:**

**CORTLAND CAPITAL MARKET SERVICES LLC**

By: [signature]
Name: Matthew Trybula
Title: Associate Counsel

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this First Amendment Third Amended and Restated Credit Agreement as of the date first above written. (Continued)

**<u>M2 LOANCO, LLC</u>:**

**M2 LOANCO, LLC**

By:____________________________________
Name: Michael Flacks
Title: Manager

**EXHIBIT A**

**REQUEST FOR ADDITIONAL FIRST OUT LOAN**
**AND**
**CERTIFICATE UNDER SECTION 2.12(b)**
**Of THE THIRD AMENDED AND RESTATED CREDIT AGREEMENT**
**DATED AS OF AUGUST 3, 2020**

Reference is hereby made to that certain THIRD AMENDED AND RESTATED CREDIT AGREEMENT, dated as of August 3, 2020, among VALITÁS HEALTH SERVICES, INC. (the "Company"), CORIZON LLC and CORIZON HEALTH, INC. as the Borrowers, VALITÁS INTERMEDIATE HOLDINGS, Inc. as Holdings, CORTLAND CAPITAL MARKET SERVICES LLC, as Administrative Agent and Collateral Agent, and The Lenders Party Hereto (the "Third A&R Credit Agreement"). Each capitalized term which is used but not defined in this Request and Certificate shall have the meaning set forth in the Third A&R Credit Agreement.

Effective as of _________, 2021, the Company hereby certifies to the Administrative Agent and the Lenders as follows:

1. **Request for Additional Commitment**. Pursuant to Section 2.12(a) of the Third A&R Credit Agreement, the Company hereby requests an additional Loan and an Additional Commitment (the "Additional Commitment") from M2 LOANCO, LLC, one of the Initial Term Lenders, in the amount of $2,000,000.00 (the "Additional Commitment Request"), which additional Loan shall constitute an "Additional First Out Loan" for all purposes pursuant to Section 2.12(a) of the Third A&R Credit Agreement.

2. **Notice to Administrative Agent**. An executed copy of this request shall be given by the Company to the Administrative Agent and such executed copy shall constitute written notice of such request to the Administrative Agent as contemplated by Section 2.12(a) of the Third A&R Credit Agreement.

3. **Section 2.12(b) Certificate**. As a condition precedent to the funding of such Additional Commitment, the Company hereby certifies to the Administrative Agent and the Lenders that, before and after giving effect to such increase, (i) the representations and warranties contained in Article V of the Third A&R Credit Agreement and the other Loan Documents are true and correct in all material respects on and as of the Additional Commitments Effective Date, except (a) to the extent that such representations and warranties specifically refer to an earlier date, in which case they shall have been true and correct in all material respects as of such earlier date, (b) that Schedule 5.27.a. of the Third A&R Credit Agreement has been amended pursuant to that certain First Amendment to Third A&R Credit Agreement dated as of _____________, 2021, as set forth therein, and (c) the representations and warranties contained in Section 5.05 of the Third A&R Credit Agreement shall be deemed to refer to the most recent financial statements furnished pursuant to the applicable clause of Section 6.01 of the Third A&R Credit Agreement and (ii) no Default or Event of Default exists immediately before or immediately after giving effect to such addition.

4. **Additional Commitments Effective Date**. The Additional Commitments Effective Date with respect to the Additional Commitment Request set forth in this Request and Certificate shall be ____________, 2021.

Executed and Agreed as of the date set forth above.

**VALITÁS HEALTH SERVICES, INC.**

By:_________________________________
Name:_______________________________
Title:________________________________

**Schedule 5.27.a.**
**To Third Amended and Restated Credit Agreement**

**Material Customer Contracts**

1. Missouri DOC
2. Maryland DOC
3. Michigan DOC
4. Philadelphia City, PA
5. Idaho DOC
6. Polk County, FL
7. Wyoming DOC
8. Saint Louis City, MO
9. Alachua County, FL
10. Brevard County, FL