# EXHIBIT O

# SECOND AMENDMENT
# TO
# THIRD AMENDED AND RESTATED CREDIT AGREEMENT

This SECOND AMENDMENT TO THIRD AMENDED AND RESTATED CREDIT AGREEMENT is entered into as of May 5th, 2021 (this "Agreement") among Valitás Health Services, Inc., a Delaware corporation (the "Company"), Corizon LLC (successor by conversion of Corizon, Inc.), a Missouri limited liability company ("Corizon"), Corizon Health, Inc. (formerly known as Prison Health Services, Inc.), a Delaware corporation ("Corizon Health", and together with the Company and Corizon, the "Borrowers"), Valitás Intermediate Holdings, Inc., a Delaware corporation ("Holdings"), M2 LoanCo, LLC "Lender"), CORTLAND CAPITAL MARKET SERVICES LLC, in its capacities as administrative agent and collateral agent for the Lenders under the Fourth Amendment to the Second Amended and Restated Credit Agreement and Third Amended and Restated Credit Agreement ("Lenders")(in its capacities as administrative agent and collateral agent, the "Administrative Agent").

## Preliminary Statements

A. Borrowers, Lenders and Administrative Agent agreed to the terms of certain Third Amended and Restated Credit Agreement dated as of August 17, 2020 (the "Third A&R Credit Agreement") pursuant to the terms of the Fourth Amendment to the Second Amended and Restated Credit Agreement dated as of August 17, 2020 (the "Fourth Amendment"). Each capitalized term which is used but not defined in this Agreement shall have the meaning set forth in the Third A&R Credit Amendment.

B. The Third Amendment and Restatement Effective Date (as defined in the Fourth Amendment) has occurred and the Third A&R Credit Agreement is effective for all purposes.

C. Pursuant to Section 6.01(a) of the Third A&R Credit Agreement, the Company shall provide a consolidated balance sheet of the Company and its Subsidiaries as at the end of each fiscal year, and the related consolidated statements of income or operations, changes in shareholders' equity, and cash flows for such fiscal year, all in reasonable detail and prepared in accordance with GAAP, such consolidated statements to be audited and accompanied by a report and opinion of an independent certified public accountant of nationally recognized standing reasonably acceptable to the Required Lenders, which report and opinion shall be prepared in accordance with generally accepted auditing standards and shall not be subject to any "going concern" or like qualification or exception or any qualification or exception as to the scope of such audit (except for qualifications resulting from the Obligations or Permitted ABL Indebtedness being classified as short-term indebtedness during the one year period prior to the applicable maturity date) (collectively, the "Financial Statements").

D. The Company desires to extend the delivery of the 2020 Financial Statements due to an unforeseen delay in the audit of the 2020 Financial Statements until September 30, 2021.

NOW THEREFORE, for all good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, each of the parties hereby agree as follows:

1. **Preliminary Statements**. Each of the Preliminary Statements is true and correct and each Preliminary Statement is hereby incorporated by reference in this Agreement.

2. **Section 6.01(a) of the Third A&R Credit Agreement.** Each of the Parties hereby agree that the Third A&R Credit Agreement is hereby amended, as contemplated by Section 6.01(a) of the Third A&R Credit Agreement, to include the following statement at the end of the section: "provided, that for the fiscal year ending December 31, 2020, such financial deliveries and related independent certified public accountant's report and opinion shall not be due until September 30, 2021;"

3. **Governing Law**. THIS AMENDMENT SHALL BE CONSTRUED IN ACCORDANCE WITH AND GOVERNED BY THE LAWS OF THE STATE OF NEW YORK.

4. **Effect of this Agreement**. The Third A&R Credit Agreement, as amended by this Agreement, shall continue in full force and effect in accordance with its terms for all purposes.

***[Signature Pages Follow]***

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this Second Amendment Third Amended and Restated Credit Agreement as of the date first above written.

**<u>BORROWERS</u>:**

**VALITÁS INTERMEDIATE HOLDINGS, INC.**

By: ______________________________
Name: Michael Flacks
Title: Authorized Signatory

**VALITÁS HEALTH SERVICES, INC.**

By: ______________________________
Name: James Hyman
Title: CEO

**CORIZON, LLC**

By: ______________________________
Name: James Hyman CEO
Title: CEO

**CORIZON HEALTH, INC.**

By: ______________________________
Name: James Hyman
Title: CEO

**CORIZON HEALTH CLINICAL SOLUTIONS, LLC**

By: ______________________________
Name: James Hyman
Title: CEO

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this Second Amendment Third Amended and Restated Credit Agreement as of the date first above written. (Continued)

**CORIZON HEALTH OF NEW JERSEY, LLC**

By: ______________________________
Name: James Hyman
Title: CEO

**PHS COMMUNITY CARE, LLC**

By: ______________________________
Name: James Hyman
Title: CEO

**PHARMACORR, LLC**

By: ______________________________
Name: James Hyman
Title: CEO

**ENDEAVOR DISTRIBUTION, LLC**

By: ______________________________
Name: James Hyman
Title: CEO

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this Second Amendment Third Amended and Restated Credit Agreement as of the date first above written. (Continued)

**ADMINISTRATIVE AGENT:**

**CORTLAND CAPITAL MARKET SERVICES LLC**

By:______________________________
Name:
Title:

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this Second Amendment Third Amended and Restated Credit Agreement as of the date first above written. (Continued)

**M2 LOANCO, LLC:**

**M2 LOANCO, LLC**

By:___________________________________
Name: Michael Flacks
Title: Manager