# EXHIBIT P

**THIRD AMENDMENT**
**TO**
**THIRD AMENDED AND RESTATED CREDIT AGREEMENT**

This THIRD AMENDMENT TO THIRD AMENDED AND RESTATED CREDIT AGREEMENT (this "Agreement") is entered into as of September 30, 2021 among Valitás Health Services, Inc., a Delaware corporation (the "Company"), Corizon LLC (successor by conversion of Corizon, Inc.), a Missouri limited liability company ("Corizon"), Corizon Health, Inc. (formerly known as Prison Health Services, Inc.), a Delaware corporation ("Corizon Health", and together with the Company and Corizon, the "Borrowers"), Valitás Intermediate Holdings, Inc., a Delaware corporation ("Holdings"), M2 LoanCo, LLC "Lender"), CORTLAND CAPITAL MARKET SERVICES LLC, in its capacities as administrative agent and collateral agent for the Lenders under the Fourth Amendment to the Second Amended and Restated Credit Agreement and Third Amended and Restated Credit Agreement ("Lenders")(in its capacities as administrative agent and collateral agent, the "Administrative Agent").

**Preliminary Statements**

A. Borrowers, Lenders and Administrative Agent agreed to the terms of certain Third Amended and Restated Credit Agreement dated as of August 17, 2020 (the "Third A&R Credit Agreement") pursuant to the terms of the Fourth Amendment to the Second Amended and Restated Credit Agreement dated as of August 17, 2020 (the "Fourth Amendment"). Each capitalized term which is used but not defined in this Agreement shall have the meaning set forth in the Third A&R Credit Amendment.

B. The Third Amendment and Restatement Effective Date (as defined in the Fourth Amendment) has occurred and the Third A&R Credit Agreement is effective for all purposes.

C. Pursuant to Section 6.01(a) of the Third A&R Credit Agreement, the Company shall provide a consolidated balance sheet of the Company and its Subsidiaries as at the end of each fiscal year, and the related consolidated statements of income or operations, changes in shareholders' equity, and cash flows for such fiscal year, all in reasonable detail and prepared in accordance with GAAP, such consolidated statements to be audited and accompanied by a report and opinion of an independent certified public accountant of nationally recognized standing reasonably acceptable to the Required Lenders, which report and opinion shall be prepared in accordance with generally accepted auditing standards and shall not be subject to any "going concern" or like qualification or exception or any qualification or exception as to the scope of such audit (except for qualifications resulting from the Obligations or Permitted ABL Indebtedness being classified as short-term indebtedness during the one year period prior to the applicable maturity date) (collectively, the "Financial Statements").

D. Pursuant to the terms of the Second Amendment to the Third A&R Credit Agreement dated as of July 12, 2021 (the "Second Amendment"), and due to an unforeseen delay in the audit of the 2020 Financial Statements, Borrowers, Lenders and Administrative Agent agreed to extend the delivery of the 2020 Financial Statements until September 30, 2021.

E. Due to a continuing unforeseen delay in the audit of the 2020 Financial Statements, the Company desires to further extend the delivery of the 2020 Financial Statements until January 29, 2022, and the Borrowers, Lenders and Administrative Agent have agreed to such additional extension.

NOW THEREFORE, for all good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, each of the parties hereby agree as follows:

1. **Preliminary Statements**. Each of the Preliminary Statements is true and correct and each Preliminary Statement is hereby incorporated by reference in this Agreement.

2. **Section 6.01(a) of the Third A&R Credit Agreement.** Section 6.01(a) of the Third A&R Credit Agreement is hereby amended to delete the statement at the end of the section that was previously added for purposes of giving effect to the Second Amendment and replace it with the following language: "*provided further that*, for the fiscal year ending December 31, 2020, such financial deliveries and related independent certified public accountant's report and opinion shall not be due until January 29, 2022;"

3. **Governing Law, Submission to Jurisdiction; Waiver of Jury Trial.** Section 10.14 of the Third A&R Credit Agreement applies to this Agreement *mutatis mutandis*.

4. **Effect of this Agreement**. The Third A&R Credit Agreement, as amended by this Agreement, shall continue in full force and effect in accordance with its terms for all purposes.

***[Signature Pages Follow]***

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this Agreement as of the date first above written.

**BORROWERS:**

VALITÁS HEALTH SERVICES, INC., a Delaware corporation

By: ____________________
Name: James Gassenheimer
Title: Chairman

CORIZON, LLC, a Missouri limited liability company

By: ____________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer, and Treasurer

CORIZON HEALTH, INC., a Delaware corporation

By: ____________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer, and Treasurer

**ADMINISTRATIVE AGENT:**

CORTLAND CAPITAL MARKET SERVICES LLC
By: ____________________
Name:
Title:

**LENDER:**

M2 LOANCO, LLC, a Florida limited liability company

By: M2 HOLDCO, LLC, a Florida limited liability company, its sole Manager

By: ____________________
Name: Michael Flacks
Title: Manager

**HOLDINGS:**

VALITÁS INTERMEDIATE HOLDINGS, INC., a Delaware corporation
By: ____________________
Name: James Gassenheimer
Title: Chairman

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this Agreement as of the date first above written.

**BORROWERS:**

VALITÁS HEALTH SERVICES, INC., a Delaware corporation

By: ___________________________
Name: James Gassenheimer
Title: Chairman

CORIZON, LLC, a Missouri limited liability company

By: ___________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer, and Treasurer

CORIZON HEALTH, INC., a Delaware corporation

By: ___________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer, and Treasurer

**ADMINISTRATIVE AGENT:**

CORTLAND CAPITAL MARKET SERVICES LLC
By: ___________________________
Name: Matthew Trybula
Title: Associate Counsel

**LENDER:**

M2 LOANCO, LLC, a Florida limited liability company

By: M2 HOLDCO, LLC, a Florida limited liability company, its sole Manager

By: ___________________________
Name: Michael Flacks
Title: Manager

**HOLDINGS:**

VALITÁS INTERMEDIATE HOLDINGS, INC., a Delaware corporation
By: ___________________________
Name: James Gassenheimer
Title: Chairman