# EXHIBIT V

[EXECUTION VERSION]

# REAFFIRMATION AGREEMENT

This REAFFIRMATION AGREEMENT (this "Reaffirmation Agreement"), dated as of August 17, 2020, is made by each Loan Party listed on the signature pages hereto as a Reaffirming Party (each, a "Reaffirming Party") in connection with the Fourth Amendment to the Second Amended and Restated Credit Agreement, dated as of August 17, 2020 (the "Amendment") to that certain Second Amended and Restated Credit Agreement, dated as of June 28, 2019 (and as further amended, restated, amended and restated, supplemented or otherwise modified prior to the date hereof, the "Existing Credit Agreement"), by and among Valitas Health Services, Inc., a Delaware corporation (the "Company"), Corizon, LLC, a Missouri limited liability company ("Corizon"), Corizon Health, Inc., a Delaware corporation ("Corizon Health", and together with the Company and Corizon, the "Borrowers"), Valitas Intermediate Holdings, Inc., a Delaware corporation ("Holdings"), the Lenders party thereto and Cortland Capital Market Services LLC, as Administrative Agent and Collateral Agent (in such capacities, the "Administrative Agent").

## WITNESSETH:

WHEREAS, the Borrowers propose to enter into the Amendment in order to, among other things, amend and restate the Existing Credit Agreement;

WHEREAS, each Guarantor is party to that certain First Lien Guaranty, dated as of April 14, 2017 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time prior to the date hereof, the "Guaranty"), pursuant to which each Guarantor has guaranteed the Obligations.

WHEREAS, each Guarantor and each Borrower is party to that certain First Lien Security Agreement, dated as of April 14, 2017 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time prior to the date hereof, the "Security Agreement"), pursuant to which each such party granted a security interest in favor of the Administrative Agent (for the benefit of the Secured Parties) in the Pledged Collateral to secure the Obligations.

WHEREAS, certain Borrowers and certain Guarantors are parties to various additional Collateral Documents, including, without limitation, the Intellectual Property Security Agreements and certain Deposit Account Control Agreements (the "Additional Collateral Documents", and together with the Security Agreement and the Guaranty, the "Reaffirmed Documents").

WHEREAS, concurrently with the execution and delivery of this Reaffirmation Agreement, the Borrowers will amend and restate the Existing Credit Agreement in its entirety (the Existing Credit Agreement as so amended and restated, the "Third Amended and Restated Credit Agreement").

WHEREAS, it is a condition precedent to the effectiveness of the Amendment that the Borrowers and the Guarantors shall have ratified and confirmed (i) their respective obligations under the Reaffirmed Documents in respect of the Obligations under, and as defined in, the Third Amended and Restated Credit Agreement, (ii) the Liens granted in favor of the Administrative Agent (for the benefit of the Secured Parties) in respect of such Obligations and (iii) the guaranties

made in favor of the Administrative Agent (for the benefit of the Secured Parties) in respect of such Obligations.

**NOW, THEREFORE**, in consideration of the above premises, the Reaffirming Parties agree as follows:

Section 1. Defined Terms. All capitalized terms which are not defined hereunder shall have the same meanings as set forth in the Third Amended and Restated Credit Agreement, the Guaranty or the Security Agreement, as applicable.

Section 2. Reaffirmation of Loan Documents. Each Reaffirming Party consents to the execution, delivery and performance of this Reaffirmation Agreement, the Amendment and all other Loan Documents (if any) to be executed in connection therewith.

Section 3. Reaffirmation of Obligations and Liabilities. Each Reaffirming Party acknowledges and agrees that, after giving effect to the Amendment, all of its respective obligations under the Reaffirmed Documents and the other Loan Documents to which it is a party are reaffirmed, and remain in full force and effect on a continuous basis. Each Reaffirming Party acknowledges that the obligations and liabilities of the Borrowers under the Existing Credit Agreement continue in full force and effect on a continuous basis. Each Reaffirming Party acknowledges and agrees that the Initial Term Loans are Loans and the Initial Term Lenders are Lenders.

Section 4. Reaffirmation of Liens and Guaranties. As of the Third Amendment and Restatement Effective Date, each Reaffirming Party reaffirms each Lien it granted to the Administrative Agent, and any Liens that were otherwise created or arose under each of the Reaffirmed Documents to which such Reaffirming Party is party to and reaffirms the guaranties made in favor of the Administrative Agent under each of the Reaffirmed Documents to which such Reaffirming Party is party, which Liens and guaranties shall continue in full force and effect during the term of the Third Amended and Restated Credit Agreement and any amendments, amendments and restatements, supplements or other modifications thereof and shall continue to secure the Obligations (including, for the avoidance of doubt, the repayment of, and related guarantees of, the Initial Term Loans) of the Borrowers, Holdings and the Guarantors, and secure the obligations of other Reaffirming Parties under any Reaffirmed Document or other Loan Document, in each case, on and subject to the terms and conditions set forth in the Third Amended and Restated Credit Agreement and the Reaffirmed Documents.

Section 5. Representations and Warranties. This Reaffirmation Agreement has been duly authorized, executed and delivered by each Reaffirming Party, and each Reaffirmed Document constitutes a valid and binding agreement of each Reaffirming Party, enforceable against such Reaffirming Party in accordance with its terms, subject to applicable bankruptcy, insolvency and similar laws affecting the enforceability of creditors’ rights generally and to general principles of equity.

Section 6. Incorporation of Credit Agreement Provisions. The provisions contained in Section 10.14 (Governing Law; Jurisdiction; Etc.) and Section 10.15 (WAIVER OF JURY

TRIAL) of the Third Amended and Restated Credit Agreement are incorporated herein by reference *mutatis mutandis* to the same extent as if reproduced herein in their entirety.

Section 7. Loan Document. This Reaffirmation Agreement is a Loan Document.

[remainder of page intentionally left blank; signature pages follow]

**IN WITNESS WHEREOF**, this Reaffirmation Agreement has been duly executed as of the date first written above.

VALITÁS HEALTH SERVICES, INC.

By:______________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer & Treasurer

CORIZON, LLC

By:______________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer & Treasurer

CORIZON HEALTH, INC.

By:______________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer & Treasurer

VALITÁS INTERMEDIATE HOLDINGS, INC.

By:______________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer & Treasurer

PHS COMMUNITY CARE LLC

By:________________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer & Treasurer

PHARMACORR, LLC

By:________________________________
Name: J. Scott King
Title: Executive Vice President, Chief Legal Officer & Secretary

CORIZON HEALTH OF NEW JERSEY, LLC

By:________________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer & Treasurer

CORIZON HEALTH CLINICAL SOLUTIONS, LLC

By:________________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer & Treasurer

ENDEAVOR DISTRIBUTION, LLC

By:________________________________
Name: J. Scott King
Title: Executive Vice President, Chief Legal Officer & Secretary

PHS COMMUNITY CARE LLC

By:________________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief
Financial Officer & Treasurer

PHARMACORR, LLC

By: J Scott King
Name: J. Scott King
Title: Executive Vice President, Chief
Legal Officer & Secretary

CORIZON HEALTH OF NEW JERSEY, LLC

By:________________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief
Financial Officer & Treasurer

CORIZON HEALTH CLINICAL SOLUTIONS, LLC

By:________________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief
Financial Officer & Treasurer

ENDEAVOR DISTRIBUTION, LLC

By: J Scott King
Name: J. Scott King
Title: Executive Vice President, Chief
Legal Officer & Secretary