# EXHIBIT X

**OMNIBUS**

**OFFICER'S CLOSING CERTIFICATE**

Dated: August 17, 2020

F. Jeffrey Sholey, the duly authorized Senior Vice President, Chief Financial Officer and Treasurer of each of Valitás Health Services, Inc., a Delaware corporation ("Valitás"), Corizon, LLC, a Missouri limited liability company ("Corizon") and Corizon Health, Inc., a Delaware corporation ("Corizon Health" and collectively with Valitás and Corizon, the "Borrowers"), and each of Valitás Intermediate Holdings, Inc., a Delaware corporation ("Holdings"), PHS Community Care LLC, a Delaware limited liability company ("PHS"), Corizon Health of New Jersey, LLC, a New Jersey limited liability company ("Corizon New Jersey") and Corizon Health Clinical Solutions, LLC, a Delaware limited liability company ("Corizon Clinical Solutions") and J. Scott King, the duly authorized Executive Vice President, Chief Legal Officer & Secretary of each of Endeavor Distribution, LLC a Delaware limited liability company ("Endeavor") and Pharmacorr, LLC a Delaware limited liability company ("Pharmacorr," collectively with the Borrowers, Holdings, PHS, Corizon New Jersey, Corizon Clinical Solutions, Endeavor and Pharmacorr, the "Loan Parties") solely in their official capacity and not in any individual capacity, hereby certify on behalf of the respective Loan Parties as of the date hereof to Cortland Capital Market Services LLC, in its capacities as administrative agent and collateral agent for the Lenders (as defined below) (in such capacities, the "Administrative Agent"), pursuant to that certain Fourth Amendment to the Second Amended and Restated Credit Agreement (the "Amendment"; capitalized terms used herein and not otherwise defined shall have the respective meanings ascribed to them in the Amendment or the Third Amended and Restated Credit Agreement (as defined in the Amendment), as applicable) dated as of the date hereof, by and among the Borrowers, Valitás Intermediate Holdings, Inc., a Delaware corporation ("Holdings"), the lenders from time to time party thereto (the "Lenders") and the Administrative Agent, which amends and restates that certain Second Amended and Restated Credit Agreement, dated as of June 28, 2019 (the "Existing Credit Agreement," and as amended by the Amendment, the "Credit Agreement"), and to Section 4.01(a)(iv) and (v) of the Credit Agreement, as follows:

a) No Default or Event of Default has occurred and is continuing (other than the Existing Default (as defined in the Amendment)), or will immediately result from the Amendment (including from the amending and restating of the Existing Credit Agreement by the Amendment);

b) The representations and warranties of the Loan Parties set forth in the Amendment, the Credit Agreement and the other Loan Documents are true and correct in all material respects (except to the extent such representation or warranty is already qualified by materiality or the occurrence of a Material Adverse Effect) on and as of the date hereof, except to the extent that such representations and warranties refer to an earlier date, in which case such representations and warranties are true and correct in all material respects (except to the extent such representation or warranty is already qualified by materiality or the occurrence of a Material Adverse Effect) as of such earlier date;

c) No consents, licenses or approvals are required in connection with the consummation by the Loan Parties of the Fourth Amendment Transactions and the execution, delivery and performance by each Loan Party and the validity against such Loan Party of the Loan Documents to which it is a party;

d) The Borrowers (i) have provided the Lenders evidence or confirmation that they have obtained sufficient Bonds in such amounts that are required to be provided by Valitás or its Subsidiaries pursuant to each Customer Contract in force as of the date hereof and (ii) have received confirmation from the Required Lenders that the amount, type and terms and conditions of such Bonds are sufficient to the Required Lenders; and

e) Except as set forth in Schedule 5.06 of the Credit Agreement, no action, suit, investigation, litigation or proceeding is pending or threatened in any court or before any arbitrator or governmental authority that has or could be reasonably likely to have a Material Adverse Effect.

[Remainder of page intentionally left blank; signature page follows]

**IN WITNESS WHEREOF**, the undersigned has set his hand hereto as of the date first above written.

VALITÁS INTERMEDIATE HOLDINGS, INC.
VALITÁS HEALTH SERVICES, INC.
CORIZON HEALTH, INC.
CORIZON, LLC
PHS COMMUNITY CARE LLC
CORIZON HEALTH OF NEW JERSEY, LLC
CORIZON HEALTH CLINICAL SOLUTIONS, LLC

By: ______________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer & Treasurer

ENDEAVOR DISTRIBUTION, LLC
PHARMACORR, LLC

By: ______________________________
Name: J. Scott King
Title: Executive Vice President, Chief Legal Officer & Secretary

**IN WITNESS WHEREOF**, the undersigned has set his hand hereto as of the date first above written.

VALITÁS INTERMEDIATE HOLDINGS, INC.
VALITÁS HEALTH SERVICES, INC.
CORIZON HEALTH, INC.
CORIZON, LLC
PHS COMMUNITY CARE LLC
CORIZON HEALTH OF NEW JERSEY, LLC
CORIZON HEALTH CLINICAL SOLUTIONS, LLC

By: ______________________________
Name: F. Jeffrey Sholey
Title: Senior Vice President, Chief Financial Officer & Treasurer

ENDEAVOR DISTRIBUTION, LLC
PHARMACORR, LLC

By: J Scott King
Name: J. Scott King
Title: Executive Vice President, Chief Legal Officer & Secretary