# EXHIBIT Y

| Journal Line Info by Account | | Account #287170 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| User | Unit | Journal ID | Date | Line # | Ledger | Account | Dept | Product | Amount | Journal Line Ref | Line Descr | Source | Header Descr | Balance |
| RICEMR | TX001 | 0000225772 | 5/1/2022 | 687 | ACTUALS | 287170 | 11111 | | (92,578,294.19) | | YesCare Beginning Balance | XLS | YesCare Beginning Balances | (92,578,294.19) |
| RICEMR | TX001 | 0000225875 | 6/30/2022 | 1332 | ACTUALS | 287170 | 11111 | | (2,431,466.03) | | Record PIKInt-Loan 042922-0629 | XLS | Jun22 YesCare Journals | (95,009,760.22) |
| DORRISAD | TX001 | 0000227725 | 9/30/2022 | 3 | ACTUALS | 287170 | 11111 | | (3,702,741.49) | | Record PIKInt-Loan 063022-0929 | XLS | 0922 Interest Accrual and Debt | (98,712,501.71) |
| DORRISAD | TX001 | 0000229891 | 12/31/2022 | 3 | ACTUALS | 287170 | 11111 | | (3,805,229.84) | | Record PIKInt-Loan 093022-1229 | XLS | 1222 Debt Interest Accrual | (102,517,731.55) |
| DORRISAD | TX001 | 0000232190 | 3/31/2023 | 3 | ACTUALS | 287170 | 11111 | | (3,951,916.17) | | Record PIKInt-Loan 123022-0330 | XLS | 0323 Debt Interest Accrual | (106,469,647.72) |
| DORRISAD | TX001 | 0000234449 | 6/29/2023 | 3 | ACTUALS | 287170 | 11111 | | (4,104,257.05) | | Record PIKInt-Loan 033123-0629 | XLS | 0623 Debt Interest Accrual | (110,573,904.77) |
| DORRISAD | TX001 | 0000236618 | 9/28/2023 | 3 | ACTUALS | 287170 | 11111 | | (4,262,470.45) | | Record PIKInt-Loan 063023-0928 | XLS | 0923 Debt Interest Entry and A | (114,836,375.22) |
| DORRISAD | TX001 | 0000238745 | 12/31/2023 | 4 | ACTUALS | 287170 | 11111 | | (4,366,141.91) | | Record PIKInt-Loan 092923-1228 | XLS | 1223 Debt Interest Accrual and | (119,202,517.13) |
| RICEMR | TX001 | 0000243331 | 12/31/2023 | 2 | ACTUALS | 287170 | 11111 | | (6,006,123.61) | | 2023 Interest Exp Correction | ONL | 2023 Audit Pushback Entries | (125,208,640.74) |
| DORRISAD | TX001 | 0000240663 | 3/27/2024 | 2 | ACTUALS | 287170 | 11111 | | (242,907.12) | | Addtl PIK Int for 063022-09292 | XLS | Addtl PIK Interest for 063022- | (125,451,547.86) |
| DORRISAD | TX001 | 0000240663 | 3/27/2024 | 4 | ACTUALS | 287170 | 11111 | | (615,731.53) | | Addtl PIK Int for 093022-12292 | XLS | Addtl PIK Interest for 063022- | (126,067,279.39) |
| DORRISAD | TX001 | 0000240663 | 3/27/2024 | 6 | ACTUALS | 287170 | 11111 | | (942,430.21) | | Addtl PIK Int for 123022-03302 | XLS | Addtl PIK Interest for 063022- | (127,009,709.60) |
| DORRISAD | TX001 | 0000240663 | 3/27/2024 | 8 | ACTUALS | 287170 | 11111 | | (1,139,298.99) | | Addtl PIK Int for 033123-06292 | XLS | Addtl PIK Interest for 063022- | (128,149,008.59) |
| DORRISAD | TX001 | 0000240663 | 3/27/2024 | 10 | ACTUALS | 287170 | 11111 | | (1,343,700.74) | | Addtl PIK Int for 063023-09282 | XLS | Addtl PIK Interest for 063022- | (129,492,709.33) |
| DORRISAD | TX001 | 0000240663 | 3/27/2024 | 12 | ACTUALS | 287170 | 11111 | | (1,722,055.02) | | Addtl PIK Int for 092923-12282 | XLS | Addtl PIK Interest for 063022- | (131,214,764.35) |
| DORRISAD | TX001 | 0000240664 | 3/27/2024 | 4 | ACTUALS | 287170 | 11111 | | (6,056,385.78) | | Record PIKInt-Loan 122923-0327 | XLS | Debt Interest 122923-032724 | (137,271,150.13) |
| DORRISAD | TX001 | 0000242876 | 6/30/2024 | 3 | ACTUALS | 287170 | 11111 | | (6,477,442.79) | | Record PIKInt-Loan 032824-0627 | XLS | 0624 Debt Interest Entry | (143,748,592.92) |
| DORRISAD | TX001 | 0000243785 | 7/31/2024 | 4 | ACTUALS | 287170 | 11111 | | 242,907.12 | | Rev Addtl PIK Int for 063022-0 | XLS | 0724 Debt Interest Accrual and | (143,505,685.80) |
| DORRISAD | TX001 | 0000243785 | 7/31/2024 | 6 | ACTUALS | 287170 | 11111 | | 615,731.53 | | Rev Addtl PIK Int for 093022-1 | XLS | 0724 Debt Interest Accrual and | (142,889,954.27) |
| DORRISAD | TX001 | 0000243785 | 7/31/2024 | 8 | ACTUALS | 287170 | 11111 | | 942,430.21 | | Rev Addtl PIK Int for 123022-0 | XLS | 0724 Debt Interest Accrual and | (141,947,524.06) |
| DORRISAD | TX001 | 0000243785 | 7/31/2024 | 10 | ACTUALS | 287170 | 11111 | | 1,139,298.99 | | Rev Addtl PIK Int for 033123-0 | XLS | 0724 Debt Interest Accrual and | (140,808,225.07) |
| DORRISAD | TX001 | 0000243785 | 7/31/2024 | 12 | ACTUALS | 287170 | 11111 | | 1,343,700.74 | | Rev Addtl PIK Int for 063023-0 | XLS | 0724 Debt Interest Accrual and | (139,464,524.33) |
| DORRISAD | TX001 | 0000243785 | 7/31/2024 | 14 | ACTUALS | 287170 | 11111 | | 1,722,055.02 | | Ref Addtl PIK Int for 092923-1 | XLS | 0724 Debt Interest Accrual and | (137,742,469.31) |
| DORRISAD | TX001 | 0000244952 | 9/30/2024 | 3 | ACTUALS | 287170 | 11111 | | (6,953,892.29) | | Record PIKInt-Loan 062824-0929 | XLS | 0924 Record Debt PIK and Inter | (144,696,361.60) |
| DORRISAD | TX001 | 0000246738 | 12/30/2024 | 3 | ACTUALS | 287170 | 11111 | | (6,879,257.48) | | Record PIKInt-Loan 093024-1230 | XLS | 1224 Record and Accr Debt Inte | (151,575,619.08) |
| RICEMR | TX001 | 0000251353 | 12/31/2024 | 13 | ACTUALS | 287170 | 11111 | | 39,908,973.69 | | Related Party Balance | XLS | 2024 Pushback Entries | (111,666,645.39) |
| RICEMR | TX001 | 0000251353 | 12/31/2024 | 15 | ACTUALS | 287170 | 11111 | | 11,031,655.00 | | 2024 Geneva Mgt Fees | XLS | 2024 Pushback Entries | (100,634,990.39) |
| RICEMR | TX001 | 0000251353 | 12/31/2024 | 17 | ACTUALS | 287170 | 11111 | | 10,288,407.20 | | 2024 CHS Admin Fees | XLS | 2024 Pushback Entries | (90,346,583.19) |
| RICEMR | TX001 | 0000251353 | 12/31/2024 | 18 | ACTUALS | 287170 | 11111 | | 17,000,000.00 | | 2024 Debt Forgiveness | XLS | 2024 Pushback Entries | (73,346,583.19) |
| RICEMR | TX001 | 0000251353 | 12/31/2024 | 20 | ACTUALS | 287170 | 11111 | | 20,171,885.00 | | 2024 Interest Expense Adj | XLS | 2024 Pushback Entries | (53,174,698.19) |
| DORRISAD | TX001 | 0000248709 | 3/31/2025 | 3 | ACTUALS | 287170 | 11111 | | (6,945,490.44) | | Record PIKInt-Loan 123124-0330 | XLS | 0325 Debt Interest Entry and A | (60,120,188.63) |
| DORRISAD | TX001 | 0000250758 | 6/30/2025 | 3 | ACTUALS | 287170 | 11111 | | (7,332,589.74) | | Record PIKInt-Loan 123124-0330 | XLS | 0625 Debt Interest Accrual | (67,452,778.37) |
| RICEMR | TX001 | 0000251355 | 6/30/2025 | 8 | ACTUALS | 287170 | 11111 | | 13,912,208.04 | | Related Party - Sigma | ONL | June 2025 Debt & Interest | (53,540,570.33) |
| RICEMR | TX001 | 0000251355 | 6/30/2025 | 9 | ACTUALS | 287170 | 11111 | | 11,671,130.83 | | Related Party - Sigma | ONL | June 2025 Debt & Interest | (41,869,439.50) |
| RICEMR | TX001 | 0000252831 | 9/30/2025 | 2 | ACTUALS | 287170 | 11111 | | (1,069,996.77) | | PIK Interest 063025 -093025 | ONL | PIK Interest 063025 -093025 | (42,939,436.27) |
| RICEMR | TX001 | 0000253494 | 10/1/2025 | 2 | ACTUALS | 287170 | 11111 | | (200,000.00) | | Related Party - Geneva | ONL | Related Party - Geneva | (43,139,436.27) |
| RICEMR | TX001 | 0000253458 | 10/31/2025 | 11 | ACTUALS | 287170 | 11111 | | 3,222,624.51 | | Related Party - Sigma | ONL | Sep Related Party Balances App | (39,916,811.76) |
| RICEMR | TX001 | 0000254640 | 12/31/2025 | 11 | ACTUALS | 287170 | 11111 | | 4,100,039.71 | | Related Party Total | ONL | Sep Related Party Balances App | (35,816,772.05) |
| RICEMR | TX001 | 0000254642 | 12/31/2025 | 2 | ACTUALS | 287170 | 11111 | | 100,000.00 | | Related Party - Geneva | ONL | Related Party - Geneva | (35,716,772.05) |
| RICEMR | TX001 | 0000256843 | 4/30/2026 | 7 | ACTUALS | 287170 | 11111 | | 16,865,634.35 | | Mar26 Related Party Applied to | ONL | Mar26 Related Party Applied to | (18,851,137.70) |
| DORRISAD | TX001 | 0000257534 | 6/30/2026 | 1 | ACTUALS | 287170 | 11111 | | 4,762,500.00 | | 0421-042826 M2 Rubenstein Wire | XLS | 0626 AR to Debt Liab Entries | (14,088,637.70) |
| DORRISAD | TX001 | 0000257534 | 6/30/2026 | 3 | ACTUALS | 287170 | 11111 | | 10,969.48 | | 0125-0425 Pharma AR Goldman CC | XLS | 0626 AR to Debt Liab Entries | (14,077,668.22) |
| DORRISAD | TX001 | 0000257534 | 6/30/2026 | 5 | ACTUALS | 287170 | 11111 | | 25,108.45 | | 0425-0625 SIGMA AR - Debt | XLS | 0626 AR to Debt Liab Entries | (14,052,559.77) |
| DORRISAD | TX001 | 0000257535 | 6/30/2026 | 2 | ACTUALS | 287170 | 11111 | | (2,490,387.11) | | 1025-0626 Accr Int to Debt Lia | XLS | 1025-0626 Interest to Debt Lia | (16,542,946.88) |