# EXHIBIT AA

**From:** Sprouse, Jimmy
**To:** Dorris, Anita
**Subject:** RE: Accrued Interest to Debt

---

It seems reasonable to me. The big drop in April is due to the payments made in Jan and Feb which were applied to the loan at the end of March.

---

**From:** Dorris, Anita <Anita.Dorris@Yescarecorp.com>
**Sent:** Tuesday, July 28, 2026 9:59 AM
**To:** Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com>
**Subject:** Accrued Interest to Debt

I don't know how the interest could be right – since it was not transferred to the debt quarterly – but I doubt we care at this point.

Can you review – let me know if you want me to post the detail or summary entry?

Thanks,
Anita

Anita Dorris
Senior Staff Accountant
Cell: 615.202.7952
Work Phone: 615.376.1343
205 Powell Place, Suite 104
Brentwood, TN 37027

Anita.Dorris@Yescarecorp.com

-

-