# EXHIBIT BB

## Daniel.Sylvester@hklaw.com

**From:** Daniel.Sylvester@hklaw.com <Daniel.Sylvester@hklaw.com>
**Sent:** Monday, May 4, 2026 9:33 PM (Central)
**To:** Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com>
**Cc:** King, Scott <Scott.King@Yescarecorp.com>
**Subject:** RE: Credit Agreement Amendment and Related Documents
**Attachments:** Billing Document - 90288598.pdf; Billing Document - 90333677.pdf; Billing Document - 90312415.pdf; Invoice 33845748.pdf; Invoice 33743094.pdf

---

Scott and Jimmy –

Not sure where the continued disconnect is – but know that when I bring these to your attention, that you all take care of them.

Attached, please find 3 AD invoices and 2 HK invoices that are outstanding.

We would greatly appreciated your attention to them.

Thanks.

Dan

Daniel Sylvester | Holland & Knight
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone +1.312.715.5880 | Mobile +1.773.633.3973
daniel.sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com> | www.hklaw.com <http://www.hklaw.com/>

---

Add to address book <https://www.hklaw.com/Daniel-Sylvester?format=vcard> | View professional biography <https://www.hklaw.com/Daniel-Sylvester>

From: Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com>
Sent: Wednesday, August 20, 2025 12:23 PM
To: Sylvester, Daniel T (CHI - X65880) <Daniel.Sylvester@hklaw.com>
Cc: King, Scott <Scott.King@Yescarecorp.com>
Subject: FW: Credit Agreement Amendment and Related Documents

[External email]

Daniel,

Please provide the HK invoices. We do not have a record of receiving the invoices.

Jimmy

From: King, Scott <Scott.King@Yescarecorp.com <mailto:Scott.King@Yescarecorp.com> >
Sent: Wednesday, August 20, 2025 12:21 PM
To: Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com <mailto:Jimmy.Sprouse@yescarecorp.com> >; Rice, Michelle <Michelle.Rice@Yescarecorp.com <mailto:Michelle.Rice@Yescarecorp.com> >

Subject: FW: Credit Agreement Amendment and Related Documents

See below from Dawn. Doesn’t appear these invoices were ever submitted to us.

Scott

From: Mullett, Dawn <Dawn.Mullett@Yescarecorp.com <mailto:Dawn.Mullett@Yescarecorp.com> >
Sent: Wednesday, August 20, 2025 12:19 PM
To: King, Scott <Scott.King@Yescarecorp.com <mailto:Scott.King@Yescarecorp.com> >
Subject: FW: Credit Agreement Amendment and Related Documents

Hi Scott,

None of these have been submitted in Acuity.

Dawn Mullett

Executive Legal Assistant

dawn.mullett@yescarecorp.com <mailto:dawn.mullett@yescarecorp.com>

yescarecorp.com <https://www.yescarecorp.com/>

YesCare Jobs <https://careers.yescarecorp.com/>

LinkedIn <https://www.linkedin.com/company/yes-care/>

Facebook <https://www.facebook.com/YesCareCorp>

CONFIDENTIALITY NOTICE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the email or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

From: King, Scott <Scott.King@Yescarecorp.com <mailto:Scott.King@Yescarecorp.com> >
Sent: Wednesday, August 20, 2025 11:24 AM
To: Mullett, Dawn <Dawn.Mullett@Yescarecorp.com <mailto:Dawn.Mullett@Yescarecorp.com> >
Subject: FW: Credit Agreement Amendment and Related Documents

Dawn, please see attached Holland & Knight invoice list. Can you confirm we have these in Acuity and they are still outstanding?

Thanks.

Scott King

Chief Legal Officer

From: Sprouse, Jimmy <jimmy.sprouse@yescarecorp.com <mailto:jimmy.sprouse@yescarecorp.com> >
Sent: Wednesday, August 20, 2025 10:17 AM
To: King, Scott <Scott.King@Yescarecorp.com <mailto:Scott.King@Yescarecorp.com> >
Cc: Rice, Michelle <Michelle.Rice@Yescarecorp.com <mailto:Michelle.Rice@Yescarecorp.com> >
Subject: FW: Credit Agreement Amendment and Related Documents

Scott,

We do not have any of the HK invoices in AP. Please review and approve as appropriate.

Thanks,

Jimmy

From: Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com>
<Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com> >
Sent: Wednesday, August 20, 2025 9:49 AM
To: Sprouse, Jimmy <jimmy.sprouse@yescarecorp.com <mailto:jimmy.sprouse@yescarecorp.com> >;
Chris Capezuti <chris.capezuti@alterdomus.com <mailto:chris.capezuti@alterdomus.com> >
Cc: Isaac Lefkowitz <IL@Yescarecorp.com <mailto:IL@Yescarecorp.com> >; Sholey, Jeff
<Jeff.Sholey@Yescarecorp.com <mailto:Jeff.Sholey@Yescarecorp.com> >; King, Scott
<Scott.King@Yescarecorp.com <mailto:Scott.King@Yescarecorp.com> >; Cortland_Successor_Agent
<cortland_successor_agent@alterdomus.com <mailto:cortland_successor_agent@alterdomus.com>
>; ADPC <adpc@alterdomus.com <mailto:adpc@alterdomus.com> >; legal_agency@alterdomus.com
<mailto:legal_agency@alterdomus.com> ; Matthew Trybula <matthew.trybula@alterdomus.com
<mailto:matthew.trybula@alterdomus.com> >; Winnalynn Kantaris
<winnalynn.kantaris@alterdomus.com <mailto:winnalynn.kantaris@alterdomus.com> >;
AlterDomus@hklaw.com <mailto:AlterDomus@hklaw.com> ; Daniel.Sylvester@hklaw.com
<mailto:Daniel.Sylvester@hklaw.com>
Subject: RE: Credit Agreement Amendment and Related Documents

Jimmy – attached are the outstanding invoices to both AD and HK (updated to include recent work).

Dan

Daniel Sylvester | Holland & Knight
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone +1.312.715.5880 | Mobile +1.773.633.3973
daniel.sylvester@hklaw.com <mailto:daniel.sylvester@hklaw.com> | www.hklaw.com
<http://www.hklaw.com/>

---

Add to address book <https://www.hklaw.com/Daniel-Sylvester?format=vcard> | View professional biography <https://www.hklaw.com/Daniel-Sylvester>

From: Sprouse, Jimmy <jimmy.sprouse@yescarecorp.com <mailto:jimmy.sprouse@yescarecorp.com>
>
Sent: Wednesday, August 20, 2025 7:56 AM
To: Sylvester, Daniel T (CHI - X65880) <Daniel.Sylvester@hklaw.com
<mailto:Daniel.Sylvester@hklaw.com> >; Chris Capezuti <chris.capezuti@alterdomus.com
<mailto:chris.capezuti@alterdomus.com> >
Cc: Isaac Lefkowitz <IL@Yescarecorp.com <mailto:IL@Yescarecorp.com> >; Sholey, Jeff
<Jeff.Sholey@Yescarecorp.com <mailto:Jeff.Sholey@Yescarecorp.com> >; King, Scott
<Scott.King@Yescarecorp.com <mailto:Scott.King@Yescarecorp.com> >; Cortland_Successor_Agent
<cortland_successor_agent@alterdomus.com <mailto:cortland_successor_agent@alterdomus.com>
>; ADPC <adpc@alterdomus.com <mailto:adpc@alterdomus.com> >; legal_agency
<legal_agency@alterdomus.com <mailto:legal_agency@alterdomus.com> >; Matthew Trybula
<matthew.trybula@alterdomus.com <mailto:matthew.trybula@alterdomus.com> >; Winnalynn Kantaris
<winnalynn.kantaris@alterdomus.com <mailto:winnalynn.kantaris@alterdomus.com> >; AlterDomus
<AlterDomus@hklaw.com <mailto:AlterDomus@hklaw.com> >

Subject: RE: Credit Agreement Amendment and Related Documents

[External email]

Please provide a list of what is outstanding to both parties.

From: Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com>
<Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com> >
Sent: Tuesday, August 19, 2025 7:36 PM
To: Chris Capezuti <chris.capezuti@alterdomus.com <mailto:chris.capezuti@alterdomus.com> >
Cc: Sprouse, Jimmy <jimmy.sprouse@yescarecorp.com <mailto:jimmy.sprouse@yescarecorp.com> >;
Isaac Lefkowitz <il@yescarecorp.com <mailto:il@yescarecorp.com> >; Sholey, Jeff
<jeff.sholey@yescarecorp.com <mailto:jeff.sholey@yescarecorp.com> >; King, Scott
<scott.king@yescarecorp.com <mailto:scott.king@yescarecorp.com> >; Cortland_Successor_Agent
<cortland_successor_agent@alterdomus.com <mailto:cortland_successor_agent@alterdomus.com>
>; ADPC <adpc@alterdomus.com <mailto:adpc@alterdomus.com> >; legal_agency@alterdomus.com
<mailto:legal_agency@alterdomus.com> ; Matthew Trybula <matthew.trybula@alterdomus.com
<mailto:matthew.trybula@alterdomus.com> >; Winnalynn Kantaris
<winnalynn.kantaris@alterdomus.com <mailto:winnalynn.kantaris@alterdomus.com> >;
AlterDomus@hklaw.com <mailto:AlterDomus@hklaw.com>
Subject: Re: Credit Agreement Amendment and Related Documents

Jimmy,

I note that HKs fees are also outstanding.

As was noted in a previous chain AD is not able to execute the amendment till these are all paid

Dan

Daniel Sylvester | Holland & Knight
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone 312.715.5880 | Fax 312.578.6666 | Mobile 773.633.3973
daniel.sylvester@hklaw.com <mailto:daniel.sylvester@hklaw.com> | www.hklaw.com
<http://www.hklaw.com/>

---

Add to address book <https://www.hklaw.com/Daniel-Sylvester?format=vcard> | View professional biography <https://www.hklaw.com/Daniel-Sylvester>

From: Chris Capezuti <chris.capezuti@alterdomus.com <mailto:chris.capezuti@alterdomus.com> >
Sent: Tuesday, August 19, 2025 7:22 PM
To: Sylvester, Daniel T (CHI - X65880) <daniel.sylvester@hklaw.com
<mailto:daniel.sylvester@hklaw.com> >, Sprouse, Jimmy <jimmy.sprouse@yescarecorp.com
<mailto:jimmy.sprouse@yescarecorp.com> >
Cc: Isaac Lefkowitz <il@yescarecorp.com <mailto:il@yescarecorp.com> >, Sholey, Jeff
<jeff.sholey@yescarecorp.com <mailto:jeff.sholey@yescarecorp.com> >, King, Scott
<scott.king@yescarecorp.com <mailto:scott.king@yescarecorp.com> >, Cortland_Successor_Agent
<cortland_successor_agent@alterdomus.com <mailto:cortland_successor_agent@alterdomus.com>
>, ADPC <adpc@alterdomus.com <mailto:adpc@alterdomus.com> >, Legal Agency
<legal_agency@alterdomus.com <mailto:legal_agency@alterdomus.com> >, Matthew Trybula

<matthew.trybula@alterdomus.com <mailto:matthew.trybula@alterdomus.com> >, Winnalynn Kantaris <winnalynn.kantaris@alterdomus.com <mailto:winnalynn.kantaris@alterdomus.com> >, AlterDomus <alterdomus@hklaw.com <mailto:alterdomus@hklaw.com> >
Subject: RE: Credit Agreement Amendment and Related Documents

[External email]

Dan – Our A/R team has advised that these invoices remain outstanding.

Jimmy – Can you please provide fed reference numbers for these fees. Also, please let us know if you see any issues with paying these fees going forward? The current arrangement is for ADs fees to be paid quarterly in advance and have been running into issues getting these fees paid timely.

Thanks

Chris

Chris Capezuti
Agency US Successor, Turnaround & Escrow Managing Director

<https://alterdomus.com/>

M: +1 347 661 7900

D: +1 917 979 2772

500 Fifth Avenue, Suite 3100, New York NY, 10110

www.alterDomus.com <https://www.alterdomus.com/>

From: Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com> <Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com> >
Sent: Tuesday, August 19, 2025 9:30 AM
To: Sprouse, Jimmy <jimmy.sprouse@yescarecorp.com <mailto:jimmy.sprouse@yescarecorp.com> >
Cc: Chris Capezuti <chris.capezuti@alterdomus.com <mailto:chris.capezuti@alterdomus.com> >; Isaac Lefkowitz <il@yescarecorp.com <mailto:il@yescarecorp.com> >; Sholey, Jeff <jeff.sholey@yescarecorp.com <mailto:jeff.sholey@yescarecorp.com> >; King, Scott <scott.king@yescarecorp.com <mailto:scott.king@yescarecorp.com> >; Cortland_Successor_Agent <cortland_successor_agent@alterdomus.com <mailto:cortland_successor_agent@alterdomus.com> >; ADPC <adpc@alterdomus.com <mailto:adpc@alterdomus.com> >; Legal Agency <legal_agency@alterdomus.com <mailto:legal_agency@alterdomus.com> >; Matthew Trybula <matthew.trybula@alterdomus.com <mailto:matthew.trybula@alterdomus.com> >; Winnalynn Kantaris <winnalynn.kantaris@alterdomus.com <mailto:winnalynn.kantaris@alterdomus.com> >; AlterDomus@hklaw.com <mailto:AlterDomus@hklaw.com>
Subject: Re: Credit Agreement Amendment and Related Documents

Chris

Can you confirm you two outstanding invoices have been paid?

Thanks

Dan

Daniel Sylvester | Holland & Knight
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606

Phone 312.715.5880 | Fax 312.578.6666 | Mobile 773.633.3973
daniel.sylvester@hklaw.com <mailto:daniel.sylvester@hklaw.com> | www.hklaw.com
<http://www.hklaw.com/>

---

Add to address book <https://www.hklaw.com/Daniel-Sylvester?format=vcard> | View professional biography <https://www.hklaw.com/Daniel-Sylvester>

From: Sprouse, Jimmy <jimmy.sprouse@yescarecorp.com <mailto:jimmy.sprouse@yescarecorp.com> >
Sent: Tuesday, August 19, 2025 8:27 AM
To: Sylvester, Daniel T (CHI - X65880) <daniel.sylvester@hklaw.com <mailto:daniel.sylvester@hklaw.com> >, Chris Capezuti <chris.capezuti@alterdomus.com <mailto:chris.capezuti@alterdomus.com> >
Cc: Isaac Lefkowitz <il@yescarecorp.com <mailto:il@yescarecorp.com> >, Sholey, Jeff <jeff.sholey@yescarecorp.com <mailto:jeff.sholey@yescarecorp.com> >, King, Scott <scott.king@yescarecorp.com <mailto:scott.king@yescarecorp.com> >, Cortland_Successor_Agent <cortland_successor_agent@alterdomus.com <mailto:cortland_successor_agent@alterdomus.com> >, ADPC <adpc@alterdomus.com <mailto:adpc@alterdomus.com> >, Legal Agency <legal_agency@alterdomus.com <mailto:legal_agency@alterdomus.com> >, Matthew Trybula <matthew.trybula@alterdomus.com <mailto:matthew.trybula@alterdomus.com> >, Winnalynn Kantaris <winnalynn.kantaris@alterdomus.com <mailto:winnalynn.kantaris@alterdomus.com> >, AlterDomus <alterdomus@hklaw.com <mailto:alterdomus@hklaw.com> >
Subject: RE: Credit Agreement Amendment and Related Documents

[External email]

Daniel and Chris,

Attached is a revised amendment with the requested change.

Please execute and return.

Thanks,

Jimmy

From: Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com> <Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com> >
Sent: Monday, August 18, 2025 7:34 AM
To: Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com <mailto:Jimmy.Sprouse@yescarecorp.com> >; Chris Capezuti <chris.capezuti@alterdomus.com <mailto:chris.capezuti@alterdomus.com> >
Cc: Isaac Lefkowitz <IL@Yescarecorp.com <mailto:IL@Yescarecorp.com> >; Sholey, Jeff <jeff.sholey@yescarecorp.com <mailto:jeff.sholey@yescarecorp.com> >; King, Scott <scott.king@yescarecorp.com <mailto:scott.king@yescarecorp.com> >; Cortland_Successor_Agent <Cortland_Successor_Agent@alterdomus.com <mailto:Cortland_Successor_Agent@alterdomus.com> >; ADPC <ADPC@alterdomus.com <mailto:ADPC@alterdomus.com> >; legal_agency@alterdomus.com <mailto:legal_agency@alterdomus.com> ; Matthew Trybula <matthew.trybula@alterdomus.com <mailto:matthew.trybula@alterdomus.com> >; Winnalynn Kantaris <Winnalynn.Kantaris@alterdomus.com <mailto:Winnalynn.Kantaris@alterdomus.com> >; AlterDomus@hklaw.com <mailto:AlterDomus@hklaw.com> ; Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com>

Subject: RE: Credit Agreement Amendment and Related Documents

All,

I got a bounce back from some addresses – resending

Jimmy,

I understand that you connected with AD the other day, and that while you all could not agree on the $s, but that as Lender and Borrower have, have asked AD to accept them. AD is fine doing that as long as the following change is made:

In the amendment in Section 2(j) for the revisions to Section 2.04 of the Credit Agreement at the end of subsection (e) we will need the following revisions highlighted below to be made:

Notwithstanding anything to the contrary, the amounts set forth above shall be deemed accurate, binding and not subject to further adjustment or recalculation, and shall be used for all purposes under this Agreement and the parties hereto acknowledge and agree that the Administrative Agent shall have no liabilities for relying upon such amounts.

Daniel Sylvester | Holland & Knight
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone +1.312.715.5880 | Mobile +1.773.633.3973
daniel.sylvester@hklaw.com <mailto:daniel.sylvester@hklaw.com> | www.hklaw.com <http://www.hklaw.com/>

---

Add to address book <https://www.hklaw.com/Daniel-Sylvester?format=vcard> | View professional biography <https://www.hklaw.com/Daniel-Sylvester>

From: Sylvester, Daniel T (CHI - X65880) <Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com> >
Sent: Sunday, August 17, 2025 6:58 PM
To: Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com <mailto:Jimmy.Sprouse@yescarecorp.com> >; Chris Capezuti <chris.capezuti@alterdomus.com <mailto:chris.capezuti@alterdomus.com> >
Cc: Isaac Lefkowitz <IL@Yescarecorp.com <mailto:IL@Yescarecorp.com> >; Jeff.Sholey; Scott.King; Cortland_Successor_Agent <Cortland_Successor_Agent@alterdomus.com <mailto:Cortland_Successor_Agent@alterdomus.com> >; ADPC <ADPC@alterdomus.com <mailto:ADPC@alterdomus.com> >; legal_agency <legal_agency@alterdomus.com <mailto:legal_agency@alterdomus.com> >; Matthew Trybula <matthew.trybula@alterdomus.com <mailto:matthew.trybula@alterdomus.com> >; Winnalynn Kantaris <Winnalynn.Kantaris@alterdomus.com <mailto:Winnalynn.Kantaris@alterdomus.com> >; AlterDomus <AlterDomus@hklaw.com <mailto:AlterDomus@hklaw.com> >; Sylvester, Daniel T (CHI - X65880) <Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com> >
Subject: RE: Credit Agreement Amendment and Related Documents

Jimmy,

I understand that you connected with AD the other day, and that while you all could not agree on the $s, but that as Lender and Borrower have, have asked AD to accept them. AD is fine doing that as long as the following change is made:

In the amendment in Section 2(j) for the revisions to Section 2.04 of the Credit Agreement at the end of subsection (e) we will need the following revisions highlighted below to be made:

Notwithstanding anything to the contrary, the amounts set forth above shall be deemed accurate, binding and not subject to further adjustment or recalculation, and shall be used for all purposes under this Agreement and the parties hereto acknowledge and agree that the Administrative Agent shall have no liabilities for relying upon such amounts.

Daniel Sylvester | Holland & Knight
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone +1.312.715.5880 | Mobile +1.773.633.3973
daniel.sylvester@hklaw.com <mailto:daniel.sylvester@hklaw.com> | www.hklaw.com
<http://www.hklaw.com/>

---

Add to address book <https://www.hklaw.com/Daniel-Sylvester?format=vcard> | View professional biography <https://www.hklaw.com/Daniel-Sylvester>

From: Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com
<mailto:Jimmy.Sprouse@yescarecorp.com> >
Sent: Friday, August 8, 2025 8:40 AM
To: Sylvester, Daniel T (CHI - X65880) <Daniel.Sylvester@hklaw.com
<mailto:Daniel.Sylvester@hklaw.com> >; Chris Capezuti <chris.capezuti@alterdomus.com
<mailto:chris.capezuti@alterdomus.com> >
Cc: Isaac Lefkowitz <IL@Yescarecorp.com <mailto:IL@Yescarecorp.com> >; Jeff.Sholey; Scott.King; Cortland_Successor_Agent <Cortland_Successor_Agent@alterdomus.com
<mailto:Cortland_Successor_Agent@alterdomus.com> >; ADPC <ADPC@alterdomus.com
<mailto:ADPC@alterdomus.com> >; legal_agency <legal_agency@alterdomus.com
<mailto:legal_agency@alterdomus.com> >; Matthew Trybula <matthew.trybula@alterdomus.com
<mailto:matthew.trybula@alterdomus.com> >; Winnalynn Kantaris
<Winnalynn.Kantaris@alterdomus.com <mailto:Winnalynn.Kantaris@alterdomus.com> >; AlterDomus
<AlterDomus@hklaw.com <mailto:AlterDomus@hklaw.com> >
Subject: RE: Credit Agreement Amendment and Related Documents

[External email]

Balance

12/31/2023 Balance

125,208,641

Related Party balance at 12/31/23

(42,110,398)

83,098,243

Debt forgiveness

(17,000,000)

66,098,243

Q1 2024 Related Party Payments

(5,372,117)

60,726,126

Q1 2024 PIK Interest

1,653,456

62,379,582

Q2 2024 Related Party Payments

(3,966,631)

58,412,951

Q2 2024 PIK Interest

1,558,464

59,971,415

Q3 2024 Related Party Payments

(2,115,204)

57,856,211

Q3 2024 PIK Interest

1,499,285

59,355,496

Q4 2024 Related Party Payments

(7,664,686)

51,690,810

Q4 2024 PIK Interest

1,483,888

53,174,698

Q1 2025 Related Party Payments

(3,400,789)

49,773,909

Q1 2025 PIK Interest

1,329,367

51,103,276

Q2 2025 Related Party Payments

(10,511,418)

40,591,858

Q2 2025 PIK Interest

1,277,581

41,869,439

From: Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com>
<Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com> >
Sent: Thursday, August 7, 2025 10:06 PM
To: Chris Capezuti <chris.capezuti@alterdomus.com <mailto:chris.capezuti@alterdomus.com> >; Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com <mailto:Jimmy.Sprouse@yescarecorp.com> >
Cc: Isaac Lefkowitz <IL@Yescarecorp.com <mailto:IL@Yescarecorp.com> >; Jeff.Sholey <IMCEAEX-_o=ExchangeLabs_ou=Exchange+20Administrative+20Group+20+28FYDIBOHF23SPDLT+29_cn=Recipients_cn=b177bbd3872b498fa33abad3fb1f1e81-f893e5a5-78@namprd19.prod.outlook.com>; Scott.King <IMCEAEX-_o=ExchangeLabs_ou=Exchange+20Administrative+20Group+20+28FYDIBOHF23SPDLT+29_cn=Recipients_cn=ba35905d93c148abbb3382cd4f82be5a-d8672575-37@namprd19.prod.outlook.com>; Cortland_Successor_Agent <Cortland_Successor_Agent@alterdomus.com <mailto:Cortland_Successor_Agent@alterdomus.com> >; ADPC <ADPC@alterdomus.com <mailto:ADPC@alterdomus.com> >; legal_agency@alterdomus.com <mailto:legal_agency@alterdomus.com> ; Matthew Trybula <matthew.trybula@alterdomus.com <mailto:matthew.trybula@alterdomus.com> >; Winnalynn Kantaris <Winnalynn.Kantaris@alterdomus.com <mailto:Winnalynn.Kantaris@alterdomus.com> >; AlterDomus@hklaw.com <mailto:AlterDomus@hklaw.com> ; Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com>
Subject: RE: Credit Agreement Amendment and Related Documents

Jimmy,

Are you able to provide the underlying calculations you all used on the Loan Amounts as the numbers do not tie out to what Alter Domus has.

Thanks.

Dan

Daniel Sylvester | Holland & Knight
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone 312.715.5880 | Mobile 773.633.3973
daniel.sylvester@hklaw.com <mailto:daniel.sylvester@hklaw.com> | www.hklaw.com <http://www.hklaw.com/>

---

Add to address book <https://www.hklaw.com/Daniel-Sylvester?format=vcard> | View professional biography <https://www.hklaw.com/Daniel-Sylvester>

From: Chris Capezuti <chris.capezuti@alterdomus.com <mailto:chris.capezuti@alterdomus.com> >
Sent: Wednesday, July 30, 2025 10:15 PM
To: Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com <mailto:Jimmy.Sprouse@yescarecorp.com> >
Cc: Isaac Lefkowitz <IL@Yescarecorp.com <mailto:IL@Yescarecorp.com> >; Jeff.Sholey <Jeff.Sholey@Yescarecorp.com <mailto:Jeff.Sholey@Yescarecorp.com> >; Scott.King <Scott.King@Yescarecorp.com <mailto:Scott.King@Yescarecorp.com> >; Cortland_Successor_Agent <Cortland_Successor_Agent@alterdomus.com <mailto:Cortland_Successor_Agent@alterdomus.com>

>; ADPC <ADPC@alterdomus.com <mailto:ADPC@alterdomus.com> >; legal_agency <legal_agency@alterdomus.com <mailto:legal_agency@alterdomus.com> >; Matthew Trybula <matthew.trybula@alterdomus.com <mailto:matthew.trybula@alterdomus.com> >; Winnalynn Kantaris <Winnalynn.Kantaris@alterdomus.com <mailto:Winnalynn.Kantaris@alterdomus.com> >; Sylvester, Daniel T (CHI - X65880) <Daniel.Sylvester@hklaw.com <mailto:Daniel.Sylvester@hklaw.com> >; AlterDomus <AlterDomus@hklaw.com <mailto:AlterDomus@hklaw.com> >
Subject: RE: Credit Agreement Amendment and Related Documents

[External email]

Jimmy – Thank you for providing a copy of the attached amendment. We will review accordingly and revert back. I am looping in the full Alter Domus team and our counsel at HK to this correspondence. I also want to flag that AD has 2 outstanding invoices that will need to be paid as a CP to executing this amendment along with any payment of outstanding legal fees. AD's outstanding invoices are attached.

HK Team – Can you please provide your outstanding invoices if you have any.

Thanks
Chris

Chris Capezuti
Agency US Successor, Turnaround & Escrow Managing Director

<https://alterdomus.com/>

M: +1 347 661 7900

D: +1 917 979 2772

500 Fifth Avenue, Suite 2100, New York NY, 10110

www.alterDomus.com <https://www.alterdomus.com/>

From: Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com <mailto:Jimmy.Sprouse@yescarecorp.com> >
Sent: Wednesday, July 30, 2025 3:12 PM
To: Chris Capezuti <chris.capezuti@alterdomus.com <mailto:chris.capezuti@alterdomus.com> >
Cc: Isaac Lefkowitz <IL@Yescarecorp.com <mailto:IL@Yescarecorp.com> >; Sholey, Jeff <Jeff.Sholey@Yescarecorp.com <mailto:Jeff.Sholey@Yescarecorp.com> >; King, Scott <Scott.King@Yescarecorp.com <mailto:Scott.King@Yescarecorp.com> >
Subject: FW: Credit Agreement Amendment and Related Documents

Chris,

YesCare and M2 LoanCo have amended the loan agreement between the parties. An executed copy of the amendment is attached. A summary of the changes are:

1. We applied payments we had made to / on behalf of M2 or to / on behalf of parties related to M2 as of 1/1/2024 along with payments made since that date to 6/30/2025 against the balance. The parties agreed to the resulting outstanding balance as of the end of each quarter which are contained in the amendment.
2. Additionally, M2 forgave an additional $17 million of the balance effective 1/1/2024.
3. We modified the interest rate to a fixed rate of 10% effective 1/1/2024.
4. We modified the amount of EBITDA the company is required to earn under the financial covenant.
5. We extended the maturity date to 6/30/2031.

We would like to complete our audit of the 2024 financial statements as quickly as possible. To my knowledge, this is the only significant item remaining for the completion of the audit.

Please let me know any questions that you have and the anticipated timeline for you to complete your required actions.

Thanks,

Jimmy

James T. Sprouse

Chief Financial Officer

205 Powell Place, Suite 104

Brentwood, TN 37027

Office: 615 376 3781

Mobile: 615 260 0383

Jimmy.Sprouse@yescarecorp.com <mailto:Jimmy.Sprouse@yescarecorp.com>

From: King, Scott <Scott.King@Yescarecorp.com <mailto:Scott.King@Yescarecorp.com> >
Sent: Wednesday, July 30, 2025 1:41 PM
To: Sholey, Jeff <Jeff.Sholey@Yescarecorp.com <mailto:Jeff.Sholey@Yescarecorp.com> >; Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com <mailto:Jimmy.Sprouse@yescarecorp.com> >
Subject: FW: Credit Agreement Amendment and Related Documents

Signed. Who will be sending the 8th Amendment to Alter Domus?

Scott King

Chief Legal Officer

From: Isaac Lefkowitz <IL@Yescarecorp.com <mailto:IL@Yescarecorp.com> >
Sent: Wednesday, July 30, 2025 12:37 PM
To: Bartoli, Tracy <Tracy.Bartoli@Yescarecorp.com <mailto:Tracy.Bartoli@Yescarecorp.com> >
Cc: King, Scott <Scott.King@Yescarecorp.com <mailto:Scott.King@Yescarecorp.com> >
Subject: RE: Credit Agreement Amendment and Related Documents

Isaac Lefkowitz

Director

Phone: 646-623-5200 <tel:+16466235200>

205 Powell Place, Suite 104

Brentwood, TN 37027

www.yescare.com <http://www.yescare.com/>

From: Bartoli, Tracy <Tracy.Bartoli@Yescarecorp.com <mailto:Tracy.Bartoli@Yescarecorp.com> >
Sent: Tuesday, July 29, 2025 3:02 PM
To: Isaac Lefkowitz <IL@Yescarecorp.com <mailto:IL@Yescarecorp.com> >
Cc: King, Scott <Scott.King@Yescarecorp.com <mailto:Scott.King@Yescarecorp.com> >; Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com <mailto:Jimmy.Sprouse@yescarecorp.com> >; Sholey, Jeff <Jeff.Sholey@Yescarecorp.com <mailto:Jeff.Sholey@Yescarecorp.com> >

Subject: FW: Credit Agreement Amendment and Related Documents

Isaac – We made a slight change to the definition of “Designated Related Parties” in the 8th Amendment to the Credit Agreement to clarify that Adar Management, LLC is not included in that definition I have resent the whole packet of documents with the revised 8th Amendment. Please let me know if you have any questions.

Tracy Bartoli

Director, Legal Services

Cell Phone: 314.791.2054

205 Powell Place | Brentwood, TN 37027

www.yescarecorp.com <http://www.yescarecorp.com/>

From: Bartoli, Tracy
Sent: Tuesday, July 29, 2025 1:16 PM
To: Isaac Lefkowitz <IL@Yescarecorp.com <mailto:IL@Yescarecorp.com> >
Cc: King, Scott <Scott.King@Yescarecorp.com <mailto:Scott.King@Yescarecorp.com> >; Sholey, Jeff <Jeff.Sholey@Yescarecorp.com <mailto:Jeff.Sholey@Yescarecorp.com> >; Sprouse, Jimmy <Jimmy.Sprouse@yescarecorp.com <mailto:Jimmy.Sprouse@yescarecorp.com> >
Subject: Credit Agreement Amendment and Related Documents

Isaac, Scott asked me to forward on to you the following documents for your signature:

* 8th Amendment to the Credit Agreement –

* Execution Copy along with a Redlined copy to show removal of Adar Management, LLC from definition of Designated Related Parties.

* Adar Management Services Agreement –

* Execution Copy along with a Redlined copy to show change to Management Fee as discussed and replacement of HIPAA Business Associate Agreement with Data Privacy Agreement

* Geneva Termination Agreement from March 2025 –

* No change we just need a Geneva signature

* LOAs with Geneva, Adar and CHS Employee Group related to the management fees that lines everything up with the Credit Agreement Amendment

Tracy Bartoli

Director, Legal Services

Cell Phone: 314.791.2054

205 Powell Place | Brentwood, TN 37027

www.yescarecorp.com <http://www.yescarecorp.com/>

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone

else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.